SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar #114789)
Michael W. Kelly (CA Bar #214038)
Joseph A. Meckes (CA Bar #190279)
Angela N. O'Rourke (CA Bar #211912)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Defendants
CINTAS CORPORATION and PLAN
ADMINISTRATOR FOR THE CINTAS
PARTNERS' PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| PAUL VELIZ, et al, On behalf of Themselves and All Others Similarly Situated. <br><br> Plaintiffs, <br><br> vs. <br><br> CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive, <br><br> Defendants. | Case No. 03-01180 (SBA) <br><br> **CLASS ACTION** <br><br> **E-FILING** <br><br> **DECLARATION OF GILBERT OWENS IN OPPOSITION TO MOTION FOR FACILITATED NOTICE** <br><br> Date: November 4, 2003 <br> Time: 1:00 p.m. <br> Courtroom: 3 <br><br> Complaint filed: March 19, 2003 <br> Judge: Hon. Saundra B. Armstrong |

I, Gilbert Owens declare:

1. I am employed by Cintas Corporation ("Cintas") at Branch No. 236, located at 140 Old Mill Road, Greenville, South Carolina 29607, in Cintas' Cleanroom Division. I have been employed with Cintas since December 1999. I make this declaration of my own personal

---

DECLARATION OF GILBERT OWENS IN OPP. TO MOT. FOR FACILITATED NOTICE
CASE NO. 03-01180 (SBA)

1

106002.4

knowledge and, if called as a witness in this action, could and would testify competently as to the matters set forth herein.

2. Before I began working for Cintas, I was employed as a service manager for a candy company. Prior to that job, I spent 18 years as a sales and delivery driver for a bread company. I view my sales and delivery position with Cintas as a "different world" from the bread company job. Cintas offers me great working conditions and good hours. Cintas also offered me a four-day workweek.

3. I heard about the job at Cintas when I saw an advertisement in the newspaper.

4. I became a Service Sales Representative ("SSR") after a brief, two-week training period. My training consisted of riding along with a Service Trainer on his route for two weeks. When I was hired, the location was shorthanded and needed me to start right away. I did not need that much training anyway because of my previous sales and delivery experience with the bread company.

5. I also received sales training during periodic sales meetings. In addition, Cintas sends literature to the SSRs highlighting sales techniques and upcoming products and promotions.

6. I think that to be a successful SSR, you need to be able to get along with the general public. It is also important to be a problem solver and to be able to follow-up with customers to ensure they are satisfied.

7. On the average customer call, I service the location, and look for the contact to discuss any issues regarding inventory levels, additions or deletions. If the contact is not available I call him or her to discuss any outstanding issues. I consider taking care of the account to be my top priority. I talk with my contact about promotions and seek the authority to put up posters around the worksite to increase sales.

8. At each stop on my route I try to sell supplies, cleanroom products, catalog items, and other Cintas products to my customers. I remember to highlight items I think my customers need, answer any questions they have about the products, and explain the ordering procedures. I probably spend 20% of my time selling products and 60% of my time driving to and from customer accounts. Perhaps the best way to explain my job as an SSR is to describe what I do on

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza
San Francisco, CA 94111-3492

DECLARATION OF GILBERT OWENS IN OPP. TO  2  106002.4
MOT. FOR FACILITATED NOTICE
CASE NO. 03-01180 (SBA)

a daily basis, and how I try to maximize sales to my customers. The following is an estimate of the time that I spend on different tasks during a typical week.

9. Overall, I drive about 1800 miles each week. My route covers five states across the southeastern portion of the United States.

10. On Monday I get to the plant in Greenville, South Carolina at approximately 5:00 a.m. I load my truck with the products to be delivered and pull out by 6:00 a.m.

11. My first stop is in Concord, North Carolina. I get there roughly 7:45 – 8:00 a.m. I service the stop and get back on the road. My next stop is in Martinsville, Virginia. I arrive there at approximately 10:30 or 10:45 a.m. and work the account. My next stop is in Harrisonburg Elkton, Virginia, 3 hours away. It takes me approximately 2 ½ hours to work it and then I drive back down to Christensburg, Virginia and stay overnight. On Mondays, I work about 14 ½ hours.

12. On Tuesday morning, I leave at 5:30. I drive two hours to Kernersfield, North Carolina to service a customer. Next, I go to Charlotte, North Carolina to service 5 accounts. After Charlotte, I go back to Greenville, South Carolina where I have 4 accounts. Then I head home for the night. On Tuesdays, I work for roughly 12 hours.

13. Wednesday, I get to the plant at 5:00 o'clock in the morning. I load for Wednesday and Thursday and I head out by 6:00 a.m. I drive all the way to Pell City, Alabama.

14. I service an account in Pell City, then, I drive 15 miles to another account in Lincoln, Alabama. I spend 2 hours at that stop.

15. From my account in Lincoln, I drive to Atlanta, Georgia. My first customer stop is at the Atlanta Hartsfield Airport. Then, I drive 30 miles to Peachtree City, Georgia to service another account. Next, I drive to Madison, Georgia and end my 13-hour day. I stay overnight in Madison.

16. Thursday morning I get up before the sun comes up, and head out around 5:30. I drive about 12 miles to my first account in Covington, Georgia. After Covington, I drive back into Atlanta where I have 5 accounts. From Atlanta I drive back to Greenville. My Thursday is about a 10 hour day and I leave for home around 3:30 p.m. I do not work on Fridays.

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza
San Francisco, CA 94111-3192

DECLARATION OF GILBERT OWENS IN OPP. TO    3    106002.4
MOT. FOR FACILITATED NOTICE
CASE NO. 03-01180 (SBA)

17. Although I drive a long way each week, I stop to take breaks anytime that I need to and regularly stop to eat lunch.

18. I am not the only SSR at my location who drives across state lines to service customers. We have one guy that heads out from Greenville, South Carolina on Monday to drive to Miami, Florida. He spends the night this side of Miami and then on Tuesday he gets up and drives the rest of the way. He has 2 accounts that he works which take about 8 to 10 hours. Then he drives back to the same hotel to stay overnight. He gets up early Wednesday morning and drives back to the plant. On Thursday, he drives to and services accounts in North Georgia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Greenville, South Carolina on September ___, 2003.

_____
Gilbert Owens

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza

DECLARATION OF GILBERT OWENS IN OPP. TO
MOT. FOR FACILITATED NOTICE

4

106002.4