MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
THEODORE J. PINTAR (131372)
STEVEN W. PEPICH (116086)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
     – and –
ALBERT H. MEYERHOFF (54134)
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: 213/617-9007
213/617-9185 (fax)
     – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036
Telephone: 202/822-6762
202/828-8528 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, an Ohio corporation, et al,<br><br>        Defendants. | No. C-03-1180-SBA<br><br>CLASS ACTION<br><br>SUR-REPLY MEMORANDUM IN OPPOSITION TO CINTAS CORPORATION'S MOTION TO COMPEL ARBITRATION<br><br>Date: November 4, 2003<br>Time: 1:00 p.m.<br>Place: Oakland, Courtroom 3 |

**E-FILING**

Plaintiffs submit this sur-reply memorandum in opposition to Cintas' motion to compel arbitration in order to address an issue raised by Cintas for the first time in its opposition to plaintiffs' motion for facilitated notice. Plaintiffs take this unusual action solely to point out that Cintas' opposition to facilitated notice asserts a legal defense which defeats its motion to compel arbitration.

Cintas' motion to compel arbitration is grounded on the assertion that all plaintiffs are subject to the terms of the Federal Arbitration Act (FAA). But it is clear that "workers engaged in foreign or interstate commerce" are excluded from the FAA's coverage. *See* §1 of the FAA (9 U.S.C. §1); *Harden v. Roadway Packaging Sys.*, 249 F.3d 1137, 1141 (9th Cir. 2001) (FAA inapplicable to drivers engaged in interstate commerce).[1]

In its opposition to facilitated notice, Cintas argues that some or all drivers are transporting goods in interstate commerce and therefore purportedly subject to the Motor Carrier Act (MCA) exemption from FLSA overtime requirements. If proven, this contention would destroy the foundation for Cintas' attempt to force arbitration. Cintas cannot have it both ways: either its motion to compel arbitration under the FAA is baseless because plaintiffs and other drivers are not subject to the FAA; or its assertion that drivers who transport goods in interstate commerce are exempt under the MCA is without merit. Cintas must choose to either waive its MCA

---

[1] As explained in *Harden*:

> The district court lacked the authority to compel arbitration in this case because the FAA is inapplicable to drivers, like Harden, who are engaged in interstate commerce. Section 1 of the FAA says: "nothing herein contained shall apply to contracts of employment of seamen, railroad employees, or any other class of workers engaged in foreign or interstate commerce." The Supreme Court recently affirmed that § 1 exempts transportation workers from the FAA. As a delivery driver for RPS, Harden contracted to deliver packages "throughout the United States, with connecting international service." Thus, he engaged in interstate commerce that is exempt from the FAA.

*Id.* at 1139 (citations omitted).

SUR-REPLY MEMORANDUM IN OPPOSITION TO CINTAS CORPORATION'S
MOTION TO COMPEL ARBITRATION - C-03-1180-SBA                                  - 1 -

1  defense because plaintiff and other drivers are not transporting goods in interstate commerce or it
2  must concede that its motion to compel arbitration should be denied.

3  DATED: October 22, 2003                    Respectfully submitted,

4                                              MILBERG WEISS BERSHAD
                                                  HYNES & LERACH LLP
5                                              THEODORE J. PINTAR
                                               STEVEN W. PEPICH

7
                                                       /s/ Steven W. Pepich
8                                                    STEVEN W. PEPICH

9                                              401 B Street, Suite 1700
                                               San Diego, CA 92101
10                                             Telephone: 619/231-1058
                                               619/231-7423 (fax)

                                               MILBERG WEISS BERSHAD
12                                                HYNES & LERACH LLP
                                               ALBERT H. MEYERHOFF (54134)
13                                             355 South Grand Avenue, Suite 4170
                                               Los Angeles, CA 90071
14                                             Telephone: 213/617-9007
                                               213/617-9185 (fax)

                                               MILBERG WEISS BERSHAD
16                                                HYNES & LERACH LLP
                                               NANCY M. JUDA
17                                             1100 Connecticut Avenue, N.W.
                                               Suite 730
18                                             Washington, DC 20036
                                               Telephone: 202/822-6762
19                                             202/828-8528 (fax)

SUR-REPLY MEMORANDUM IN OPPOSITION TO CINTAS CORPORATION'S
MOTION TO COMPEL ARBITRATION - C-03-1180-SBA                                              - 2 -

ALTSHULER, BERZON, NUSSBAUM,
   RUBIN & DEMAIN
MICHAEL RUBIN
SCOTT A. KRONLAND
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  415/421-7151
415/362-8064 (fax)

TRABER & VOORHEES
THERESA M. TRABER
STEFANIE KIM GLUCKMAN
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA  91103
Telephone:  626/585-9611
626/577-7079 (fax)

Attorneys for Plaintiffs

S:\PLEADINGSSD\CINTAS\BRF00002708.doc

SUR-REPLY MEMORANDUM IN OPPOSITION TO CINTAS CORPORATION'S
MOTION TO COMPEL ARBITRATION - C-03-1180-SBA

- 3 -

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2. That on October 23, 2003, declarant served the SUR-REPLY MEMORANDUM IN OPPOSITION TO CINTAS CORPORATION'S MOTION TO COMPEL ARBITRATION by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of October, 2003, at San Diego, California.

/s/ Dawn C. Casselman
DAWN C. CASSELMAN

CINTAS
Service List - 10/21/2003  (03-0100)
Page 1 of 1

## Counsel For Defendant(s)

*Mark C. Dosker
Michael W. Kelly
Joseph A. Meckes
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3482
   415/954-0200
   415/391-2493 (Fax)

## Counsel For Plaintiff(s)

Michael Rubin
Scott A. Kronland
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, CA 94108
   415/421-7151
   415/362-8064 (Fax)

Albert H. Meyerhoff
Milberg Weiss Bershad Hynes & Lerach LLP
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
   213/617-9007
   213/617-9185 (Fax)

Theodore J. Pintar
Steven W. Pepich
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
   619/231-1058
   619/231-7423 (Fax)

Theresa M. Traber
Stefanie Kim Gluckman
Traber & Voorhees
128 North Fair Oaks Ave., Suite 204
Pasadena, CA 91103
   626/585-9611
   626/577-7079 (Fax)

* SERVICE VIA FACSIMILE AND OVERNIGHT MAIL.