United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL VELIZ, et al.,                                                  No. C 03-1180 SBA

        Plaintiffs,                                          **ORDER**

    v.

Cintas Corporation, et al.,

        Defendants.
_____/

This matter comes before the Court on Plaintiffs' Motion regarding which Plaintiffs must arbitrate and which Plaintiffs may litigate their claims.  [Docket No. 451.]  Plaintiffs noticed their motion for July 12, 2005, a date that is not available on the Court's calendar.[1]

Accordingly,

IT IS HEREBY ORDERED THAT the hearing on Plaintiffs' motion and the June 16, 2005 case management conference are continued to September 27, 2005 at 1:00 p.m.

IT IS SO ORDERED.

Dated: 6-13-05

                            /s/ Saundra Brown Armstrong
                            SAUNDRA BROWN ARMSTRONG
                            United States District Judge

[1]The parties also have a telephonic case management conference set for June 16, 2005.