IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELIZ, et al., | No. C 03-1180 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket Nos. 303, 321, 325, and 392] |
| Cintas Corporation, et al., | |
| Defendants. | |

    This matter comes before the Court on Plaintiffs' Motion to Strike portions of declarations filed by Defendants in Opposition to Plaintiffs' "Motion for Enforcement of the Court's Order Re Facilitated Notice" [Docket No. 303]; Plaintiffs' Motion for Extension of Time to file a Late Brief regarding the Motion for Enforcement; [Docket No. 321]; Defendants' Motion to Strike portions of declarations filed by Plaintiffs in support of the Motion for Enforcement [Docket No. 325]; and Defendants' Motion to Strike portions of declarations filed in support of Plaintiffs' Motion for Reconsideration of the Court's Order regarding Defendants' Motion to Compel Arbitration [Docket No. 392].

    On October 19, 2004, the Court held a hearing on Plaintiffs' Motion for Enforcement and subsequently issued an order granting it in part and denying it in part. Plaintiffs' Motion for Extension of Time to file a Late Brief [Docket No. 321] is DENIED as MOOT because the Court has already considered the merits of the brief at issue in adjudicating the Motion for Enforcement. To the extent the Court did not address the parties' respective objections [Docket Nos. 303 and 325] during the October 19, 2004 hearing or in the Court's subsequent order, they are DENIED as MOOT as irrelevant to the Court's determination.

//

On May 4, 2005, the Court issued an order granting in part and denying in part Plaintiffs' Motion for Reconsideration of the Court's Order regarding Defendants' Motion to Compel Arbitration. To the extent that the Order does not address Defendants' objections [Docket No. 392], they are DENIED as MOOT as irrelevant to the Court's determination.

IT IS SO ORDERED.

Dated: 8-8-05

*Saundra B Armstrong*
_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

2