1  Michael Rubin (S.B. No. 80618)
   Scott A. Kronland (S.B. No. 171693)
2  Eileen B. Goldsmith (S.B. No. 218029)
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
3  177 Post Street, Suite 300
   San Francisco, California 94108
4  (415) 421-7151 - Office
   (415) 362-8064 - Fax
5
   Theresa M. Traber (S.B. No. 116305)
6  Vanessa Eisemann (S.B. No. 210478)
   TRABER & VOORHEES
7  128 N. Fair Oaks Avenue, Suite 204
   Pasadena, California  91103
8  (626) 585-9611 - Office
   (626) 577-7079 - Fax
9
   Theodor J. Pintar (S.B. No. 131372)
10 Steven W. Pepich (S.B. No. 116086)
   James A. Caputo (S.B. No. 120485)
11 Lawrence A. Abel (S.B. No. 129596)
   Helen I. Zeldes (S.B. No. 220051)
12 LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
13 401 B Street, Suite 1700
   San Diego, California 92101-4297
14 (619) 231-1058 - Office
   (619) 231-7423 - Fax
15
   (Additional counsel on following page)
16
   Attorneys for Plaintiffs PAUL VELIZ, *et al.*
17

18                    UNITED STATES DISTRICT COURT

19                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  PAUL VELIZ, *et al.*, | CASE NO. C 03-01180 SBA |
| 21          Plaintiffs, | **ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR LEAVE TO FILE 17-PAGE REPLY BRIEF** |
| 22       v. | |
| 23  CINTAS CORPORATION, *et al.* | [Civ. L. R. 7-4(b)] |
| 24          Defendants. | Reply Brief Due: September 13, 2005 |
| 25 | |
| 26 _____ | Hearing Date:  September 27, 2005 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO
FILE 17-PAGE REPLY BRIEF; Case No. C 03-01180 SBA

| | |
|---|---|
| 1 | Albert H. Meyerhoff, Esq.  (S.B. No. 54134)<br>LERACH COUGHLIN STOIA GELLER |
| 2 | RUDMAN & ROBBINS LLP<br>355 South Grand Avenue, Suite 4170 |
| 3 | Los Angeles, California  90071<br>(213) 617-9007 - Office |
| 4 | (213) 617-9185 - Fax |
| 5 | Nancy Juda, Esq.<br>LERACH COUGHLIN STOIA GELLER |
| 6 | RUDMAN & ROBBINS LLP<br>1100 Connecticut Ave., N.W., Suite 730 |
| 7 | Washington, D.C. 20036<br>(202) 822-2024- Office |
| 8 | (202) 828-8528- Fax |
| 9 | Attorneys for Plaintiffs PAUL VELIZ, *et al.* |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO FILE 17-PAGE REPLY BRIEF; Case No. C 03-01180 SBA

1  Plaintiffs Paul Veliz, *et al.*, filed an *Ex Parte* Application for Leave to File a 17-Page
2  Reply Brief on September 13, 2005.
3  Having read and considered the pleading and declaration filed in support, plaintiffs
4  request is hereby GRANTED.
5  IT IS SO ORDERED.

7  DATED: 9-21-05

   HONORABLE SAUNDRA BROWN ARMSTRONG
8  UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO FILE 17-PAGE REPLY BRIEF; Case No. C 03-01180 SBA

1