1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Mark C. Dosker (CA Bar # 114789)
2  Michael W. Kelly (CA Bar #214038)
   One Maritime Plaza, Third Floor
3  San Francisco, CA  94111-3492
   Telephone:  +1.415.954.0200
4  Facsimile:   +1.415.393.9887

5  Attorneys for Defendant
   CINTAS CORPORATION and
6  PLAN ADMINISTRATOR FOR THE
   CINTAS PARTNERS' PLAN
7

8
   LERACH COUGHLIN STOIA GELLER
9    RUDMAN & ROBBINS L.L.P.
   Theodore J. Pintar (CA Bar #131372)
10 Steven W. Pepich (CA Bar #116086)
   655 W. Broadway, Suite 1900
11 San Diego, CA  92101
   Telephone:     +1.619.231.1058
12 Facsimile:     +1.619.231.7423

13 [Additional Counsel on Signature Page]

14 Attorneys for Plaintiffs
   PAUL VELIZ, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| PAUL VELIZ, et al., On behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  03-01180 (SBA)<br><br>CLASS ACTION<br>E-FILING<br><br>STIPULATION AND ORDER RE: SCHEDULE FOR MEDIATION |

1   WHEREAS, the parties' respective counsel have met and conferred about the matters
2   which are the subject of this Stipulation and Order;
3   WHEREAS, the Honorable Ellen S. James (Ret.) has been appointed by the Court as the
4   mediator in this action, with mediation to occur in July or August 2006;
5   WHEREAS, it was not possible to schedule a mediation date on Judge James' calendar
6   prior to August 31, 2006;
7   WHEREAS, the next available mediation date on Judge James' calendar, on which all
8   necessary participating counsel are available, is November 16, 2006;
9   WHEREAS, the parties' counsel and Judge James' assistant have scheduled the
10  mediation to take place on November 16, 2006;
11  WHEREAS, the parties respectfully request the Court to modify its prior Order so that
12  such mediation date will be timely;
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**Stipulation and Order Re:**
**Schedule for Mediation**
**Case No.  03-01180 (SBA)**                    2

1  NOW, THEREFORE, the parties hereto, by and through their respective undersigned counsel, hereby stipulate as follows: the deadline for the mediation of this action shall be extended so that such mediation shall occur on or before November 30, 2006.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

SQUIRE, SANDERS & DEMPSEY, L.L.P.

Dated: September 13, 2006      By: ____/s/____
                                     Mark C. Dosker

Attorneys for Defendants
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR THE
CINTAS PARTNERS' PLAN

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS L.L.P., and

ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN, and

TRABER & VOORHEES

Dated: September 13, 2006      By: ____/s/____
                                     Steven W. Pepich

Attorneys for Plaintiffs
PAUL VELIZ, et al.

ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 9/15/06      _____
                    SAUNDRA BROWN ARMSTRONG
                    United States District Judge

**Stipulation and Order Re:**
**Schedule for Mediation**
**Case No. 03-01180 (SBA)**             3