United States District Court
For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7   PAUL VELIZ, et al., On Behalf of Themselves          No. C 03-1180 SBA
    and All Others Similarly Situated,

8                    Plaintiffs,                          **ORDER**

9        v.                                               [Docket No. 541]

10  CINTAS CORPORATION, an Ohio corporation,
    et al,

11

12                   Defendants.
    _____/

13

14          On October 6, 2006, Plaintiffs filed an Ex Parte Application to Extend the Briefing and Hearing

15  Schedule on Defendant's Motion to Confirm in Part and Vacate in Part the Arbitrator's Clause

16  Construction Award.  This Motion is set for hearing on October 31, 2006.  Defendants oppose the

17  Application.

18          Plaintiffs state that the arbitrator has indicated that he will either clarify the award or grant

19  reconsideration and issue a modified award.  This Court is not inclined to rule on Defendants' Motion

20  until the award is final.  However, the Court is cognizant of Defendants' concern that these proceedings

21  not be delayed indefinitely.

22          Accordingly, IT IS HEREBY ORDERED THAT the hearing on Defendants' Motion is continued

23  to December 12, 2006 at 1:00 p.m.  IT IS FURTHER ORDERED THAT, if Plaintiffs wish to file a

24  cross-motion to confirm or vacate the arbitrator's award, it will be heard simultaneously.  Plaintiffs must

25  file any cross-motions by November 14, 2006; Defendants must file any opposition to such cross-

26  motions by November 21, 2006, and Plaintiffs must file any reply to such cross-motions by November

27  28, 2006.

28          IT IS SO ORDERED.

1

2    Dated: 10/13/06

SAUNDRA BROWN ARMSTRONG
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California