IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELIZ, et al.,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>CINTAS CORPORATION, et al.,<br><br>        Defendant(s). | No. C 03-1180 SBA  (MEJ)<br><br>**ORDER RE: DISCOVERY DISPUTE LETTERS** |

      The Court is in receipt of the parties' discovery dispute letters, filed November 8, 2006. As the parties filed separate letters rather than a joint letter in compliance with the undersigned's discovery standing order, the Court reminds them that they must comply with the joint letter requirement. Although the Court shall consider the parties' pending dispute as submitted, any future filings must comply with the standing order

      **IT IS SO ORDERED.**

Dated: November 14, 2006

                                                MARIA-ELENA JAMES<br>
                                                United States Magistrate Judge