IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL VELIZ, et al.,

        Plaintiff(s),

  vs.

CINTAS CORPORATION, et al.,

        Defendant(s).

No. C 03-1180 SBA (MEJ)

**ORDER RE: DEFENDANTS' REQUESTS FOR ADMISSIONS**

Before the Court is the parties' dispute regarding defendant Cintas Corporation's First Set of Requests for Admissions (RFAs). (Docs. ## 554-55.) Served on the 483 plaintiffs in this matter, Cintas' RFAs seek information, among other things, relevant to determine whether the opt-in plaintiffs fall under the Motor Carrier Act exemption so that the FLSA does not apply to them. The Court finds this discovery appropriate, especially given the parties' July 13, 2006 Stipulation, (Doc. # 554, Ex. K), and the apparent compliance with the request by over 200 opt-in plaintiffs. However, Cintas requests that the Court deem the requests admitted for those opt-in plaintiffs that have yet to respond. As doing so might effectively dismiss certain opt-in plaintiffs, the Court shall permit them a final opportunity to comply with the requests. Accordingly, the Court ORDERS the plaintiffs that have yet to respond, in the spirit of the parties' stipulation, to do so within 30 days from the date of this Order. Failure to do so may result in the imposition of sanctions, including deeming the requests admitted.

    **IT IS SO ORDERED.**

Dated: November 14, 2006

                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge