LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
THEODORE J. PINTAR (131372)
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423
TedP@lerachlaw.com
SteveP@lerachlaw.com
JimC@lerachlaw.com
   -and-
ALBERT H. MEYERHOFF (54134)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: (310) 859-3100
Fax: (310) 278-2148
AIM@lerachlaw.com
   -and-
NANCY M. JUDA
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036
Telephone: (202) 822-6762
Fax: (202) 828-8528
NancyJ@lerachlaw.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| PAUL VELIZ, et al., On behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive,<br><br>            Defendants. | Case No. 03-01180 (SBA)<br><br>**[E-FILING]**<br><br>CLASS ACTION<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF CERTAIN PLAINTIFFS AND ORDER THEREON** |

WHEREAS, on March 19, 2003, plaintiffs filed *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA, in the United States District Court for the Northern District of California ("*Veliz Action*") against defendants (collectively "Cintas"), alleging that Cintas had failed to pay all overtime wages due under the FLSA and certain state laws and deprived them of certain benefits protected by ERISA;

WHEREAS, certain *Veliz* Action plaintiffs have now determined to dismiss their respective causes of action and/or claims as set out in the *Veliz* action;

NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate:

1. The litigating *Veliz* Action plaintiffs identified on Schedule A, attached hereto and incorporated by reference, hereby withdraw and dismiss with prejudice all causes of action and claims made in *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA (N.D. Cal.).

2. Each party shall bear its own costs, attorneys' fees and litigation expenses related to the prosecution and defense of the withdrawing plaintiffs' claims in the *Veliz* Action.

3. Neither this stipulation nor the Order of dismissal shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by the *Veliz* Action.

4. This stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts taken together shall constitute but one and the same stipulation.

//

//

//

//

//

//

5. This stipulation constitutes the entire agreement of the parties.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 4, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>THEODORE J. PINTAR<br>STEVEN W. PEPICH<br>JAMES A. CAPUTO<br>LAWRENCE A. ABEL<br><br>              /s/<br>      JAMES A. CAPUTO<br><br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Fax: (619) 231-7423<br><br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>ALBERT H. MEYERHOFF<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90210<br>Telephone: (310) 859-3100<br>Fax: (310) 278-2148<br><br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>NANCY M. JUDA<br>1100 Connecticut Avenue, NW, Suite 730<br>Washington, DC 20036<br>Telephone: (202) 822-6762<br>Fax: (202) 828-8528<br><br>ALTSHULER BERZON NUSSBAUM RUBIN & DEMAIN<br>MICHAEL RUBIN<br>SCOTT A. KRONLAND<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Fax: (415) 362-8064<br><br>TRABER & VOORHEES<br>THERESA M. TRABER<br>VANESSA H. EISEMANN<br>JOCELYN S. SPERLING<br>128 No. Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103<br>Telephone: (626) 585-9611<br>Fax: (626) 577-7079<br><br>Attorneys for Plaintiffs |

SQUIRE, SANDERS
& DEMPSEY L.L.P.
One Maritime Plaza
SAN FRANCISCO, CA 94111-3492

STIPULATION FOR DISMISSAL WITH PREJUDICE OF
THE CLAIMS OF CERTAIN PLAINTIFFS AND ORDER
THEREON, CASE NO. 03-01180

-2-

CASE NO. 03-01180

| | |
|---|---|
| Dated: January 4, 2007 | SQUIRE, SANDERS & DEMPSEY L.L.P.<br>MARK C. DOSKER<br>MICHAEL W. KELLY<br>JOSEPH A. MECKES |

/s/
MARK C. DOSKER

One Maritime Plaza, Third Floor
San Francisco, CA 94111-3482
Telephone: (415) 954-0200
Fax: (415) 393-9887

Attorneys for Defendants

\* \* \*

### ORDER

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' stipulation and, good cause appearing therefor, hereby approves the withdrawal of the plaintiffs/claimants listed on Schedule A hereto and the dismissal with prejudice of their respective claims and causes of action.

IT IS SO ORDERED.

Dated: January __8__, 2007

_____
THE HONORABLE
SAUNDRA BROWN ARMSTRONG

SQUIRE, SANDERS
& DEMPSEY L.L.P.
One Maritime Plaza
SAN FRANCISCO, CA 94111-3492

STIPULATION FOR DISMISSAL WITH PREJUDICE OF
THE CLAIMS OF CERTAIN PLAINTIFFS AND ORDER
THEREON, CASE NO. 03-01180

-3-

CASE NO. 03-01180

# SCHEDULE "A"

OPT-IN PLAINTIFFS WHO WISH TO DISMISS
THEIR CLAIMS BY STIPULATION
(current as of January 4, 2007)

| | | |
|---|---|---|
| 1. | Adams | Earnest Todd |
| 2. | Andrade | Robert |
| 3. | Atkins | Thomas |
| 4. | Aubrey | Darren |
| 5. | Baugher | Donald W. |
| 6. | Bicocchi | Frank |
| 7. | Brown | Rebecca |
| 8. | Claxton | Joel |
| 9. | Curry | Randy |
| 10. | Curtis | Zack Hayes |
| 11. | Donegan, Jr. | Thomas |
| 12. | Edmisten | Jaydee |
| 13. | Flesch | Michael A. |
| 14. | Frazier | Donald R. |
| 15. | Frisch | John T. |
| 16. | Hahl | Dennis |
| 17. | Hill | Randall C. |
| 18. | Inscoe | Bryan |
| 19. | Jaskela | Christopher M. |
| 20. | Josey | Christian |
| 21. | LaDrig, Jr. | James M. |
| 22. | Lennox | Michael |
| 23. | McCoy | Jason O. |
| 24. | Molette | James Robert |
| 25. | Nislar | Oscar |
| 26. | Ott | Christopher |
| 27. | Owens | John |
| 28. | Rahn | Douglas Robert |
| 29. | Rainey | Gregory |
| 30. | Rogers | Joel |
| 31. | Speruta | Mark Anthony |
| 32. | Standley | Robert K. |
| 33. | Teague | Michael |
| 34. | Thompson | Ezra |

S:\CasesSD\Cintas\NonPldgs\dismissal list.doc