1   SQUIRE, SANDERS & DEMPSEY L.L.P.
    Mark C. Dosker (CA Bar # 114789)
2   Michael W. Kelly (CA Bar # 214038)
    Joseph A. Meckes (CA Bar # 190279)
3   Angela N. O'Rourke (CA Bar # 211912)
    Michelle M. Full (CA Bar # 240973)
4   One Maritime Plaza, Third Floor
    San Francisco, CA  94111-3492
5   Telephone:    +1.415.954.0200
    Facsimile:    +1.415.393.9887
6
    Attorneys for Defendants
7   CINTAS CORPORATION and PLAN
    ADMINISTRATOR
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         (Oakland Division)
11

12  PAUL VELIZ, et al., On behalf of          Case No. 03-01180 (SBA)
    Themselves and All Others Similarly
    Situated,                                 **[E-FILING]**
13
                    Plaintiffs,               CLASS ACTION
14
           vs.                                **STIPULATION TO CORRECT RECORD
15                                            AND ORDER THEREON, REGARDING ONE
    CINTAS CORPORATION, an Ohio               PLAINTIFF ERRONEOUSLY IDENTIFIED
16  corporation; PLAN ADMINISTRATOR           AS TWO PERSONS**
    for the Cintas Partners' Plan; and
17  DOES 1-25, inclusive,

18                  Defendants.

19

20

21

22

23

24

25

26

27

28

1

2

3       WHEREAS, on March 19, 2003, plaintiffs filed *Veliz v. Cintas Corporation,* Case No. C-

4  03-1180-SBA, in the United States District Court for the Northern District of California ("*Veliz*

   *Action"*) against defendants (collectively "Cintas"), alleging that Cintas had failed to pay all

5  overtime wages due under the FLSA and certain state laws and deprived them of certain benefits

6  protected by ERISA;

7       WHEREAS, plaintiff Brian Scott Hanthorn executed two consents to sue; one dated July

8  26, 2004 and the other dated October 13, 2004;

9       WHEREAS, plaintiffs' counsel inadvertently and incorrectly identified plaintiff Hanthorn

10 as "Brian Harthorn" in its Twenty-Seventh Filing of FLSA Consents-to-Sue (Dkt. No. 190 ), and

11 correctly as "Brian Scott Hanthorn" in its Thirty-Ninth Filing of FLSA Consents-to-Sue (Dkt. No.

12 333). As a result of this error, the parties have inadvertently treated plaintiff Hanthorn as two

13 different individuals;

14      WHEREAS, the parties proceeded on the belief that plaintiff "Brian Harthorn" was

15 entitled to litigate claims only because Cintas had no record of an employment agreement

16 containing an arbitration agreement entered into by a person of that name (Dkt. No. 501 Exhibit

17 A). The parties also listed plaintiff "Brian Scott Hanthorn" as subject to an agreement to

18 arbitrate. (Dkt. No. 501 Exhibit E). Pursuant to his arbitration agreement with Cintas, however,

19 this Court stayed further litigation by plaintiff "Brian Scott Hanthorn" until he had arbitrated his

20 claims in the manner provided for in that agreement (Dkt. No. 516 Exhibit E).

21      NOW THEREFORE, the parties, through their respective counsel of record, hereby

22 stipulate as follows to correct the record in this matter:

23      1.      No plaintiff named "Brian Harthorn" has opted into *Veliz v. Cintas Corporation,*

24 Case No. C-03-1180-SBA (N.D. Cal.) and, to the parties' knowledge, no such Cintas employee

25 exists;

26      2.      The person identified as "Brian Harthorn" in plaintiffs Twenty-Seventh Filing of

27 FLSA Consents-to-Sue (Dkt. No. 190 ) is Brian Scott Hanthorn;

28

3.     This stipulation constitutes the entire agreement of the parties.

IT IS SO STIPULATED.

Dated:  January 12, 2007

SQUIRE, SANDERS & DEMPSEY L.L.P.
MARK C. DOSKER
MICHAEL W. KELLY
JOSEPH A. MECKES

_____/s/_____
Joseph A, Meckes

One Maritime Plaza, Third Floor
San Francisco, CA 94111-3482
Telephone: (415) 954-0200
Fax: (415) 393-9887

Attorneys for Defendants

Dated:  January 12, 2007

LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
THEODORE J. PINTAR
STEVEN W. PEPICH
JAMES A. CAPUTO
LAWRENCE A. ABEL

_____/s/_____
James A. Caputo

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

Attorneys for Plaintiffs

*  *  *

**ORDER**

This Court has reviewed the parties' stipulation and, good cause appearing therefor,

hereby orders the record corrected such that there is no claim being asserted in this action by any

person named Brian Harthorn and that the person identified as Brian Harthorn in the Twenty-

Seventh Filing of FLSA Consents-to-Sue (Dkt. No. 190 ) is Brian Scott Hanthorn.

IT IS SO ORDERED.

Dated:  January _22_, 2007

_Saundra B Armstrong_____
THE HONORABLE
SAUNDRA BROWN ARMSTRONG

SQUIRE, SANDERS
& DEMPSEY L.L.P.
One Maritime Plaza
SAN FRANCISCO, CA 94111-3492

STIPULATION CORRECTION OF RECORD AND ORDER
THEREON, CASE NO. 03-01180

-2-

CASE NO. 03-01180