1   LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
2   THEODORE J. PINTAR (131372)
    STEVEN W. PEPICH (116086)
3   JAMES A. CAPUTO (120485)
    LAWRENCE A. ABEL (129596)
4   655 West Broadway, Suite 1900
    San Diego, CA 92101
5   Telephone: (619) 231-1058
    Fax: (619) 231-7423
6   TedP@lerachlaw.com
    SteveP@lerachlaw.com
7   JimC@lerachlaw.com
    -and-
8   ALBERT H. MEYERHOFF (54134)
    9601 Wilshire Blvd., Suite 510
9   Los Angeles, CA 90210
    Telephone: (310) 859-3100
10  Fax: (310) 278-2148
    AIM@lerachlaw.com
11     -and-
    NANCY M. JUDA
12  1100 Connecticut Avenue, NW, Suite 730
    Washington, DC 20036
13  Telephone: (202) 822-6762
    Fax: (202) 828-8528
14  NancyJ@lerachlaw.com

15  Attorneys for Plaintiffs

16  [Additional counsel appear on signature page]

17            UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA

19               (Oakland Division)

| | |
|---|---|
| 20  PAUL VELIZ, et al., On behalf of<br>Themselves and All Others Similarly<br>21  Situated, | Case No. 03-01180 (SBA)<br><br>**[E-FILING]** |
| 22           Plaintiffs, | CLASS ACTION |
| 23       vs. | **STIPULATION FOR DISMISSAL WITH<br>PREJUDICE OF THE CLAIMS OF CERTAIN<br>PLAINTIFFS AND ORDER THEREON** |
| 24  CINTAS CORPORATION, an Ohio<br>corporation; PLAN ADMINISTRATOR<br>25  for the Cintas Partners' Plan; and<br>DOES 1-25, inclusive, | |
| 26 | |
| 27         Defendants. | |
| 28 | |

WHEREAS, on March 19, 2003, plaintiffs filed *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA, in the United States District Court for the Northern District of California ("*Veliz Action*") against defendants (collectively "Cintas"), alleging that Cintas had failed to pay all overtime wages due under the FLSA and certain state laws and deprived them of certain benefits protected by ERISA;

WHEREAS, certain *Veliz* Action plaintiffs have now determined to dismiss their respective causes of action and/or claims as set out in the *Veliz* action;

NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate:

1.      The litigating *Veliz* Action plaintiffs identified on Schedule A, attached hereto and incorporated by reference, hereby withdraw and dismiss with prejudice all causes of action and claims made in *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA (N.D. Cal.).

2.      Each party shall bear its own costs, attorneys' fees and litigation expenses related to the prosecution and defense of the withdrawing plaintiffs' claims in the *Veliz* Action.

3.      Neither this stipulation nor the Order of dismissal shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by the *Veliz* Action.

4.      This stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts taken together shall constitute but one and the same stipulation.

//

//

//

//

//

//

5.     This stipulation constitutes the entire agreement of the parties.

IT IS SO STIPULATED.

Dated:  February 16, 2007

LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
THEODORE J. PINTAR
STEVEN W. PEPICH
JAMES A. CAPUTO
LAWRENCE A. ABEL

_____/s/_____
JAMES A. CAPUTO

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
ALBERT H. MEYERHOFF
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: (310) 859-3100
Fax: (310) 278-2148

LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
NANCY M. JUDA
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036
Telephone: (202) 822-6762
Fax: (202) 828-8528

ALTSHULER BERZON NUSSBAUM
       RUBIN & DEMAIN
MICHAEL RUBIN
SCOTT A. KRONLAND
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Fax: (415) 362-8064

TRABER & VOORHEES
THERESA M. TRABER
VANESSA H. EISEMANN
JOCELYN S. SPERLING
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: (626) 585-9611
Fax: (626) 577-7079

Attorneys for Plaintiffs

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza
San Francisco, CA 94111-3492

STIPULATION FOR DISMISSAL WITH PREJUDICE OF
THE CLAIMS OF CERTAIN PLAINTIFFS AND ORDER
THEREON, CASE NO. 03-01180

-2-

CASE NO. 03-01180

1

2

3    Dated:  February 16, 2007                        SQUIRE, SANDERS & DEMPSEY L.L.P.
                                                      MARK C. DOSKER
4                                                     MICHAEL W. KELLY
                                                      JOSEPH A. MECKES
5

6                                                     _____/s/_____
                                                      JOSEPH A. MECKES
7
                                                      One Maritime Plaza, Third Floor
8                                                     San Francisco, CA 94111-3482
                                                      Telephone: (415) 954-0200
9                                                     Fax: (415) 393-9887

10                                                    Attorneys for Defendants

11                             *   *   *
12                             **ORDER**

13         Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties'

14   stipulation and, good cause appearing therefore, hereby approves the withdrawal of the

15   plaintiffs/claimants listed on Schedule A hereto and the dismissal with prejudice of their

16   respective claims and causes of action.

17         IT IS SO ORDERED.

18

19   Dated:  February _20_, 2007              _____
                                              THE HONORABLE
20                                            SAUNDRA BROWN ARMSTRONG

21

22

23

24

25

26

27

28

SQUIRE, SANDERS
& DEMPSEY L.L.P.
One Maritime Plaza
SAN FRANCISCO, CA 94111-3492

STIPULATION FOR DISMISSAL WITH PREJUDICE OF
THE CLAIMS OF CERTAIN PLAINTIFFS AND ORDER
THEREON, CASE NO. 03-01180

-3-

CASE NO. 03-01180

## SCHEDULE A

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**
*Veliz v. Cintas Corp.*, Case No. C 03-1180 SBA

1. Alex Davik
2. David Eubank
3. Andre Guidry
4. Donald Kelly, Jr.
5. Ervin Kuhl
6. Kennith Lyons
7. James P. Metcalf
8. Cesar Pajares
9. Mark Parenteau, Sr.
10. Raymond Rishavy
11. James Sherlund
12. Brian Bronger