```
 1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS L.L.P.
 2  Theodore J. Pintar (CA Bar #131372)
    Steven W. Pepich (CA Bar #116086)
 3  James A. Caputo (CA Bar #120485)
    655 West Broadway, Suite 1900
 4  San Diego, CA  92101
    Telephone:    +1.619.231.1058
 5  Facsimile:    +1.619.231.7423

 6  [Additional Counsel on Signature Page]

 7  Attorneys for Plaintiffs
    PAUL VELIZ, et al.
 8
    SQUIRE, SANDERS & DEMPSEY L.L.P.
 9  Mark C. Dosker (CA Bar # 114789)
    Diane L. Gibson (CA Bar # 114825)
10  Michael W. Kelly (CA Bar #214038)
    Joseph A. Meckes (CA Bar #190279)
11  Angela N. O'Rourke (CA Bar #211912)
    One Maritime Plaza, Third Floor
12  San Francisco, CA  94111-3492
    Telephone:  +1.415.954.0200
13  Facsimile:  +1.415.393.9887

14  Attorneys for Defendants
    CINTAS CORPORATION and
15  PLAN ADMINISTRATOR FOR THE
    CINTAS PARTNERS' PLAN
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| PAUL VELIZ, et al., On behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  03-01180 (SBA)<br><br>CLASS ACTION<br>E-FILING<br><br>**JOINT STIPULATED AMENDED REQUEST FOR ORDER CHANGING TIME, AND ORDER, PURSUANT TO CIVIL LOCAL RULE 6-2, REGARDING TRIAL DATE AND RELATED PRETRIAL PREPARATION DATES** |

**Case No.  03-01180 (SBA)**

1    WHEREAS, the parties' respective counsel have met and conferred extensively about the
2 matters which are the subject of this Joint Stipulated Request and Order and have executed and
3 filed herewith as an attachment a declaration in accordance with Civil Local Rule 6-2(a);

4    WHEREAS, the operative complaint in this action, the Second Amended Complaint, has
5 been on file with the Court only since February 28, 2006 [Docket No. 519];

6    WHEREAS, this action has involved complex preliminary proceedings to determine who
7 may participate in various aspects of it, and the scope of various issues, including motions to
8 dismiss as to various claims for relief (one of which had separate judgment entered which was
9 subsequently appealed and resolved before the Court of Appeals) and issuing two facilitated
10 notices with two opt-in periods, the latter not ending until January 14, 2005 [Docket Nos.121,
11 123, 170, and 363];

12   WHEREAS, this matter has also involved complex preliminary proceedings to determine
13 which individuals who opted in to this case as plaintiffs are compelled to arbitrate or have their
14 claims herein stayed by virtue of arbitration agreements, which matters were also subject to
15 Motions for Reconsideration, all of which were not resolved until February 14, 2006 [Docket
16 No. 516];

17   WHEREAS, after it was determined that 482 individuals who had opted into this action
18 as plaintiffs were not subject to having their claims stayed due to arbitration agreements, the
19 parties have continued to establish by stipulations and motions the number of individuals
20 actually proceeding with claims in this action, including, specifically thus far, dismissal with
21 prejudice of 56 plaintiffs by three stipulations [Docket Nos. 577, 584 and 604] and summary
22 judgment against an additional 115 plaintiffs through two motions for summary judgment
23 [Docket Nos. 623 and 631];

24   WHEREAS, Plaintiffs' counsel state that they have engaged in extensive efforts to gather
25 specific individualized information from all of the litigating plaintiffs, which efforts included
26 repeated attempts over more than a year-long period using first class mail, certified mail,
27 telephone, skip tracing, and, when available, e-mail, and despite those efforts, Plaintiffs' counsel
28 recently filed a Motion to Withdraw as Counsel as to 81 of the litigating plaintiffs, the supporting

1  papers for which set forth in more detail the efforts of plaintiffs' counsel as summarized in this
2  recital;
3  WHEREAS, at a hearing on April 3, 2007 this Court stated its intention to grant Plaintiff
4  Counsels' Motion to Withdraw as Counsel as to those 81 persons, and further stated then and in
5  the Court's Order filed on April 17, 2007 [Docket No. 631 at 9:22-24] a willingness to entertain
6  a motion to dismiss for failure to prosecute such of those nonresponding individuals (23
7  additional plaintiffs) against whom the Court has not otherwise granted summary judgment
8  (which motion Cintas expects to file shortly), although it is unknown which if any of those
9  nonresponding individuals will respond to a motion to dismiss for failure to prosecute by coming
10 forward *pro se* or with separate counsel;
11 WHEREAS, the parties' counsel are continuing to meet and confer as to the status of
12 other individual plaintiffs to determine the extent to which any additional individuals should be
13 dismissed by stipulation or will be subject to further summary judgment motions to narrow the
14 number of participants and issues for presentation at trial in this action;
15 WHEREAS, only as the identities of the specific remaining litigating plaintiffs have been
16 ascertained and the pool of such persons has been and is narrowed are the parties' respective
17 counsel able to focus in an efficient, practical way on the potential claims to be resolved at trial,
18 including the facts, circumstances, specific evidence and expert analysis related to the specific
19 claims and the specific defenses potentially applicable thereto;
20 WHEREAS, the parties' respective counsel have resolved many discovery issues through
21 meeting and conferring, and intend to continue to work towards resolving such issues, but
22 require adequate time to permit compromises to be reached and thereby avoid or minimize the
23 necessity of submitting discovery disputes to the Court for resolution;
24 WHEREAS, the parties have mutually litigated disputed issues in this matter zealously
25 and vigorously, but have also reached compromises and agreements where appropriate and
26 believe that providing additional time for the parties' respective counsel to continue to meet and
27 confer and compromise or resolve outstanding areas of dispute will significantly further the
28 orderly, efficient and expeditious prosecution, defense and resolution of this action;

1    WHEREAS, the parties' respective counsel agree that the instant joint request for
2 resetting the trial date and operative dates related thereto will permit the parties the necessary
3 time to effectively complete (1) any further narrowing of the number of individuals participating
4 and issues to be presented at trial, (2) discovery both as to fact and expert matters, with
5 considerably less Court intervention than would otherwise be necessary, and (3) valuation and
6 assessment of the case;
7    WHEREAS, the parties' respective counsel further agree that the instant joint request for
8 resetting the trial date and operative dates related thereto is in the interest of the efficient use of
9 the Court's resources and the administration of justice because it will permit the parties adequate
10 time and flexibility to resolve disputes to the extent possible and frame the case to the extent
11 possible so as to result in less imposition on judicial resources than would be required based on
12 the currently scheduled dates, and will further the orderly presentation of the case at trial
13 especially in light of the numerous claims and defenses and the limited amount of trial time the
14 Court has indicated will be available;
15    WHEREAS, following an initial Case Management Conference on August 1, 2003 the
16 Court had originally set a trial date for trial to begin on March 7, 2005 for an estimated duration
17 of 3-4 months [Docket No. 44 at 4:26], and the Court vacated that date on August 31, 2004 as
18 having been what the Court and parties characterized as a "placeholder" [Docket No. 194], and
19 the Court entered a new Order for Pretrial Preparation on April 10, 2006 [Docket No. 525]
20 setting October 29, 2007 as the Trial Date;
21    WHEREAS, counsel for Cintas and various of the counsel for Plaintiffs are currently
22 scheduled for the trial of a class action, in which Cintas is the defendant, in the Superior Court of
23 the State of California in and for the County of Los Angeles, commencing on February 25, 2008,
24 estimated to take approximately two (2) to four (4) weeks, and for that reason as well as for the
25 reasons recited above, this requested Joint Stipulated Request is dependent on this Court
26 resetting the Trial Date for this action to a date that is on or after April 28, 2008; and
27    WHEREAS, this Joint Stipulated Request will, upon Court approval, move all operative
28 dates by approximately six months, the exact date depending on the Court's availability for trial

1   on or after April 28, 2008 but this Joint Stipulated Request will maintain the sequence and
2   intervals for all other dates, working backwards from the Trial Date;
3       NOW, THEREFORE, the parties hereto by and through their respective undersigned
4   counsel hereby stipulate, subject to Court approval, as follows:

   **1.  Modification of the Dates Set Forth in the Court's April 10, 2006 Order for Pretrial Preparation [Docket No. 525].**

   a.  **Discovery Cut-off**: November 19, 2007 or such later date that is four months before the Trial Date set herein.

   b.  **Expert Designation and Discovery.** Both parties shall designate any experts in accordance with Fed. R. Civ. P. 26(a)(2) by September 17, 2007, or such later date that is six months before the Trial Date set herein. Rebuttal expert disclosure shall be by November 16, 2007, or such later date that is five months before the Trial Date set herein.   Expert discovery shall be completed by December 21, 2007, or such later date that is three months before the Trial Date set herein.

   c.  **Motion Cut-Off.** All motions including dispositive motions shall be heard on or before January 8, 2008 or such later date that is two and a half months before the Trial Date set herein.

   d.  **Mandatory Settlement Conference.** The mandatory settlement conference shall take place between January 9, 2008 and February 8, 2008 or such later one-month date range commencing two months and one week before the Trial Date set herein.

   e.  **Pretrial Conference.** The conference shall take place on March 4, 2008, at 1:00 p.m.

   f.  **Pretrial Preparation.** Pretrial Preparation is due February 12, 2008 Motions in limine and objections to evidence are due on February 19, 2008 .  Responses to motions in limine or objections to evidence are due on February 26, 2008.

1     g.  **Trial**.  Trial before jury will begin on or after March 10, 2008, at 8:30 a.m., or such date thereafter as the Court may designate in the Order on this Stipulation, for an estimated 12 trial days.

    h.  **Other Terms of the Order for Pretrial Preparation Remain in Force:** Other than the date changes stipulated to above, the other terms of the Court's Order for Pretrial Preparation [Docket No. 525] remain in force.

2. No part of this Stipulation is effective unless the Court accepts every part of it as written, by re-setting the dates as set forth herein.

3. This Stipulation and Order may be executed in separate counterparts by each of the parties hereto, and such executed counterparts may be exchanged by facsimile or electronically, but all such counterparts taken together shall form but one and the same Stipulation and Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  May 4, 2007        LERACH COUGHLIN STOIA GELLER
                 RUDMAN & ROBBINS L.L.P., and
                 ALTSHULER BERZON LLP,  and
                 TRABER & VOORHEES

                 By:_____/s/_____
                    Steven W. Pepich

Attorneys for Plaintiffs PAUL VELIZ, *et al*.

Dated:  May 4, 2007        SQUIRE, SANDERS & DEMPSEY, L.L.P.

                 By: _____*/s/*_____
                    Michael W. Kelly

Attorneys for Defendants CINTAS CORPORATION and PLAN ADMINISTRATOR FOR THE CINTAS PARTNERS' PLAN
CINTAS PARTNERS' PLAN

# ORDER

Pursuant to Stipulation, the dates in the April 10, 2006 Order for Pretrial Preparation are hereby vacated and the following dates are set:

1. **Trial Date**: Trial before the jury will commence on March 10, 2008, for an estimated 12 trial days.

2. **Pretrial Conference**: March 4, 2008, at 1:00 p.m.

3. **Pretrial Preparation**: February 12, 2008
    a. **Motions in limine and objections to evidence**: February 19, 2008.
    b. **Responses to motions in limine or objections to evidence:** February 26, 2008.

4. **Mandatory Settlement Conference:** To Be held between January 9, 2008 and February 8, 2008.

5. **Motion Cut-Off**: January 8, 2008.

6. **Expert Designation and Discovery**.
    a. **Designation:** September 17, 2007
    b. **Rebuttal expert disclosure:** November 16, 2007
    c. **Completion of expert discovery:** December 21, 2007

7. **Discovery Cut-off:** November 19, 2007

8. **Other Terms of the Order for Pretrial Preparation Remain in Force:** Other than the date changes ordered above, the other terms of the Court's Order for Pretrial Preparation [Docket No. 525] remain in force.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _MAY 9_, 2007

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge

JOINT STIPULATED AMENDED REQUEST FOR ORDER CHANGING TIME,
AND ORDER, PURSUANT TO CIVIL LOCAL RULE 6-2
**Case No.  03-01180 (SBA)**

7

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 4, 2007.

s/ STEVEN W. PEPICH
STEVEN W. PEPICH

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  stevep@lerachlaw.com
