LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
THEODORE J. PINTAR (131372)
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423
TedP@lerachlaw.com
SteveP@lerachlaw.com
JimC@lerachlaw.com
       -and-
ALBERT H. MEYERHOFF (54134)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: (310) 859-3100
Fax: (310) 278-2148
AIM@lerachlaw.com
       -and-
NANCY M. JUDA
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036
Telephone: (202) 822-6762
Fax: (202) 828-8528
NancyJ@lerachlaw.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| PAUL VELIZ, et al., On behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 03-01180 (SBA)<br><br>**[E-FILING]**<br><br>CLASS ACTION<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF CERTAIN PLAINTIFFS AND ORDER THEREON** |

**SQUIRE, SANDERS &
DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION FOR DISMISSAL WITH PREJUDICE OF
THE CLAIMS OF CERTAIN PLAINTIFFS AND ORDER
THEREON, CASE NO. 03-01180

WHEREAS, on March 19, 2003, plaintiffs filed *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA, in the United States District Court for the Northern District of California ("*Veliz* Action") against defendants (collectively "Cintas"), alleging that Cintas had failed to pay all overtime wages due under the FLSA and certain state laws and deprived them of certain benefits protected by ERISA;

WHEREAS, Cintas contends that certain *Veliz* Action plaintiffs' claims are barred by a Class Action Settlement entered by the Los Angeles County Superior Court on February 5, 2003 in the related cases *Vaca et al. v. Cintas Corp.,* Case No. BC 250459 and *Barajas et al. v. Cintas Corp.,* Case No. BC 251276;

NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate:

1. The litigating *Veliz* Action plaintiffs identified on Schedule A, attached hereto and incorporated by reference herein, hereby withdraw and dismiss with prejudice all causes of action and claims made in *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA (N.D. Cal.).

2. Neither this stipulation nor the Order of dismissal shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by the *Veliz* Action.

3. This stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts taken together shall constitute but one and the same stipulation.

4. Each party shall bear its own costs, attorneys' fees, and litigation expenses related to the prosecution and defense of the withdrawing plaintiffs' claims in the *Veliz* Action.

//
//
//
//
//
//

1  5. This stipulation constitutes the entire agreement of the parties.

2  IT IS SO STIPULATED.

3  Dated: August 16, 2007

TRABER & VOORHEES
THERESA M. TRABER
VANESSA H. EISEMANN
JOCELYN S. SPERLING

/s/
THERESA TRABER

128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: (626) 585-9611
Fax: (626) 577-7079

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
THEODORE J. PINTAR
STEVEN W. PEPICH
JAMES A. CAPUTO
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
ALBERT H. MEYERHOFF
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: (310) 859-3100
Fax: (310) 278-2148

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
NANCY M. JUDA
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036
Telephone: (202) 822-6762
Fax: (202) 828-8528

ALTSHULER BERZON NUSSBAUM
 RUBIN & DEMAIN
MICHAEL RUBIN
SCOTT A. KRONLAND
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Fax: (415) 362-8064
Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: August 22, 2007 | SQUIRE, SANDERS & DEMPSEY L.L.P.<br>MARK C. DOSKER<br>MICHAEL W. KELLY<br>JOSEPH A. MECKES |

/s/
JOSEPH A. MECKES

One Maritime Plaza, Third Floor
San Francisco, CA 94111-3482
Telephone: (415) 954-0200
Fax: (415) 393-9887

Attorneys for Defendants

* * *

**ORDER**

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' stipulation and, good cause appearing therefor, hereby approves the withdrawal of the plaintiffs/claimants listed on Schedule A hereto and the dismissal with prejudice of their respective claims and causes of action.

IT IS SO ORDERED.

Dated: ~~August~~ September __4__, 2007

_____
THE HONORABLE
SAUNDRA BROWN ARMSTRONG

# **SCHEDULE A**

1. CALDERON, DAVID M.
2. CUDNEY, MATTHEW W.
3. GARCIA, DAVID
4. LEPE, SALVADOR
5. LY, DOUG N.
6. MATTHEWS, ZACHARY
7. ORDONEZ, MACBETH
8. PARENT, RONALD
9. REYNOLDS, ANTHONY
10. SANTA CRUZ, ROGELIO
11. THOMPSON, ALLEN M.
12. VACA, RENE
13. VILLARREAL, OSVALDO

# PROOF OF SERVICE

I, Agnes Gacayan, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On August 22, 2007, I served the foregoing document described as:

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF CERTAIN PLAINTIFFS AND ORDER THEREON**

☒ VIA UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE ON THE PARTIES AS SET FORTH BELOW.

Theresa M. Traber
Traber & Voorhees
128 N. Fair Oaks Ave., Suite 204
Pasadena, CA 91103
Facsimile: (626) 577-7079

Albert H. Meyerhoff
Lerach Coughlin et al.
9601 Wilshire Blvd.
Suite 510
Los Angeles, CA 90210
Facsimile: (310) 278-2148

Theodore J. Pintar
Steven W. Pepich
James A. Caputo
Lerach Coughlin et al.
655 W. Broadway, Suite 1900
San Diego, CA 92101
Facsimile: (619) 231-7423

Nancy M. Juda
Lerach Coughlin et al.
1100 Connecticut Ave., NW Ste. 730
Washington, DC 20036
Facsimile: (202) 828-8528

Michael Rubin
Scott A. Kronland
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Facsimile: (415) 362-8064

Executed on August 22, 2007, at San Francisco, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/
Agnes Gacayan