1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  THEODORE J. PINTAR (131372)
   STEVEN W. PEPICH (116086)
3  JAMES A. CAPUTO (120485)
   LAWRENCE A. ABEL (129596)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  TedP@lerachlaw.com
   SteveP@lerachlaw.com
7  JimC@lerachlaw.com
      – and –
8  ALBERT H. MEYERHOFF (54134)
   9601 Wilshire Blvd., Suite 510
9  Los Angeles, CA  90210
   Telephone:  310/859-3100
10 310/278-2148 (fax)
   AlM@lerachlaw.com
11        – and –
   NANCY M. JUDA
12 1100 Connecticut Avenue, N.W.
   Suite 730
13 Washington, DC  20036
   Telephone:  202/822-6762
14 202/828-8528 (fax)
   NancyJ@lerachlaw.com
15
   Attorneys for Plaintiffs
16
   [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, an Ohio corporation, et al,<br><br>Defendants. | No. C-03-1180-SBA<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF JOE THOMAS EDWARDS' CLAIMS AGAINST CINTAS CORPORATION AND ORDER THEREON |

WHEREAS, on March 19, 2003, plaintiffs filed *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA, in the United States District Court for the Northern District of California ("*Veliz* Action"), alleging that Cintas had failed to pay all overtime wages due under the FLSA and certain state laws and deprived them of certain benefits protected by ERISA;

WHEREAS, Plaintiff Joe Thomas Edwards opted into the *Veliz* Action but has now determined to dismiss with prejudice his causes of action and/or claims against Cintas as set out in the *Veliz* action;

NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate:

1. Plaintiff Joe Thomas Edwards ("Edwards") hereby withdraws and dismisses with prejudice all causes of action and claims made in *Veliz v. Cintas Corporation*, N.D. Cal., Case No. C-03-1180-SBA.

2. Neither this stipulation nor the Order of dismissal thereon shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by the *Veliz* Action.

3. This stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts taken together shall constitute but one and the same stipulation.

4. Each party shall bear its own costs, attorneys' fees and litigation expenses related to the prosecution and defense of Edwards' claims in the *Veliz* Action.

5. This stipulation constitutes the entire agreement of the parties.

IT IS SO STIPULATED.

DATED: October 4, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THEODORE J. PINTAR
STEVEN W. PEPICH
JAMES A. CAPUTO
LAWRENCE A. ABEL

                       /s/
               Steven W. Pepich

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ALBERT H. MEYERHOFF
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036
Telephone: 202/822-6762
202/828-8528 (fax)

ALTSHULER BERZON LLP
MICHAEL RUBIN
SCOTT A. KRONLAND
EILEEN B. GOLDSMITH
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
415/362-8064 (fax)

STIPULATION FOR DISMISSAL WITH PREJUDICE OF
THE CLAIMS OF JOE THOMAS EDWARDS AND ORDER
THEREON - C-03-1180-SBA

|   |   |
|---|---|
|   | TRABER & VOORHEES<br>THERESA M. TRABER<br>LABONI A. HOQ<br>128 No. Fair Oaks Avenue, Suite 204<br>Pasadena, CA  91103<br>Telephone:  626/585-9611<br>626/577-7079 (fax)<br><br>Attorneys for Plaintiffs |
| DATED:  October 4, 2007 | SQUIRE, SANDERS & DEMPSEY LLP<br>MARK C. DOSKER<br>MICHAEL W. KELLY<br>JOSEPH A. MECKES<br><br>_____/s/_____<br>Joseph A. Meckes<br><br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3482<br>Telephone: 415/954-0200<br>415/362-8064 (Fax)<br><br>Attorneys for Defendant Cintas Corporation |

\*   \*   \*

### O R D E R

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' stipulation and good cause appearing therefor, hereby approves the withdrawal of the plaintiff Joe Thomas Edwards and the dismissal with prejudice of his causes of action and claims.

IT IS SO ORDERED.

DATED:
_____10/16/07_____

*[signature: Saundra B. Armstrong]*
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE OF
THE CLAIMS OF JOE THOMAS EDWARDS AND ORDER
THEREON - C-03-1180-SBA