| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP |
| 2 | THEODORE J. PINTAR (131372)<br>STEVEN W. PEPICH (116086) |
| 3 | JAMES A. CAPUTO (120485)<br>LAWRENCE A. ABEL (129596) |
| 4 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 6 | TedP@lerachlaw.com<br>SteveP@lerachlaw.com |
| 7 | JimC@lerachlaw.com<br>   – and – |
| 8 | ALBERT H. MEYERHOFF (54134)<br>9601 Wilshire Blvd., Suite 510 |
| 9 | Los Angeles, CA  90210<br>Telephone:  310/859-3100 |
| 10 | 310/278-2148 (fax)<br>AlM@lerachlaw.com |
| 11 |        – and –<br>NANCY M. JUDA |
| 12 | 1100 Connecticut Avenue, N.W.<br>Suite 730 |
| 13 | Washington, DC  20036<br>Telephone:  202/822-6762 |
| 14 | 202/828-8528 (fax)<br>NancyJ@lerachlaw.com |
| 15 | Attorneys for Plaintiffs |
| 16 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| PAUL VELIZ, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) ) | No. C-03-1180-SBA |
| Plaintiffs, | ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF CRAIG KANE'S CLAIMS AGAINST CINTAS CORPORATION AND ORDER THEREON** |
| vs. | ) ) ) | |
| CINTAS CORPORATION, an Ohio corporation, et al, | ) ) ) | |
| Defendants. | ) ) | |

STIPULATION FOR DISMISSAL WITH PREJUDICE OF
PLAINTIFF CRAIG KANE'S CLAIMS AGAINST CINTAS CORPORATION
AND ORDER THEREON, CASE NO. C 03-1180 SBA

WHEREAS, on March 19, 2003, plaintiffs filed *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA, in the United States District Court for the Northern District of California ("*Veliz* Action"), alleging that Cintas had failed to pay all overtime wages due under the FLSA and certain state laws and deprived them of certain benefits protected by ERISA;

WHEREAS, Plaintiff Craig Kane opted into the *Veliz* Action but has now determined to dismiss with prejudice his causes of action and/or claims against Cintas as set out in the *Veliz* Action;

NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate:

1. Plaintiff Craig Kane ("Kane") hereby withdraws and dismisses with prejudice all causes of action and claims made in *Veliz v. Cintas Corporation,* N.D. Cal., Case No. C-03-1180-SBA.

2. Neither this stipulation nor the Order of dismissal thereon shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by the *Veliz* Action.

3. This stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts taken together shall constitute but one and the same stipulation.

4. Each party shall bear its own costs, attorneys' fees and litigation expenses related to the prosecution and defense of Kane's claims in the *Veliz* Action.

STIPULATION FOR DISMISSAL WITH PREJUDICE OF
PLAINTIFF CRAIG KANE'S CLAIMS AGAINST CINTAS CORPORATION
AND ORDER THEREON, CASE NO. C 03-1180 SBA

5. This stipulation constitutes the entire agreement of the parties.

IT IS SO STIPULATED.

Dated: October 30, 2007

ALTSHULER BERZON LLP
MICHAEL RUBIN
SCOTT A. KRONLAND
EILEEN B. GOLDSMITH

By: _____/s/_____
    EILEEN B. GOLDSMITH

177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421.7151
Facsimile: (415) 362.8064

Attorneys for Plaintiffs

Dated: October 30, 2007

SQUIRE, SANDERS & DEMPSEY, L.L.P.
MARK C. DOSKER
MICHAEL W. KELLY
JOSEPH A. MECKES

By: _____/s/_____
    JOSEPH A. MECKES

One Maritime Plaza, Suite 300
San Francisco, CA 94111-3482
Telephone: (415) 954.0200
Facsimile: (415) 362.8064

Attorneys for Defendant Cintas Corporation

    *        *        *

**ORDER**

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' stipulation and good cause appearing therefore, hereby approves the withdrawal of the plaintiff Craig Kane and the dismissal with prejudice of his causes of action and claims.

Dated: 11/2/07

*Saundra B. Armstrong*
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE OF
PLAINTIFF CRAIG KANE'S CLAIMS AGAINST CINTAS CORPORATION
AND ORDER THEREON, CASE NO. C 03-1180 SBA