*E-FILED 12/6/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., | No. C 03-01180 RS |
| Plaintiffs, | |
| v. | **ORDER SETTING STATUS CONFERENCE** |
| CINTAS CORPORATION, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that a Status Conference in the above entitled matter shall be held on **January 11, 2009 at 2:30 p.m.**, in Courtroom 4, 5th Floor, Federal Building, 280 S. First Street, San Jose, California.

DATED: December 6, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING STATUS CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Mary Lynne Calkins     mcalkins@csgrr.com

James Albert Caputo     jimc@lcsr.com

Mark C. Dosker     mdosker@ssd.com, aorourke@ssd.com, jmeckes@ssd.com, mfull@ssd.com, mkelly@ssd.com, mmendoza@ssd.com, sfr_docket@ssd.com

Vanessa H. Eisemann     veisemann@nclrights.org

Anna L. Endter     aendter@ssd.com, sfr_docket@ssd.com

Michelle Mei-Lin Full     mfull@ssd.com, llanglois@ssd.com

Stefanie Kim Gluckman     invalidaddress@myrealbox.com

Eileen Goldsmith     egoldsmith@altshulerberzon.com, byamate@altshulerberzon.com

Laboni Amena Hoq     lhoq@tvlegal.com

Michael W. Kelly     mkelly@ssd.com, mfull@ssd.com, rarroyo@ssd.com

Scott Alan Kronland     skronland@altshulerberzon.com, jperley@altshulerberzon.com

William S. Lerach     e_file_sd@lerachlaw.com

Joseph Anthony Meckes     jmeckes@ssd.com, sfr_docket@ssd.com

Angela N. O'Rourke     aorourke@ssd.com, sfr_docket@ssd.com

Steven Wayne Pepich     stevep@csgrr.com, e_file_sd@lerachlaw.com, e_file_sf@lerachlaw.com

Theodore Joseph Pintar     TedP@csgrr.com

Michael Rubin     mrubin@altshulerberzon.com, byamate@altshulerberzon.com

Theresa M. Traber , Esq     tmt@tvlegal.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: December 6, 2007

                                                      /s/ BAK
                                                    Chambers of Magistrate Judge Richard Seeborg