UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, an Ohio corporation, et al,<br><br>    Defendants. | No. C-03-1180-SBA<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER TO EXCUSE PLAINTIFFS FROM APPEARING IN PERSON AT THE JANUARY 31, 2008 SETTLEMENT CONFERENCE<br><br>DATE:    January 31, 2008<br>TIME:    2:00 p.m.<br>COURTROOM: 4 |

1     Plaintiffs have requested to be excused from appearing in person at the January 31, 2008 Settlement Conference pursuant to Magistrate Judge Wayne D. Brazil's Settlement Conference Standing Order, §IV. D., and have submitted a letter in furtherance of that request. Having considered plaintiffs' arguments, and for good cause shown,

    IT IS HEREBY ORDERED that plaintiffs are excused from attending in person at the January 31, 2008 Settlement Conference.

DATED: 1-25-08

THE HONORABLE WAYNE D. BRAZIL
UNITED STATES DISTRICT
MAGISTRATE JUDGE

Submitted by:

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THEODORE J. PINTAR
STEVEN W. PEPICH
JAMES A. CAPUTO
LAWRENCE A. ABEL
ELISABETH A. BOWMAN
MARY LYNNE CALKINS


JAMES A. CAPUTO

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ALBERT H. MEYERHOFF
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)