COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
THEODORE J. PINTAR (131372)
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423
TedP@lerachlaw.com
SteveP@lerachlaw.com
JimC@lerachlaw.com
     -and-
ALBERT H. MEYERHOFF (54134)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: (310) 859-3100
Fax: (310) 278-2148
AIM@lerachlaw.com
     -and-
NANCY M. JUDA
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036
Telephone: (202) 822-6762
Fax: (202) 828-8528
NancyJ@lerachlaw.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page]

*E-FILED 2/11/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| PAUL VELIZ, et al., On behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 03-01180 (RS)<br><br>**[E-FILING]**<br><br>CLASS ACTION<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF CERTAIN PLAINTIFFS AND ORDER THEREON** |

| | |
|---|---|
|1| WHEREAS, on March 19, 2003, plaintiffs filed *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA, in the United States District Court for the Northern District of California ("*Veliz* Action") against defendants (collectively "Cintas"), alleging that Cintas had failed to pay all overtime wages due under the FLSA and certain state laws and deprived them of certain benefits protected by ERISA;

WHEREAS, certain *Veliz* Action plaintiffs have now determined to dismiss with prejudice their respective causes of action and/or claims against Cintas as set out in the *Veliz* action;

NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate:

1. The litigating *Veliz* Action plaintiffs identified on Schedule A, attached hereto and incorporated by reference herein, hereby withdraw and dismiss with prejudice all causes of action and claims made in *Veliz v. Cintas Corporation,* Case No. C-03-1180 RS.

2. Neither this stipulation nor the Order of dismissal shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by the *Veliz* Action.

3. This stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts taken together shall constitute but one and the same stipulation.

4. Each party shall bear its own costs, attorneys' fees, and litigation expenses related to the prosecution and defense of the withdrawing plaintiffs' claims in the *Veliz* Action.

///
///
///
///
///
///
//
/

1      5.     This stipulation constitutes the entire agreement of the parties.

2     IT IS SO STIPULATED.

Dated: February 8, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
STEVEN W. PEPICH
JAMES A. CAPUTO
LAWRENCE ABEL

       /s/
STEVEN W. PEPICH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ALBERT H. MEYERHOFF
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: (310) 859-3100
Fax: (310) 278-2148

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036
Telephone: (202) 822-6762
Fax: (202) 828-8528

TRABER & VOORHEES
THERESA M. TRABER
LABONI A HOQ
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: (626) 585-9611
Fax: (626) 577-7079

ALTSHULER BERZON NUSSBAUM
  RUBIN & DEMAIN
MICHAEL RUBIN
SCOTT A. KRONLAND
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Fax: (415) 362-8064
Attorneys for Plaintiffs

| | |
|---|---|
| Dated: Februrary 8, 2008 | SQUIRE, SANDERS & DEMPSEY L.L.P.<br>MARK C. DOSKER<br>DIANE L. GIBSON<br>MICHAEL W. KELLY<br>JOSEPH A. MECKES |
| | /s/<br>JOSEPH A. MECKES |
| | One Maritime Plaza, Third Floor<br>San Francisco, CA 94111-3482<br>Telephone: (415) 954-0200<br>Fax: (415) 393-9887 |
| | Attorneys for Defendants |

\* \* \*

**ORDER**

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' stipulation and, good cause appearing therefor, hereby approves the withdrawal of the plaintiffs/claimants listed on Schedule A hereto and the dismissal with prejudice of their respective claims and causes of action.

IT IS SO ORDERED.

Dated: February 11, 2008

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

# SCHEDULE A

Woody Allen
Ronald Berry
David R. Bonnell
David Crow
Ronald Damewood
William Evans
Jeffrey Gravitt
Charles Gurganos
Curtis Jones
Phillip Kilcrease
Christopher Lewis
Rodney Liberatore
James Lipps
Donald Peninger
Timothy Peske
Jeffrey Raymond
Sandra Robertson
Michael Schieber
Carla Scott-Outlaw
John Trapen
Antonio Vasquez
Luke Veitch
William Wrightson