IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL VELIZ, et al.,

    Plaintiff(s),

vs.

CINTAS CORPORATION, et al.,

    Defendant(s).

No. C 03-1180 SBA (MEJ)

**ORDER RE: AFFIRMATIVE DEFENSE DISCOVERY**

The Court is in receipt of the parties' joint letter, (Doc. #736), which concerns Plaintiffs request to compel Defendant Cintas Corporation to respond to discovery into the factual basis for Cintas' affirmative defense that Plaintiffs are exempt employees under the Motor Carrier Act. Upon review of the parties' letter and the relevant discovery requests, the Court finds that Plaintiffs' request is relevant yet overbroad. Accordingly, the Court ORDERS the parties to meet and confer for the purpose of limiting the scope of Plaintiffs' requests through stipulation. Once the parties limit the scope, they shall agree upon production for twenty Plaintiffs. If the parties are unable to reach an agreement, they shall file a further joint letter.

**IT IS SO ORDERED.**

Dated: March 3, 2008

MARIA ELENA JAMES
United States Magistrate Judge