1 | COUGHLIN STOIA GELLER
  |   RUDMAN & ROBBINS L.L.P.
2 | Theodore J. Pintar (CA Bar #131372)
  | Steven W. Pepich (CA Bar #116086)
3 | James A. Caputo (CA Bar#120485)
  | Lawrence A. Abel (CA Bar#129596)
4 | Elisabeth A. Bowman (CA Bar#147393)
  | Mary Lynne Calkins (CA Bar#212171)
5 | 655 West Broadway, Suite 1900
  | San Diego, CA 92101
6 | Telephone:  +1.619.231.1058
  | Facsimile:  +1.619.231.7423
7 |
  | [Additional Counsel on Signature Page]
8 |
  | Attorneys for Plaintiffs
9 | PAUL VELIZ, et al.

10 | SQUIRE, SANDERS & DEMPSEY L.L.P.
   | Mark C. Dosker (CA Bar # 114789)
11 | Diane L. Gibson (CA Bar#114825)
   | Michael W. Kelly (CA Bar #214038)
12 | Joseph A. Meckes (CA Bar #190279)
   | Angela N. O'Rourke (CA Bar #211912)
13 | Michelle M. Full (CA Bar#240973)
   | One Maritime Plaza, Third Floor
14 | San Francisco, CA 94111-3492
   | Telephone:  +1.415.954.0200
15 | Facsimile:  +1.415.393.9887

16 | Attorneys for Defendant
   | CINTAS CORPORATION and
17 | PLAN ADMINISTRATOR FOR THE
   | CINTAS PARTNERS' PLAN
18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| PAUL VELIZ, et al., On behalf of Themselves and All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>   vs.<br><br>CINTAS CORPORATION, et al,<br><br>             Defendants. | Case No. 03-01180 RS<br><br>CLASS ACTION<br><br>E-FILING<br><br>STIPULATION AND ORDER REGARDING RESPONSES TO CERTAIN CONTENTION INTERROGATORIES |

STIPULATION AND ORDER REGARDING
RESPONSES TO CERTAIN CONTENTION INTERROGATORIES
Case No. 03-01180 (RS)

1    WHEREAS, on February 6, 2008, the parties' respective counsel met and conferred in person regarding various outstanding discovery matters;

WHEREAS, on February 28, 2008, Cintas' counsel transmitted its half of a joint letter motion to compel responses to certain contention interrogatories that Cintas had served on the Named Plaintiffs in this action on October 15, 2007;

WHEREAS, on March 4, 2008, plaintiffs' counsel informed Cintas' counsel that plaintiffs were willing to resolve this dispute through a stipulated Order on the terms set forth below;

NOW, THEREFORE, the parties hereto, by and through their respective undersigned counsel, hereby stipulate as follows:

1    Pursuant to this Stipulation, the Court shall enter an Order requiring the Named Plaintiffs to serve upon Cintas, pursuant to Federal Rule of Civil Procedure 33, substantive responses to Cintas' contention interrogatories as follows:

| **Plaintiff Name** | **Interrogatories** |
|---|---|
| 1. Daniel H. Alvis | Fourth Set of Interrogatories, Nos. 23-24 |
| 2. Joseph Ashcraft | Third Set of Interrogatories, Nos. 16-18 |
| 3. Keith Boehm | Fourth Set of Interrogatories, Nos. 23-24 |
| 4. Michael Clayton | Third Set of Interrogatories, Nos. 16-18 |
| 5. Wayne Edwards | Fourth Set of Interrogatories, Nos. 18-19 |
| 6. Dennis Fedor | Third Set of Interrogatories, Nos. 16-18 |
| 7. Drew Fuehring | Third Set of Interrogatories, Nos. 16-17 |
| 8. Wilfredo Huertas, Jr. | Third Set of Interrogatories, Nos. 16-17 |
| 9. John Liss | Fourth Set of Interrogatories, Nos. 22-24 |
| 10. Daniel Craig Peterson | Third Set of Interrogatories, Nos. 16-18 |
| 11. Derrick Samuels | Third Set of Interrogatories, Nos. 16-17 |
| 12. Kelly Smith | Third Set of Interrogatories, Nos. 16-17 |
| 13. James Wulff | Fourth Set of Interrogatories, Nos. 22-23 |

1      2.    All responses to the foregoing Interrogatories shall be served on Cintas' counsel by no later than April 4, 2008.

3      3.    Notwithstanding the foregoing, any of the foregoing Named Plaintiffs whom the Court dismisses from this action by April 4, 2008, or whom the parties stipulate by April 4, 2008 should be dismissed from this action, shall be excused from serving responses to the foregoing Interrogatories.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 7, 2008

SQUIRE, SANDERS & DEMPSEY, L.L.P.

By: _____/s/_____
    Joseph A. Meckes

Attorneys for Defendants
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR THE
CINTAS PARTNERS' PLAN

Dated: March 7, 2008

COUGHLIN STOIA GELLER RUDMAN & ROBBINS L.L.P., and

ALTSHULER BERZON LLP, and

TRABER & VOORHEES

By: _____/s/_____
    Steven W. Pepich

Attorneys for Plaintiffs
PAUL VELIZ, *et al.*

ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: March 10, 2008

_____
MARIA ELENA JAMES
United States Magistrate Judge

STIPULATION AND ORDER REGARDING
CONTENTION INTERROGATORIES
Case No. 03-01180 (RS)    3

**PROOF OF SERVICE**

I, JOHN R. AGUILAR, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On March 7, 2008, I served the foregoing document described as:

**STIPULATION AND ORDER REGARDING RESPONSES TO CERTAIN CONTENTION INTERROGATORIES**

☒ VIA UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE ON THE PARTIES AS SET FORTH BELOW.

Theresa M. Traber
Traber & Voorhees
128 N. Fair Oaks Ave., Suite 204
Pasadena, CA 91103
Facsimile: (626) 577-7079

Albert H. Meyerhoff
Coughlin Stoia et al.
9601 Wilshire Blvd.
Suite 510
Los Angeles, CA 90210
Facsimile: (310) 278-2148

Theodore J. Pintar
Steven W. Pepich
James A. Caputo
Coughlin Stoia et al.
655 W. Broadway, Suite 1900
San Diego, CA 92101
Facsimile: (619) 231-7423

Nancy M. Juda
Coughlin Stoia et al.
1100 Connecticut Ave., NW Ste. 730
Washington, DC 20036
Facsimile: (202) 828-8528

Michael Rubin
Scott A. Kronland
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Facsimile: (415) 362-8064

Executed on March 7, 2008, at San Francisco, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/
_____
JOHN R. AGUILAR