1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS L.L.P.
2  Theodore J. Pintar (CA Bar #131372)
   Steven W. Pepich (CA Bar #116086)
3  James A. Caputo (CA Bar#120485)
   Lawrence A. Abel (CA Bar#129596)
4  Elisabeth A. Bowman (CA Bar#147393)
   Mary Lynne Calkins (CA Bar#212171)
5  655 West Broadway, Suite 1900
   San Diego, CA  92101
6  Telephone:     +1.619.231.1058
   Facsimile:     +1.619.231.7423
7
   [Additional Counsel on Signature Page]
8
   Attorneys for Plaintiffs
9  PAUL VELIZ, et al.

10 SQUIRE, SANDERS & DEMPSEY L.L.P.
   Mark C. Dosker (CA Bar # 114789)
11 Diane L. Gibson (CA Bar#114825)
   Michael W. Kelly (CA Bar #214038)
12 Joseph A. Meckes (CA Bar #190279)
   Angela N. O'Rourke (CA Bar #211912)
13 Michelle M. Full (CA Bar#240973)
   One Maritime Plaza, Third Floor
14 San Francisco, CA  94111-3492
   Telephone:  +1.415.954.0200
15 Facsimile:    +1.415.393.9887

16 Attorneys for Defendant
   CINTAS CORPORATION and
17 PLAN ADMINISTRATOR FOR THE
   CINTAS PARTNERS' PLAN
18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| PAUL VELIZ, et al., On behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, et al,<br><br>Defendants. | Case No.  03-01180 RS<br><br>CLASS ACTION<br><br>E-FILING<br><br>STIPULATION AND ORDER REGARDING VERIFICATIONS OF INTERROGATORY RESPONSES |

1     WHEREAS, on February 6, 2008, the parties' respective counsel met and conferred in person regarding various outstanding discovery matters;

    WHEREAS, on February 27, 2008, Cintas' counsel transmitted its half of a joint letter motion to compel certain plaintiffs to provide verifications of various sets of responses to interrogatories, as specified in Exhibit A hereto;

    WHEREAS, on March 4, 2008, plaintiffs' and Cintas' counsel conferred and agreed to resolve this dispute through a stipulated Order on the terms set forth below;

    NOW, THEREFORE, the parties hereto, by and through their respective undersigned counsel, hereby stipulate as follows:

1.     Pursuant to this Stipulation, the Court shall enter an Order requiring the plaintiffs identified in Exhibit A hereto to serve verifications pursuant to Rule 33 to the sets of interrogatory responses identified in Exhibit A hereto.

2.     All verifications to the sets of interrogatory responses identified in Exhibit A hereto shall be served on Cintas' counsel no later than April 4, 2008.

3.     Notwithstanding the foregoing, any of the plaintiffs identified in Exhibit A hereto whom the Court dismisses from this action prior to April 4, 2008, or whom the parties stipulate prior to April 4, 2008 should be dismissed from this action, shall be excused from serving verifications.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 7, 2008                                         SQUIRE, SANDERS & DEMPSEY, L.L.P.

                                                                             By: _____/s/_____
                                                                                       Joseph A. Meckes

Attorneys for Defendants
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR THE
CINTAS PARTNERS' PLAN

1  Dated: March 7, 2008                          COUGHLIN STOIA GELLER RUDMAN &
2                                                ROBBINS L.L.P., and
3                                                ALTSHULER BERZON LLP, and
4                                                TRABER & VOORHEES
5                                                By:_____/s/_____
6                                                        Steven W. Pepich
7                                                Attorneys for Plaintiffs
                                                 PAUL VELIZ, *et al*.
8
9                                       ORDER
10  Pursuant to Stipulation, IT IS SO ORDERED.
11
12  Dated: March 10, 2008                        _____
                                                 MARIA ELENA JAMES
13                                               United States Magistrate Judge

STIPULATION AND ORDER REGARDING
VERIFICATIONS
Case No.  03-01180 (RS)                          3

# EXHIBIT A

**Plaintiffs Ordered to Verify Responses to Cintas' First Set of Interrogatories**

| Plaintiff Name | Type of Response |
| --- | --- |
| Barnaby, Frank | Response |
| Biddle, James | Am Response |
| Davis, Clinton | Response |
| Diffie, Kevin Ross | Am Response |
| Flores, Israel | Response |
| Fortner, Corey | Response |
| Gotham, Dale M | Response |
| Hatch, Erick | Response |
| Heemsoth, James R | Response |
| Hergenroeder, Alfred | Response |
| Hingst, Brian | Response |
| Holmes, Bruce | Response |
| Hunroe, Dominic W | Response |
| Johnson, James C | Response |
| Johnson, Jackie | Am Response |
| Kraska, John | Response |
| Lauvrak, Bruce | Response |
| Lineberger, Howard | Response |
| Olinger, Travis | Response |
| Parker, Brent C | Am Response |
| Pennington, Seth A | Response |
| Pettit, Duffy | Response |
| Robinson, Michael D | Response |
| Samuels, Derrick | Response |
| Schultz, Leslie A | Response |
| Smith, Daniel C | Response |
| Vinson, Steven | Response |

| Plaintiffs Ordered to Verify Responses to Cintas' Second Set of Interrogatories | |
|---|---|
| **Plaintiff Name** | **Type of Response** |
| Audet, Gary | Am Response |
| Barnaby, Frank | Am Response |
| Biddle, James | Am Response |
| Bond Jr, Joseph | Am Response |
| Bradshaw, Douglas L | Am Response |
| Diffie, Kevin Ross | Am Response |
| Flores, Israel | Am Response |
| Fortner, Corey | Am Response |
| Gaddy, Kenneth | Response |
| Gawecki, Matt | Response |
| Gotham, Dale M | Am Response |
| Hatch, Erick | Am Response |
| Heemsoth, James R | Am Response |
| Hergenroeder, Alfred | Am Response |
| Hingst, Brian | Am Response |
| Holmes, Anthony | Am Response |
| Holmes, Bruce | Am Response |
| Hunroe, Dominic W | Am Response |
| Johnson, James C | Am Response |
| Johnson, Jackie | Am Response |
| Lauvrak, Bruce | Response |
| Lightfoot, James E | Am Response |
| Lineberger, Howard | Response |
| Lombardo, Kathy | Response |
| Olinger, Travis | Am Response |
| Parker, Brent C | Am Response |
| Pennington, Seth A | Response |
| Pettit, Duffy | Response |
| Robinson, Michael D | Response |
| Samuels, Derrick | Am Response |
| Schultz, Leslie A | Am Response |
| Schwall, Jonathan D. | Response |
| Scott, Derrick | Am Response |
| Sims, Scott | Response |
| Vinson, Steven | Am Response |

| Plaintiffs Ordered to Verify Responses to Cintas' Third Set of Interrogatories | |
|---|---|
| **Plaintiff Name** | **Type of Response** |
| Ballesteros, Ron | Suppl. Response |
| Barnaby, Frank | Suppl. Response |
| Biddle, James | Suppl. Response |
| Bradshaw, Douglas L | Suppl. Response |
| Diffie, Kevin Ross | Suppl. Response |
| Edwards, Wayne | Suppl Response |
| Gaddy, Kenneth | Suppl. Response |
| Johnson, Jackie | Suppl. Response |
| Lineberger, Howard | Suppl. Response |
| Pennington, Seth A | Suppl. Response |
| Pianowski, John T. | Suppl. Response |
| Sims, Scott Alan | Suppl. Response* |
| Wright, Gary D | Am Suppl. Response** |

*Verification unsigned

**Plaintiff served a Verification to a Supplemental Response; then served an Amended Supplemental Response, but served no Verification to that document

# PROOF OF SERVICE

I, JOHN R. AGUILAR, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On March 7, 2008, I served the foregoing document described as:

**STIPULATION AND ORDER REGARDING VERIFICATIONS**

☒ VIA UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE ON THE PARTIES AS SET FORTH BELOW.

Theresa M. Traber
Traber & Voorhees
128 N. Fair Oaks Ave., Suite 204
Pasadena, CA  91103
Facsimile:  (626) 577-7079

Albert H. Meyerhoff
Coughlin Stoia et al.
9601 Wilshire Blvd.
Suite 510
Los Angeles, CA  90210
Facsimile:  (310) 278-2148

Theodore J. Pintar
Steven W. Pepich
James A. Caputo
Coughlin Stoia et al.
655 W. Broadway, Suite 1900
San Diego, CA  92101
Facsimile:  (619) 231-7423

Nancy M. Juda
Coughlin Stoia et al.
1100 Connecticut Ave., NW Ste. 730
Washington, DC  20036
Facsimile:  (202) 828-8528

Michael Rubin
Scott A. Kronland
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Facsimile:  (415) 362-8064

Executed on March 7, 2008, at San Francisco, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/
_____
JOHN R. AGUILAR