IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELIZ, et al., | No. C 03-1180 SBA (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: LISS DEPOSITION** |
| CINTAS CORPORATION, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' joint letter, (Doc. #748), which concerns Defendant's request to compel Plaintiff John Liss to appear for a further deposition. The Court notes that Liss seeks to dismiss his claims with prejudice; however, Defendant argues that the deposition is not only necessary to challenge the substance of Liss' discovery responses, but to help determine whether Plaintiffs' counsel actively suborned perjury among all Plaintiffs. Because Defendant's counsel can acquire such information by other means, the Court ORDERS as follows:

1) John Liss shall dismiss his claims with prejudice within fourteen (14) days from the date of this Order, OR

2) John Liss shall appear for a further deposition at Plaintiffs' expense within thirty (21) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: April 2, 2008

MARIA-ELENA JAMES
United States Magistrate Judge