1 | Michael Rubin (S.B. No. 80618)
2 | Scott A. Kronland (S.B. No. 171693)
  | Eileen B. Goldsmith (S.B. No. 218029)
3 | ALTSHULER BERZON LLP
  | 177 Post Street, Suite 300
4 | San Francisco, California 94108
  | (415) 421-7151 – Office
5 | (415) 362-8064 – Fax
  | mrubin@altshulerberzon.com
6 | skronland@atshulerberzon.com
  | egoldsmith@altshulerberzon.com

7 | Theodor J. Pintar (S.B. No. 131372)      Theresa M. Traber (S.B. No. 116305)
  | Steven W. Pepich (S.B. No. 116086)       Laboni Hoq (S.B. No. 224140)
8 | James A. Caputo (S.B. No. 120485)        TRABER & VOORHEES
  | Lawrence A. Abel (S.B. No. 129596)       128 N. Fair Oaks Avenue, Suite 204
9 | COUGHLIN STOIA GELLER                    Pasadena, California 91103
  |  RUDMAN & ROBBINS LLP                   (626) 585-9611 – Office
10| 655 West Broadway, Suite 1900            (626) 577-7079 – Fax
  | San Diego, CA 92101                      tmt@tvlegal.com
11| (619) 231-1058 – Office                  lhoq@tvlegal.com
  | (619) 231-7423 – Fax
12| tedp@csgrr.com
  | stevep@cgsrr.com
13| jimc@cgsrr.com
  | larrya@csgrr.com
14|

15 | (Additional counsel on following page.)

16 | Attorneys for Plaintiffs PAUL VELIZ, *et al.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELIZ, *et al.*, | Case No. C 03-01180 RGS (MEJ) |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING SEALING OF PREVIOUSLY FILED DOCUMENT** |
| CINTAS CORPORATION, *et al.* | |
| Defendants. | |

1  Albert H. Meyerhoff, Esq.  (S.B. No. 54134)
   COUGHLIN STOIA GELLER
2   RUDMAN & ROBBINS LLP
   9601 Wilshire Blvd., Suite 510
3  Los Angeles, CA  90210
   (213) 617-9007 – Office
4  (213) 617-9185 – Fax
   alm@csgrr.com
5
   Nancy Juda, Esq.
6  COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
7  1100 Connecticut Ave., N.W., Suite 730
   Washington, D.C. 20036
8  (202) 822-2024 – Office
   (202) 828-8528 – Fax
9  nancyj@csgrr.com

10 Attorneys for Plaintiffs PAUL VELIZ, *et al.*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS the parties entered into a stipulated protective order in this action that was approved by the Court on May 2, 2005 (Docket No. 425);

WHEREAS in discovery, Cintas produced a document entitled "Guidelines for Determining Exempt and Non-Exempt Status" ("Guidelines") which it designated as "highly confidential" pursuant to that protective order;

WHEREAS plaintiffs submitted the Guidelines to the Court as an exhibit to the Declaration of Michael Rubin filed February 20, 2008 (Docket No. 737, Exh. F), in support of plaintiffs' motion to compel further responses to discovery (Docket No. 736), and, while obtaining an order granting leave to file under seal other exhibits to that declaration which Cintas had designated as "highly confidential" (Docket No. 740), plaintiffs inadvertently omitted to seek an order sealing the Guidelines;

WHEREAS the parties desire to remedy the inadvertent failure to seek an order granting leave to file the Guidelines under seal and to protect the Guidelines from disclosure pursuant to the protective order;

The parties hereby stipulate and agree as follows:

1. Exhibit F to the Declaration of Michael Rubin filed February 20, 2008 (Docket No. 737) shall hereafter be removed from the public Court file and filed under seal.

Dated: April 1, 2008  ALTSHULER BERZON LLP

By: /s/ Eileen B. Goldsmith
Eileen B. Goldsmith

Attorneys for Plaintiffs PAUL VELIZ, *et al.*

Dated: April 1, 2008  SQUIRE, SANDERS & DEMPSEY, L.L.P.

By: /s/ Joseph A. Meckes
Joseph A. Meckes

Attorneys for Defendant Cintas Corporation

IT IS SO ORDERED.

Date: April 3, 2008
_____
THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING SEALING OF PREVIOUSLY FILED DOCUMENT
Case No. C 03-01180 RGS (MEJ)