IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL VELIZ, et al.,

        Plaintiff(s),

  vs.

CINTAS CORPORATION, et al.,

        Defendant(s).

No. C 03-1180 RS (MEJ)

**ORDER RE: DEFENDANT'S THIRD SET OF REQUESTS FOR ADMISSION**

The Court is in receipt of the parties' joint letter, (Doc. #750), which concerns Defendant's Third Set of Requests for Admission (the "RFAs"). Defendant argues that these RFAs are necessary because Plaintiffs' prior discovery responses are unreliable and inadequate. Specifically, after reviewing Plaintiffs' prior discovery responses, Defendant states that it identified almost 80 obvious internal inconsistencies. Defendant further argues that the named plaintiffs who were deposed testified that many of the answers provided were false and incorrect. In response, Plaintiffs argue that Defendant's prior discovery requests cover the identical topics addressed in these RFAs.

Upon review of the parties' arguments, the Court finds Defendant's RFAs overly burdensome. If it is Defendant's position that prior responses are incorrect or inconsistent, its current RFAs should be limited to those issues rather than broad requests to all 248 plaintiffs. Accordingly, Defendant shall revise its RFAs to address only those plaintiffs that Defendant argues provided inconsistent or incorrect responses. For each such request, Defendant shall provide, through citation to the relevant discovery responses and/or deposition testimony, the basis for its follow-up request.

**IT IS SO ORDERED.**

Dated: April 3, 2008

                                          MARIA-ELENA JAMES
                                          United States Magistrate Judge