| | |
|---|---|
| 1  COUGHLIN STOIA GELLER | |
|       RUDMAN & ROBBINS L.L.P. | *E-FILED 4/23/08* |
| 2  Theodore J. Pintar (CA Bar #131372) | |
|    Steven W. Pepich (CA Bar #116086) | |
| 3  James A. Caputo (CA Bar#120485) | |
|    Lawrence A. Abel (CA Bar#129596) | |
| 4  Elisabeth A. Bowman (CA Bar#147393) | |
|    Mary Lynne Calkins (CA Bar#212171) | |
| 5  655 West Broadway, Suite 1900 | |
|    San Diego, CA  92101 | |
| 6  Telephone:     +1.619.231.1058 | |
|    Facsimile:     +1.619.231.7423 | |

1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS L.L.P.
2  Theodore J. Pintar (CA Bar #131372)
   Steven W. Pepich (CA Bar #116086)
3  James A. Caputo (CA Bar#120485)
   Lawrence A. Abel (CA Bar#129596)
4  Elisabeth A. Bowman (CA Bar#147393)
   Mary Lynne Calkins (CA Bar#212171)
5  655 West Broadway, Suite 1900
   San Diego, CA  92101
6  Telephone:     +1.619.231.1058
   Facsimile:     +1.619.231.7423

*E-FILED 4/23/08*

[Additional Counsel on Signature Page]

Attorneys for Plaintiffs
PAUL VELIZ, et al.

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Diane L. Gibson (CA Bar#114825)
Michael W. Kelly (CA Bar #214038)
Joseph A. Meckes (CA Bar #190279)
Angela N. O'Rourke (CA Bar #211912)
Michelle M. Full (CA Bar#240973)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:  +1.415.954.0200
Facsimile:   +1.415.393.9887

Attorneys for Defendant
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR THE
CINTAS PARTNERS' PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| PAUL VELIZ, et al., On behalf of Themselves and All Others Similarly Situated, | Case No.  03-01180 (RS) <br> CLASS ACTION |
| Plaintiffs, | E-FILING |
| vs. | **STIPULATION AND ORDER REGARDING SCHEDULING FOR MAY 28, 2008** |
| CINTAS CORPORATION, et al, | |
| Defendants. | |

Case No.  03-01180 (RS)

1  WHEREAS, the parties' respective counsel have conferred about the matters which are the subject of this Stipulation;

WHEREAS, Cintas has requested the Court to set a hearing on May 28, 2008 on certain matters as set forth in Dkt. 781, as per Civil Local Rule 72-2;

WHEREAS, Cintas will be filing a further motion on other matters tomorrow which will be noticed for hearing on May 28, 2008, plaintiffs also will be noticing additional matters to be heard by the Court on May 28, 2008, and for good cause shown each side reserves the right to seek a continuance with respect to any motions or matters which the parties notice for hearing on May 28, 2008;

WHEREAS, since the most recent Case Management Conference, the parties have been continuing to work on matters in this case as shown on the docket at Dkt 733 through Dkt 783, plus otherwise on matters in this case which are not shown on the docket,

WHEREAS, since the parties will be before the Court on May 28, 2008, efficiency will be best served by having the next Case Management Conference on that same date;

NOW, THEREFORE, the parties hereto, by and through their respective undersigned counsel, hereby stipulate to an Order as follows:

1. On May 28, 2008 at 9:30 a.m., the Court will hear the next Case Management Conference, the matter requested in Dkt. 781, and any other matter noticed pursuant to the Local Rules for hearing on that date,

2. The parties shall submit a Joint Case Management Conference on or before May 21, 2008.

///

///

Case No.  03-01180 (RS)                          2

1  3.    The Case Management Conference previously scheduled for April 30, 2008 shall be
2  taken off calendar.

   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 22, 2008                    SQUIRE, SANDERS & DEMPSEY, L.L.P.

                                         By: _____/s/_____
                                              Mark C. Dosker

                                         Attorneys for Defendants
                                         CINTAS CORPORATION and
                                         PLAN ADMINISTRATOR FOR THE
                                         CINTAS PARTNERS' PLAN

Dated: April 22, 2008                    COUGHLIN STOIA GELLER RUDMAN &
                                         ROBBINS L.L.P., and

                                         ALTSHULER, BERZON LLP, and

                                         TRABER & VOORHEES

                                         By:_____/s/_____
                                              Steven W. Pepich

                                         Attorneys for Plaintiffs
                                         PAUL VELIZ et al

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: April 23, 2008
                                         _____
                                         RICHARD SEEBORG
                                         United States Magistrate Judge

**PROOF OF SERVICE**

I, Mary Ann Mendoza, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On April 22, 2008, I served the foregoing document described as:

**STIPULATION AND ORDER REGARDING SCHEDULING FOR MAY 28, 2008**

☒   VIA UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE ON THE PARTIES AS SET FORTH BELOW.

Theresa M. Traber
Traber & Voorhees
128 N. Fair Oaks Ave., Suite 204
Pasadena, CA  91103
Facsimile:  (626) 577-7079

Albert H. Meyerhoff
Coughlin Stoia et al.
9601 Wilshire Blvd.
Suite 510
Los Angeles, CA  90210
Facsimile:  (310) 278-2148

Theodore J. Pintar
Steven W. Pepich
James A. Caputo
Coughlin Stoia et al.
655 W. Broadway, Suite 1900
San Diego, CA  92101
Facsimile:  (619) 231-7423

Nancy M. Juda
Coughlin Stoia et al.
1100 Connecticut Ave., NW Ste. 730
Washington, DC  20036
Facsimile:  (202) 828-8528

Michael Rubin
Scott A. Kronland
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Facsimile:  (415) 362-8064

Executed on April 22, 2008, at San Francisco, California.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/
_____
Mary Ann Mendoza