**United States District Court**
For the Northern District of California

***E-FILED 4/29/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., | NO. C 03-01180 RS |
| Plaintiffs, | **ORDER** |
| v. | |
| CINTAS CORPORATION, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-2 and in conformance with the stipulated scheduling order entered herein on April 23, 2008, defendants' objections to the orders regarding a further deposition of plaintiff John Liss will be heard on May 28, 2008. Plaintiffs may file a response to those objections no later May 14, 2008. No reply shall be filed.

IT IS SO ORDERED.

Dated: April 29, 2008

RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Mary Lynne Calkins    mcalkins@csgrr.com

James Albert Caputo    jimc@csgrr.com

Mark C. Dosker    mdosker@ssd.com, aorourke@ssd.com, jmeckes@ssd.com, mfull@ssd.com, mkelly@ssd.com, mmendoza@ssd.com, sfr_docket@ssd.com

Vanessa H. Eisemann    veisemann@nclrights.org

Anna L. Endter    aendter@ssd.com, sfr_docket@ssd.com

Michelle Mei-Lin Full    mfull@ssd.com, llanglois@ssd.com

Stefanie Kim Gluckman    invalidaddress@myrealbox.com

Eileen Goldsmith    egoldsmith@altshulerberzon.com, byamate@altshulerberzon.com

Laboni Amena Hoq    lhoq@tvlegal.com, cs@tvlegal.com

Michael W. Kelly    mkelly@ssd.com, mfull@ssd.com, rarroyo@ssd.com

Scott Alan Kronland    skronland@altshulerberzon.com, jperley@altshulerberzon.com

William S. Lerach    e_file_sd@lerachlaw.com

Joseph Anthony Meckes    jmeckes@ssd.com, llanglois@ssd.com, sfr_docket@ssd.com

Angela N. O'Rourke    aorourke@ssd.com, sfr_docket@ssd.com

Steven Wayne Pepich    stevep@csgrr.com, e_file_sd@lerachlaw.com, e_file_sf@lerachlaw.com

Theodore J. Pintar    TedP@csgrr.com, e_file_sd@csgrr.com

Michael Rubin    mrubin@altshulerberzon.com, byamate@altshulerberzon.com

Theresa M. Traber , Esq    tmt@tvlegal.com, cs@tvlegal.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 4/29/08**                                                                                  **Richard W. Wieking, Clerk**

                                                                                                        **By:      Chambers**

ORDER OVERRULING OBJECTIONS TO DISCOVERY ORDER
C 03-01180 RS