IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL VELIZ, et al.,                                         No. C 03-1180 RS (MEJ)

        Plaintiff(s),

  vs.                                                              **ORDER RE DISCOVERY DISPUTES**

CINTAS CORPORATION, et al.,

        Defendant(s).
_____/

The Court is in receipt of the parties' joint discovery letter, filed May 7, 2008. (Doc. 794.) There is some confusion as to the date discovery closed in this matter; however, based on the parties' stipulation, discovery closed no later than January 30, 2008. (*See* Doc. 727.) Pursuant to Civil Local Rule 26-2, "no motions to compel discovery may be filed more than 7 court days after the discovery cut-off." The Court is concerned that the parties have chosen to ignore this rule and proceed with discovery over three months after the discovery cut-off. Until Magistrate Judge Seeborg, the presiding judge in this matter, establishes a pretrial and trial schedule, the undersigned is without authority to consider discovery disputes. Accordingly, Plaintiffs' May 7 request is DENIED without prejudice pending Judge Seeborg's scheduling order. If Judge Seeborg permits further discovery, including disputes from previously-propounded discovery, the parties shall inform the undersigned and reference their May 7 joint letter.

**IT IS SO ORDERED.**

Dated: May 8, 2008

                                          MARIA ELENA JAMES
                                          United States Magistrate Judge