COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THEODORE J. PINTAR (131372)
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
ELISABETH A. BOWMAN (147393)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
TedP@csgrr.com
SteveP@csgrr.com
JimC@csgrr.com
   – and –
ALBERT H. MEYERHOFF (54134)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)
AlM@csgrr.com
       – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
NancyJ@csgrr.com

*E-FILED 6/23/08*

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CINTAS CORPORATION, an Ohio corporation, et al,<br><br>　　　　　　　　　　Defendants. | No. C-03-1180-RS(MEJ)<br><br><u>CLASS ACTION</u><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS' CLAIMS AGAINST CINTAS CORPORATION AND ORDER THEREON |

1  WHEREAS, on March 19, 2003, plaintiffs filed *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA, in the United States District Court for the Northern District of California ("*Veliz* Action") against defendants (collectively "Cintas"), alleging that Cintas had failed to pay all overtime wages due under the FLSA and certain state laws and deprived them of certain benefits protected by ERISA;

WHEREAS, certain *Veliz* Action plaintiffs have now determined to dismiss with prejudice their respective causes of action and/or claims against Cintas as set out in the *Veliz* action;

NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate:

1. The litigating *Veliz* Action plaintiffs identified on Schedule A, attached hereto and incorporated by reference, hereby withdraw and dismiss with prejudice, all causes of action and claims made in *Veliz v. Cintas Corporation*, N.D. Cal., Case No. C-03-1180-RS.

2. Neither this stipulation nor the order of dismissal thereon shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by the *Veliz* Action.

3. This stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts taken together shall constitute but one and the same stipulation.

4. Each party shall bear its own costs, attorneys' fees and litigation expenses related solely to the prosecution and defense of the withdrawing plaintiffs' claims in the *Veliz* Action.

STIP AND ORDER FOR DISMISSAL WITH PREJUDICE OF CERTAIN PLNTFS' CLAIMS
AGAINST CINTAS - C-03-1180-RS(MEJ)                                                                           - 1 -

1    5.   This stipulation constitutes the entire agreement of the parties.

2    IT IS SO STIPULATED.

3  DATED: June 18, 2008                      COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
4                                             THEODORE J. PINTAR
                                              STEVEN W. PEPICH
5                                             JAMES A. CAPUTO
                                              LAWRENCE A. ABEL
6                                             ELISABETH A. BOWMAN
                                              MARY LYNNE CALKINS
7
                                                    s/ STEVEN W. PEPICH
8                                                   STEVEN W. PEPICH

9                                             655 West Broadway, Suite 1900
                                              San Diego, CA  92101
10                                            Telephone:  619/231-1058
                                              619/231-7423 (fax)
11
                                              COUGHLIN STOIA GELLER
12                                              RUDMAN & ROBBINS LLP
                                              ALBERT H. MEYERHOFF
13                                            9601 Wilshire Blvd., Suite 510
                                              Los Angeles, CA  90210
14                                            Telephone:  310/859-3100
                                              310/278-2148 (fax)
15
                                              COUGHLIN STOIA GELLER
16                                              RUDMAN & ROBBINS LLP
                                              NANCY M. JUDA
17                                            1100 Connecticut Avenue, N.W., Suite 730
                                              Washington, DC  20036
18                                            Telephone:  202/822-6762
                                              202/828-8528 (fax)
19
                                              ALTSHULER BERZON LLP
20                                            MICHAEL RUBIN
                                              EILEEN GOLDSMITH
21                                            177 Post Street, Suite 300
                                              San Francisco, CA  94108
22                                            Telephone:  415/421-7151
                                              415/362-8064 (fax)
23
                                              TRABER & VOORHEES
24                                            THERESA M. TRABER
                                              128 No. Fair Oaks Avenue, Suite 204
25                                            Pasadena, CA  91103
                                              Telephone:  626/585-9611
26                                            626/577-7079 (fax)

27                                            Attorneys for Plaintiffs

28

STIP  AND ORDER FOR DISMISSAL WITH PREJUDICE OF CERTAIN PLNTFS' CLAIMS
AGAINST CINTAS - C-03-1180-RS(MEJ)                                                  - 2 -

| | |
|---|---|
| DATED: June 18, 2008 | SQUIRE, SANDERS & DEMPSEY, L.L.P.<br>MARK C. DOSKER<br>JOSEPH MECKES |

                                                s/ JOSEPH MECKES
                                                JOSEPH MECKES

One Maritime Plaza, Suite 300
San Francisco, CA  94111-3482
Telephone:  415/954-0200
415/391-2493 (fax)

Attorneys for Defendant
Cintas Corporation

\*     \*     \*

# O R D E R

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' stipulation and good cause appearing therefor, hereby approves the withdrawal of the plaintiffs/claimants listed on Schedule A and the dismissal with prejudice of their respective causes of action and claims.

IT IS SO ORDERED.

DATED:  6/20/08

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Cintas\STP0051161.doc

STIP AND ORDER FOR DISMISSAL WITH PREJUDICE OF CERTAIN PLNTFS' CLAIMS
AGAINST CINTAS - C-03-1180-RS(MEJ)                                                                          - 3 -

# SCHEDULE A

Corey Fortner
Dale M. Gotham
Daniel C. Smith
Bruce Holmes
Keith Boehm
James Wulff
Clinton Davis

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 18, 2008.

    s/ STEVEN W. PEPICH
STEVEN W. PEPICH

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: stevep@csgrr.com

# Mailing Information for a Case 5:03-cv-01180-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary Lynne Calkins**
  mcalkins@csgrr.com

- **James Albert Caputo**
  jimc@csgrr.com

- **Mark C. Dosker**
  mdosker@ssd.com,mmendoza@ssd.com,mfull@ssd.com,jmeckes@ssd.com,sfr_docket@ssd.com,

- **Vanessa H. Eisemann**
  veisemann@nclrights.org

- **Anna L. Endter**
  aendter@ssd.com,sfr_docket@ssd.com

- **Michelle Mei-Lin Full**
  mfull@ssd.com,llanglois@ssd.com

- **Stefanie Kim Gluckman**
  invalidaddress@myrealbox.com

- **Eileen Goldsmith**
  egoldsmith@altshulerberzon.com,byamate@altshulerberzon.com

- **Laboni Amena Hoq**
  lhoq@tvlegal.com,cs@tvlegal.com

- **Michael W. Kelly**
  mkelly@ssd.com,mfull@ssd.com,rarroyo@ssd.com

- **Scott Alan Kronland**
  skronland@altshulerberzon.com,jperley@altshulerberzon.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Joseph Anthony Meckes**
  jmeckes@ssd.com,llanglois@ssd.com,sfr_docket@ssd.com

- **Angela N. O'Rourke**
  aorourke@ssd.com,sfr_docket@ssd.com

- **Steven Wayne Pepich**
  stevep@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Theodore J. Pintar**
  TedP@csgrr.com,e_file_sd@csgrr.com

- **Michael Rubin**
  mrubin@altshulerberzon.com,byamate@altshulerberzon.com

- **Theresa M. Traber , Esq**
  tmt@tvlegal.com,cs@tvlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lawrence Arthur Abel
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Elisabeth Anne Bowman
Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

Nancy M. Juda
Coughlin Stoia Geller Rudman & Robbins LLP
1100 Connecticut Avenue, N.W.,
Suite 730
Washington, DC 20036

Albert Henry Meyerhoff
Coughlin Stoia & Robbins LLP
9601 Wilshire Blvd.
Suite 510
Los Angeles, CA 90210
```