```
 1  SQUIRE, SANDERS & DEMPSEY L.L.P.
    Mark C. Dosker (CA Bar # 114789)
 2  Diane L. Gibson (CA Bar # 114825)            *E-FILED 6/25/08*
    Michael W. Kelly (CA Bar # 214038)
 3  Joseph A. Meckes (CA Bar # 190279)
    Angela N. O'Rourke (CA Bar # 211912)
 4  One Maritime Plaza, Third Floor
    San Francisco, California  94111-3492
 5  Telephone:  +1.415.954.0200
    Facsimile:  +1.415.393.9887
 6
    Attorneys for Defendants
 7  CINTAS CORPORATION and
    PLAN ADMINISTRATOR FOR
 8  THE CINTAS PARTNERS' PLAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| PAUL VELIZ, *et al.*, on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  03-01180 RS<br><br>**[E-Filing]**<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] **ORDER GRANTING CINTAS' MOTION TO DISMISS STEVEN VINSON FOR FAILURE TO PROSECUTE PER THIS COURT'S JUNE 11, 2008 ORDER** |

1   Defendant Cintas Corporation ("Cintas") has moved this Court to dismiss plaintiff Steven
2   Vinson for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).  On June 11, 2008, this Court
3   gave plaintiff Steven Vinson a "final opportunity" to submit an outstanding written verification to
4   avoid dismissal of his claims.  Dkt. 839 at 6:5.  The Court ruled as follows
5       In the event [Vinson] does not provide the missing verification or
6       verifications within 10 days of the date of this order, Cintas may
7       submit a declaration to that effect, together with a proposed order
8       of dismissal, and he will be dismissed without further hearing.  *Id.*
9       at 6:6-8.
10  On June 24, 2008, Cintas' counsel filed a declaration stating that Mr. Vinson has not
11  provided the missing verification, which plaintiffs had acknowledged was outstanding as of the
12  time of the hearing on this matter.
13  Accordingly, Cintas' Motion to Dismiss Steven Vinson Failure to Prosecute is
14  GRANTED.
15  **IT IS SO ORDERED.**

17  Dated: __June 25, 2008__          _____
18                                     RICHARD SEEBORG
                                       United States Magistrate Judge

**SQUIRE, SANDERS &
DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492