IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL VELIZ, et al.,

        Plaintiff(s),

 vs.

CINTAS CORPORATION, et al.,

        Defendant(s).

No. C 03-1180 RS (MEJ)

**ORDER FOR PARTIES TO DOCUMENT MEET AND CONFER SESSIONS**

So as to ensure compliance with the spirit of the meet and confer requirement for discovery disputes in this matter, the parties shall from here forward make a contemporaneous record of their meeting using a court reporter or electronic recording device. If any disputes are later brought to the undersigned magistrate judge for resolution, a copy of the record shall be attached as an exhibit.

**IT IS SO ORDERED.**

Dated: July 1, 2008

MARIA-ELENA JAMES
United States Magistrate Judge