1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS L.L.P.
2  Theodore J. Pintar (CA Bar #131372)
   Steven W. Pepich (CA Bar #116086)
3  James A. Caputo (CA Bar#120485)
   Lawrence A. Abel (CA Bar#129596)
4  Elisabeth A. Bowman (CA Bar#147393)
   Mary Lynne Calkins (CA Bar#212171)
5  655 West Broadway, Suite 1900
   San Diego, CA 92101
6  Telephone:    +1.619.231.1058
   Facsimile:    +1.619.231.7423
7
   [Additional Counsel on Signature Page]
8
   Attorneys for Plaintiffs
9  PAUL VELIZ, et al.

10  SQUIRE, SANDERS & DEMPSEY L.L.P.
    Mark C. Dosker (CA Bar # 114789)
11  Diane L. Gibson (CA Bar#114825)
    Michael W. Kelly (CA Bar #214038)
12  Joseph A. Meckes (CA Bar #190279)
    Angela N. O'Rourke (CA Bar #211912)
13  Michelle M. Full (CA Bar#240973)
    One Maritime Plaza, Third Floor
14  San Francisco, CA 94111-3492
    Telephone:   +1.415.954.0200
15  Facsimile:   +1.415.393.9887

16  Attorneys for Defendant
    CINTAS CORPORATION and
17  PLAN ADMINISTRATOR FOR THE
    CINTAS PARTNERS' PLAN
18

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21                  SAN JOSE DIVISION

22  PAUL VELIZ, et al., On behalf of      | Case No. 03-01180 RS (MEJ)
    Themselves and All Others Similarly   | CLASS ACTION
23  Situated,

24                                        | E-FILING
                 Plaintiffs,
25
          vs.                             | STIPULATION AND [PROPOSED] ORDER
26                                        | RESOLVING CINTAS' MOTION
                                          | REGARDING CERTAIN PLAINTIFFS'
27  CINTAS CORPORATION, et al,            | FAILURE TO ANSWER
                                          | INTERROGATORIES
                 Defendants.
28

1   WHEREAS, on June 20, 2008, Cintas moved, by transmitting to plaintiffs' counsel

2   Cintas' half of a joint letter discovery motion, to compel the plaintiffs identified on Exhibits A

3   and B hereto to provide full and complete substantive responses, verified under oath, to the

4   interrogatories or sets of interrogatories identified in Exhibits A and B hereto;

5   WHEREAS, Plaintiffs have not formally opposed Cintas' motion to compel;

6   WHEREAS, On June 30, 2008, the parties agreed to resolve Cintas' discovery motion

7   through a stipulated Order as set forth below.

8   NOW, THEREFORE, the parties hereto, by and through their respective undersigned

9   counsel, hereby stipulate to entry of an Order of the Court as follows:

10   1.   The plaintiffs identified in Exhibits A and B hereto shall serve Cintas with full

11   and complete substantive responses, verified under oath, to the interrogatories identified in

12   Exhibits A and B hereto by no later than July 31, 2008.

13

14   SO STIPULATED, THROUGH COUNSEL OF RECORD.

15

16   Dated: July 1, 2008                          SQUIRE, SANDERS & DEMPSEY, L.L.P.

17                                                By: _____/s/_____

18                                                      Joseph A. Meckes

19                                                Attorneys for Defendants
                                                  CINTAS CORPORATION and
20                                                PLAN ADMINISTRATOR FOR THE
                                                  CINTAS PARTNERS' PLAN

21

22   Dated: July 1, 2008                          COUGHLIN STOIA GELLER RUDMAN &
                                                  ROBBINS L.L.P., and

23                                                ALTSHULER, BERZON LLP, and

24                                                TRABER & VOORHEES

25

26                                                By:_____/s/_____
                                                      James A. Caputo
27
                                                  Attorneys for Plaintiffs
28                                                PAUL VELIZ et al

1

2                                    **ORDER**

3    The parties' stipulated Order is GRANTED.  The plaintiffs identified in Exhibits A and B hereto

4    shall serve Cintas with full and complete substantive responses, verified under oath,  to the

5    interrogatories identified in Exhibits A and B hereto by no later than July 31, 2008.

6

7    IT IS SO ORDERED.

8

9    Dated: July 8 , 2008              _____
                                       MARIA-ELENA JAMES
10                                     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## EXHIBIT A

| Plaintiff Name | No Response Served to the Following Sets of Interrogatories: |
|---|---|
| Abdella, Karim S | First Set of Interrogatories |
| Jiles, Bruce[*] | First, Second and Third Sets of Interrogatories |
| Lay, Sherry A. | First Set of Interrogatories |
| Spillner, Robert | First Set of Interrogatories |
| Alexander, Tony A | Third Set of Interrogtories |
| Martinez, John | Third Set of Interrogatories |

---

[*] Plaintiffs Ramon Johnson and Bruce Jiles separately offered to stipulate to an Order dismissing all their claims against defendants, with prejudice. To the extent their stipulated dismissals are entered by presiding Judge Seeborg, they will not be required to serve further discovery responses.

STIPULATION AND PROPOSED ORDER
REGARDING CERTAIN PLAINTIFFS' FAILURE
TO ANSWER INTERROGATORIES - Case No. 03-
01180 RS (MEJ)

-3-

**EXHIBIT B**

| Plaintiff Name | No Response Served for Following Interrogatories (Plaintiffs Left A Blank or Made a Partial Response): |
|---|---|
| Thomas Adder | 1st Set, Nos. 7, 8, 12 |
| Tony Alexander | 1st Set, No. 12 |
| William Azevedo | 1st Set, No. 3 |
| Ron Ballesteros | 1st Set, Nos. 6, 8, 12 |
| Michael Clayton | 1st Set, No. 1 |
| Herbert Clements, II | 1st Set, Nos. 3, 5 |
| Sean Davis | 1st Set, No. 5 |
| Steven Fischer | 1st Set, No. 3 |
| Kevin Fraley | 1st Set, Nos. 3, 12 (partial) |
| Friedrich Gorman | 1st Set, Nos. 3, 5, 12 (partial) |
| Dennis Gregory | 1st Set, No. 3 |
| Shawn Hanson | 1st Set, Nos. 3, 12 (partial) |
| Kenneth Herndon | 1st Set, No. 1 |
| Ramon Johnson* | 1st Set, Nos. 1 (partial), 12 (partial) |
| Dennis Knudsen | 1st Set, No. 3 |
| John Kraska | 1st Set, Nos. 3, 8, 13 (partial) |
| Paul Kushner | 1st Set, Nos. 1 (partial), 12 (partial) |
| Howard Look, Jr. | 1st Set, Nos. 1, 12 (partial) |
| Martin Mendoza | 1st Set, Nos. 1 (partial), 3, 8 |
| Thomas Orgill | 1st Set, Nos. 1 (partial), 3, 12 |
| Barney Pepper | 1st Set, Nos. 1 (Partial), 12 (partial) |
| Daniel Peterson | 1st Set, No. 12 (partial) |
| Richard Sorbicki | 1st Set, Nos. 1 (Partial), 12 (partial), 13 (partial) |
| Raymond Staton | 1st Set, Nos. 1 (Partial), 12 (partial), 13 (partial) |
| James Walker | 1st Set, No. 1 |
| A. J. Washington | 1st Set, Nos. 1 (Partial), 6, 12 (partial) |
| Randy Watkins | 1st Set, Nos. 3 (partial), 6, 12 (partial) |
| Steven Welch | 1st Set, Nos. 1 (Partial), 6 |

* Plaintiffs Ramon Johnson and Bruce Jiles separately offered to stipulate to an Order dismissing all their claims against defendants, with prejudice. To the extent their stipulated dismissals are entered by presiding Judge Seeborg, they will not be required to serve further discovery responses.

1

# PROOF OF SERVICE

2     I, Mary Ann Mendoza, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

3

4     On July 1, 2008, I served the foregoing document described as:

5     **STIPULATION AND [PROPOSED] ORDER RESOLVING CINTAS' MOTION REGARDING CERTAIN PLAINTIFFS' FAILURE TO ANSWER INTERROGATORIES**

6

7     ☒     Via United States District Court Electronic Filing Service on the parties as set forth below.

8

9     Theresa M. Traber
Traber & Voorhees
128 N. Fair Oaks Ave., Suite 204
Pasadena, CA  91103
Facsimile:  (626) 577-7079

Albert H. Meyerhoff
Coughlin Stoia et al.
9601 Wilshire Blvd.
Suite 510
Los Angeles, CA  90210
Facsimile:  (310) 278-2148

10

11

12     Theodore J. Pintar
Steven W. Pepich
James A. Caputo
Coughlin Stoia et al.
655 W. Broadway, Suite 1900
San Diego, CA  92101
Facsimile:  (619) 231-7423

Nancy M. Juda
Coughlin Stoia et al.
1100 Connecticut Ave., NW Ste. 730
Washington, DC  20036
Facsimile:  (202) 828-8528

13

14

15

16     Michael Rubin
Scott A. Kronland
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Facsimile:  (415) 362-8064

17

18

19

20     Executed on July 1, 2008, at San Francisco, California.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

21

22                                                         /s/

23                                         _____
                                                  Mary Ann Mendoza

24

25

26

27

28