1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS L.L.P.
2  Theodore J. Pintar (CA Bar #131372)
   Steven W. Pepich (CA Bar #116086)
3  James A. Caputo (CA Bar#120485)
   Lawrence A. Abel (CA Bar#129596)
4  Elisabeth A. Bowman (CA Bar#147393)
   Mary Lynne Calkins (CA Bar#212171)
5  655 West Broadway, Suite 1900
   San Diego, CA 92101
6  Telephone:   +1.619.231.1058
   Facsimile:   +1.619.231.7423
7
   [Additional Counsel on Signature Page]
8
   Attorneys for Plaintiffs
9  PAUL VELIZ, et al.

10 SQUIRE, SANDERS & DEMPSEY L.L.P.
   Mark C. Dosker (CA Bar # 114789)
11 Diane L. Gibson (CA Bar#114825)
   Michael W. Kelly (CA Bar #214038)
12 Joseph A. Meckes (CA Bar #190279)
   Angela N. O'Rourke (CA Bar #211912)
13 Michelle M. Full (CA Bar#240973)
   One Maritime Plaza, Third Floor
14 San Francisco, CA 94111-3492
   Telephone:   +1.415.954.0200
15 Facsimile:   +1.415.393.9887

16 Attorneys for Defendant
   CINTAS CORPORATION and
17 PLAN ADMINISTRATOR FOR THE
   CINTAS PARTNERS' PLAN
18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                           SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, et al,<br><br>Defendants. | Case No. 03-01180 RS (MEJ)<br>CLASS ACTION<br><br>E-FILING<br><br>**STIPULATION AND [PROPOSED] ORDER RESOLVING CINTAS' MOTION REGARDING PLAINTIFFS' FAILURE TO COMPLY WITH FRCP 26(a)(2)** |

STIPULATED MOTION AND PROPOSED ORDER
RE PLAINTIFFS' FAILURE TO COMPLY WITH
FRCP 26(a)(2) - Case No. 03-01180 RS (MEJ)

1  WHEREAS, on June 20, 2008, Cintas moved, by transmitting to plaintiffs' counsel
2 Cintas' half of a joint letter discovery motion, to compel plaintiffs to provide, pursuant to Federal
3 Rules of Civil Procedure Rule 26(a)(2)(B)(ii), "the data or other information considered by the
4 witness in forming [his opinions]";
5  WHEREAS, through its motion, Cintas seeks to compel production of the following: (a)
6 the "electronic spreadsheet" identified by Professor Drogin in paragraph 3(c) of his report, (b)
7 all individual calculations performed by Professor Drogin including but not limited to those as
8 indicated in paragraph 5 of his report, and (c) any other data or other information considered by
9 Professor Drogin in forming his opinions;
10  WHEREAS, Plaintiffs have not formally opposed Cintas' motion to compel;
11  WHEREAS, on June 30, 2008, the parties agreed to resolve this discovery dispute
12 through a stipulated Order as set forth below.
13  NOW, THEREFORE, the parties hereto, by and through their respective undersigned
14 counsel, hereby stipulate to entry of an Order of the Court as follows:
15  1.  By no later than July 9, 2008, Plaintiffs shall serve Cintas, in a reasonably useable
16 format, with *all* data or other information considered by Professor Drogin in forming the
17 opinions reflected in his September 17, 2007 Report as required by Federal Rules of Civil
18 Procedure Rule 26(a)(2)(B)(ii), including but not limited to (a) the "electronic spreadsheet"
19 identified by Professor Drogin in paragraph 3(c) of his report, (b) all individual calculations
20 performed by Professor Drogin including but not limited to those as indicated in paragraph 5 of
21 his report, and (c) any other data or other information considered by Professor Drogin in forming
22 his opinions.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATED MOTION AND PROPOSED ORDER  -1-
RE PLAINTIFFS' FAILURE TO COMPLY WITH
FRCP 26(a)(2) - Case No. 03-01180 RS (MEJ)

1 SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3

4 Dated: July 1, 2008            SQUIRE, SANDERS & DEMPSEY, L.L.P.

5            By: _____/s/_____
                      Joseph A. Meckes

6

7 Attorneys for Defendants
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR THE
8 CINTAS PARTNERS' PLAN

9

10 Dated: July 1, 2008            COUGHLIN STOIA GELLER RUDMAN & ROBBINS L.L.P., and

11 ALTSHULER, BERZON LLP, and

12 TRABER & VOORHEES

13

14 By:_____/s/_____
                    James A. Caputo

15 Attorneys for Plaintiffs
PAUL VELIZ et al

16

17 **ORDER**

18 The parties' stipulated Order is GRANTED. By no later than July 9, 2008, Plaintiffs shall serve

19 Cintas, in a reasonably useable format, with *all* data or other information considered by Professor

20 Drogin in forming the opinions reflected in his September 17, 2007 Report as required by

21 Federal Rules of Civil Procedure Rule 26(a)(2)(B)(ii), including but not limited to (a) the

22 "electronic spreadsheet" identified by Professor Drogin in paragraph 3(c) of his report, (b) all

23 individual calculations performed by Professor Drogin including but not limited to those as

24 indicated in paragraph 5 of his report, and (c) any other data or other information considered by

25 Professor Drogin in forming his opinions.

26 IT IS SO ORDERED.

27 Dated: July 8, 2008            _____
28                                 MARIA-ELENA JAMES
                                United States Magistrate Judge

## PROOF OF SERVICE

I, Mary Ann Mendoza, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On July 1, 2008, I served the foregoing document described as:

**STIPULATION AND [PROPOSED] ORDER RESOLVING CINTAS' MOTION REGARDING PLAINTIFFS' FAILURE TO COMPLY WITH FRCP 26(a)(2)**

☒ VIA UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE ON THE PARTIES AS SET FORTH BELOW.

Theresa M. Traber
Traber & Voorhees
128 N. Fair Oaks Ave., Suite 204
Pasadena, CA 91103
Facsimile: (626) 577-7079

Albert H. Meyerhoff
Coughlin Stoia et al.
9601 Wilshire Blvd.
Suite 510
Los Angeles, CA 90210
Facsimile: (310) 278-2148

Theodore J. Pintar
Steven W. Pepich
James A. Caputo
Coughlin Stoia et al.
655 W. Broadway, Suite 1900
San Diego, CA 92101
Facsimile: (619) 231-7423

Nancy M. Juda
Coughlin Stoia et al.
1100 Connecticut Ave., NW Ste. 730
Washington, DC 20036
Facsimile: (202) 828-8528

Michael Rubin
Scott A. Kronland
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Facsimile: (415) 362-8064

Executed on July 1, 2008, at San Francisco, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/
Mary Ann Mendoza