IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL VELIZ, et al.,            No. C 03-1180 RS (MEJ)

    Plaintiff(s),

vs.                                 **ORDER RE: 30(B)(6) DEPOSITION OF RHONDA FOX**

CINTAS CORPORATION, et al.,

    Defendant(s).

_____/

    The Court is in receipt of the parties' joint letter regarding the 30(b)(6) deposition of Rhonda Fox. (Doc. #852.) In the letter, Plaintiffs request the opportunity to depose Ms. Fox for an additional 3.5 hours. The Court hereby GRANTS Plaintiffs' request. The parties shall meet and confer for the purpose of narrowing the scope of the examination.

**IT IS SO ORDERED.**

Dated: July 15, 2008

                                             MARIA-ELENA JAMES
                                             United States Magistrate Judge