IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL VELIZ, et al.,

        Plaintiff(s),

vs.

CINTAS CORPORATION, et al.,

        Defendant(s).

No. C 03-1180 RS (MEJ)

**ORDER RE: DEFENDANT'S INTERROGATORY RE: HOURS**

The Court is in receipt of the parties' joint discovery letter, filed July 1, 2008. (Doc. #875.) In the letter, Defendant seeks an order compelling Plaintiffs to respond to the following interrogatory: "State each work week as to which you contend you were entitled to be, but were not, compensated at a rate not less than one and one-half times the regular rate of pay for work performed in excess of 40 hours in a work week."

Under § 11(c) of the Fair Labor Standards Act, "Every employer subject to any provision of this Act . . . or of any order issued under this Act . . . shall make, keep, and preserve such records of the persons employed by him and of the wages, hours, and other conditions and practices of employment maintained by him . . . ." 29 U.S.C. § 211(c). Thus, while an employee who brings suit under the Fair Labor Standards Act "has the burden of proving that he performed work for which he was not properly compensated," *Anderson v. Mt. Clems Pottery Co.*, 328 U.S. 680, 686-87 (1946), "[d]ue regard must be given to the fact that it is the employer who has the duty under § 11(c) of the Act to keep proper records . . . and who is in position to know and to produce the most probative

1 facts concerning the nature and amount of work performed. *Id.* at 687.

2 Here, Plaintiffs state that they have responded to Defendant's prior discovery with their best
3 recollection of the overtime hours that they worked. Accordingly, the Court DENIES Defendant's
4 request for any further response.

5 **IT IS SO ORDERED.**

7 Dated: July 17, 2008



MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2