IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELIZ, et al., | No. C 03-1180 RS (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: PLAINTIFFS' TIME RECORDS** |
| CINTAS CORPORATION, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' joint discovery letter, filed July 1, 2008. (Doc. #864.) In the letter, Plaintiffs move for an order compelling Defendant to produce the litigating plaintiffs' time records and all documents showing Defendant's modifications to those records. Upon review of the parties' arguments, the Court ORDERS Defendant to produce complete time records and all documents showing modifications to those records for 30 litigating plaintiffs. Plaintiffs shall provide Defendant with the names of the 30 plaintiffs for whom they seek production. In addition, Defendant shall produce complete time records and all documents showing modifications to those records for any litigating plaintiffs that Defendant intends to use or could use for impeachment or any other purpose in this litigation. Thus, if Defendant produces no records and/or documents other than the 30 that Plaintiffs choose, it may not later use any such documents for any purpose in this case.

**IT IS SO ORDERED.**

Dated: July 28, 2008

MARIA-ELENA JAMES
United States Magistrate Judge