**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL VELIZ, et al.,                              No. C 03-1180 RS (MEJ)

            Plaintiff(s),

     vs.                                          **ORDER RE: DEFENDANT'S REQUEST FOR PLAINTIFFS' COUNSEL TO CONFIRM ACCURACY OF DISCOVERY RESPONSES**

CINTAS CORPORATION, et al.,

            Defendant(s).
_____/

        The Court is in receipt of the parties' joint discovery letter, filed July 1, 2008.  (Doc. #876.) In the letter, Defendants move for an order requiring Plaintiffs' counsel to confirm the accuracy of discovery responses served to date with each individual plaintiff and to certify to this Court that they have personally spoken with and have advised each plaintiff on his or her obligations to respond completely and truthfully to discovery.  Upon review of the parties' letter, the Court DENIES Defendant's request.  In reviewing the errors that Defendant claims, it is clear that the majority of errors that it identifies relate to the plaintiffs' inability to recall specific information that Defendant contends its own documents refute.  (*See, e.g.,* Dkt. #876, Ex. N.)  Further, Plaintiffs' counsel states that the remaining plaintiffs have provided verified responses.  If the plaintiffs and their counsel choose not to supplement or amend their responses, knowing that Defendant has identified errors, the Court finds that Defendant can use those verified responses, combined with its own detailed records, to defend itself in this case.

        **IT IS SO ORDERED.**

Dated: July 31, 2008                             _____
                                                 MARIA-ELENA JAMES
                                                 United States Magistrate Judge