IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELIZ, et al.,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>CINTAS CORPORATION, et al.,<br><br>　　　　　Defendant(s). | No. C 03-1180 RS (MEJ)<br><br>**ORDER SCHEDULING HEARING RE: MCA AFFIRMATIVE DEFENSE DISCOVERY** |

The Court is in receipt of the parties' joint discovery letter, filed July 3, 2008. (Dkt. #878.) In the letter, Plaintiffs move for an order requiring Defendant to provide discovery into the factual basis for its Motor Carrier act ("MCA") affirmative defense. Given the extent of the parties' disputes, the Court finds a hearing appropriate. Accordingly, the parties are ORDERED to appear for a hearing on August 28, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: August 7, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge