*E-Filed 8/13/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., <br><br>          Plaintiffs, <br>   v. <br><br> CINTAS CORPORATION, et al., <br><br>          Defendants. | NO. C 03-1180 RS <br><br> **ORDER RE: RESPONSE TO DEFENDANT'S OBJECTIONS TO ORDER REGARDING PLAINTIFFS' TIME RECORDS** |

Pursuant to Civil Local Rule 72-2, plaintiffs are hereby ordered to respond to defendant Cintas Corporation's Objections to Order Regarding Plaintiffs' Time Records filed August 11, 2008, within twelve days of this order. No reply brief will be permitted.

IT IS SO ORDERED.

Dated: August 13, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER RE: RESPONSE TO DEFENDANT'S OBJECTIONS TO ORDER REGARDING PLAINTIFFS' TIME RECORDS
C 03-1180 RS

1