United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELIZ, et al., | No. C 03-1180 RS (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER FOR DEFENDANT TO PROVIDE RESPONSES TO MCA AFFIRMATIVE DEFENSE DISCOVERY** |
| CINTAS CORPORATION, et al., | |
| Defendant(s). | |

On August 28, 2008, the Court held a hearing regarding Plaintiffs' motion for an order requiring Defendant to provide discovery into the factual basis for its Motor Carrier Act affirmative defense. Based upon discussions at the hearing, the Court ORDERS Defendant to respond to the original discovery requests as written for the 20 individuals previously designated by Plaintiffs. As to one of those individuals, Defendant shall respond in the manner requested by Plaintiffs' counsel at the August 28 hearing. Defendant shall respond by October 16, 2008.

**IT IS SO ORDERED.**

Dated: August 28, 2008

MARIA-ELENA JAMES
United States Magistrate Judge