COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THEODORE J. PINTAR (131372)
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
TedP@csgrr.com
SteveP@csgrr.com
JimC@csgrr.com
LarryA@csgrr.com
  – and –
ALBERT H. MEYERHOFF (54134)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)
AlM@csgrr.com
       – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036
Telephone: 202/822-6762
202/828-8528 (fax)
NancyJ@csgrr.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

*E-FILED 9/4/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>CINTAS CORPORATION, an Ohio corporation, et al,<br><br>           Defendants. | No. C-03-1180-RS(MEJ)<br><br>[E-filing]<br><br><u>CLASS ACTION</u><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS' CLAIMS AGAINST CINTAS CORPORATION AND ORDER THEREON |

1    WHEREAS, on March 19, 2003, plaintiffs filed *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA, in the United States District Court for the Northern District of California ("*Veliz* Action") against defendants (collectively "Cintas"), alleging that Cintas had failed to pay all overtime wages due under the FLSA and certain state laws and deprived them of certain benefits protected by ERISA;

WHEREAS, *Veliz* Action plaintiffs Joe D. Ashcraft ("Ashcraft"), Jason Barnes ("Barnes"), and Dennis F. Knudsen ("Knudsen"), have now determined to dismiss with prejudice their respective causes of action and/or claims against Cintas as set out in the *Veliz* Action;

NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate:

1. Plaintiffs Ashcraft, Barnes, and Knudsen hereby withdraw and dismiss with prejudice, all causes of action and claims made in *Veliz v. Cintas Corporation*, N.D. Cal., Case No. C-03-1180-RS.

2. Neither this stipulation nor the order of dismissal thereon shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by the *Veliz* Action.

3. This stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts taken together shall constitute but one and the same stipulation.

4. Each party shall bear its own costs, attorneys' fees and litigation expenses related solely to the prosecution and defense of the withdrawing plaintiffs' claims in the *Veliz* Action.

///
///
///
///
///
///
///

STIP FOR DISMISSAL W/PREJUDICE OF CERTAIN PLFS' CLAIMS AGAINST
CINTAS CORPORATION AND ORDER THEREON - [E-filing]

- 1 -

5. This stipulation constitutes the entire agreement of the parties.

IT IS SO STIPULATED.

DATED: September 4, 2008

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
THEODORE J. PINTAR
STEVEN W. PEPICH
JAMES A. CAPUTO
LAWRENCE A. ABEL


              /s/
JAMES A. CAPUTO

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
ALBERT H. MEYERHOFF
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036
Telephone: 202/822-6762
202/828-8528 (fax)

ALTSHULER BERZON LLP
MICHAEL RUBIN
EILEEN GOLDSMITH
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
415/362-8064 (fax)

STIP FOR DISMISSAL W/PREJUDICE OF CERTAIN PLFS' CLAIMS AGAINST
CINTAS CORPORATION AND ORDER THEREON - [E-filing]

- 2 -

TRABER & VOORHEES
THERESA M. TRABER
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA  91103
Telephone:  626/585-9611
626/577-7079 (fax)
Attorneys for Plaintiffs

DATED:  September 4, 2008

SQUIRE, SANDERS & DEMPSEY, L.L.P.
MARK C. DOSKER
JOSEPH MECKES

_____/s/_____
JOSEPH MECKES

One Maritime Plaza, Suite 300
San Francisco, CA  94111-3482
Telephone:  415/954-0200
415/391-2493 (fax)

Attorneys for Defendant
Cintas Corporation

\*     \*     \*

**O R D E R**

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' stipulation and good cause appearing therefor, hereby approves the withdrawal of plaintiffs Joe D. Ashcraft, Jason Barnes, and Dennis F. Knudsen and the dismissal with prejudice of their respective causes of action and claims.

IT IS SO ORDERED.

DATED:  September 4, 2008

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

STIP FOR DISMISSAL W/PREJUDICE OF CERTAIN PLFS' CLAIMS AGAINST CINTAS CORPORATION AND ORDER THEREON - [E-filing]

- 1 -

PROOF OF SERVICE

I, Mary Ann Mensdoza, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On September 4, 2008, I served the foregoing document described as:

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS' CLAIMS AGAINST CINTAS CORPORATION AND ORDER THEREON

☒   VIA UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE ON THE PARTIES AS SET FORTH BELOW.

| | |
|---|---|
| Theresa M. Traber<br>**Traber & Voorhees**<br>128 N. Fair Oaks Ave., Suite 204<br>Pasadena, CA  91103<br>Facsimile:  (626) 577-7079 | Albert H. Meyerhoff<br>**Coughlin Stoia et al.**<br>9601 Wilshire Blvd.<br>Suite 510<br>Los Angeles, CA  90210<br>Facsimile:  (310) 278-2148 |
| Theodore J. Pintar<br>Steven W. Pepich<br>James A. Caputo<br>**Coughlin Stoia et al.**<br>655 W. Broadway, Suite 1900<br>San Diego, CA  92101<br>Facsimile:  (619) 231-7423 | Nancy M. Juda<br>**Coughlin Stoia et al.**<br>1100 Connecticut Ave., NW Ste. 730<br>Washington, DC  20036<br>Facsimile:  (202) 828-8528 |
| Michael Rubin<br>Scott A. Kronland<br>**Altshuler Berzon LLP**<br>177 Post Street, Suite 300<br>San Francisco, CA  94108<br>Facsimile:  (415) 362-8064 | |

Executed on September 4, 2008, at San Francisco, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/
Mary Ann Mendoza

STIP FOR DISMISSAL W/PREJUDICE OF CERTAIN PLFS' CLAIMS AGAINST CINTAS CORPORATION AND ORDER THEREON - [E-filing]

- 2 -