COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THEODORE J. PINTAR (131372)
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
ELISABETH A. BOWMAN (147393)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
TedP@csgrr.com
SteveP@csgrr.com
JimC@csgrr.com
   – and –
ALBERT H. MEYERHOFF (54134)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)
AlM@csgrr.com
       – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
NancyJ@csgrr.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

*E-FILED 9/5/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CINTAS CORPORATION, an Ohio corporation, et al,<br><br>　　　　　　　　　　Defendants. | No. C-03-1180-RS(MEJ)<br><br>CLASS ACTION<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF RAMON JOHNSON'S AND BRUCE JILES' CLAIMS AGAINST CINTAS CORPORATION AND ORDER THEREON |

1  WHEREAS, on March 19, 2003, plaintiffs filed *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA, in the United States District Court for the Northern District of California ("*Veliz* Action") against defendants (collectively "Cintas"), alleging that Cintas had failed to pay all overtime wages due under the FLSA and certain state laws and deprived them of certain benefits protected by ERISA;

WHEREAS, Plaintiffs Ramon Johnson and Bruce Jiles opted into the *Veliz* Action but have now determined to dismiss with prejudice their respective causes of action and/or claims against Cintas as set out in the *Veliz* action;

NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate:

1. Plaintiffs Ramon Johnson ("Johnson") and Plaintiff Bruce Jiles ("Jiles") hereby withdraw and dismiss with prejudice, all causes of action and claims made in *Veliz v. Cintas Corporation*, N.D. Cal., Case No. C-03-1180-RS.

2. Neither this stipulation nor the order of dismissal thereon shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by the *Veliz* Action.

3. This stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts taken together shall constitute but one and the same stipulation.

4. Each party shall bear its own costs, attorneys' fees and litigation expenses related solely to the prosecution and defense of the withdrawing Johnson's and Jiles' claims in the *Veliz* Action.

//
//
//
//
//
//

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF JOHNSON'S AND JILES' CLAIMS AGAINST CINTAS - C-03-1180 RS (MEJ)   -1-

5. This stipulation constitutes the entire agreement of the parties.

IT IS SO STIPULATED.

DATED: September 5, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THEODORE J. PINTAR
STEVEN W. PEPICH
JAMES A. CAPUTO
LAWRENCE A. ABEL
ELISABETH A. BOWMAN
MARY LYNNE CALKINS

/s/
JAMES A. CAPUTO

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ALBERT H. MEYERHOFF
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)

ALTSHULER BERZON LLP
MICHAEL RUBIN
EILEEN GOLDSMITH
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  415/421-7151
415/362-8064 (fax)

TRABER & VOORHEES
THERESA M. TRABER
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA  91103
Telephone:  626/585-9611
626/577-7079 (fax)

Attorneys for Plaintiffs

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF JOHNSON'S AND JILES' CLAIMS AGAINST CINTAS - C-03-1180 RS (MEJ)

-2-

DATED: September 5, 2008

SQUIRE, SANDERS & DEMPSEY, L.L.P.
MARK C. DOSKER
JOSEPH MECKES

    s/ JOSEPH MECKES
    JOSEPH MECKES

One Maritime Plaza, Suite 300
San Francisco, CA  94111-3482
Telephone:  415/954-0200
415/391-2493 (fax)

Attorneys for Defendant
Cintas Corporation

\*   \*   \*

# ORDER

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' stipulation and good cause appearing therefore, hereby approves the withdrawal of the Plaintiffs Ramon Johnson and Bruce Jiles and the dismissal with prejudice of their respective causes of action and claims.

IT IS SO ORDERED.

DATED: September 5, 2008

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE