SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Diane L. Gibson (CA Bar # 114825)
Michael W. Kelly (CA Bar # 214038)
Joseph A. Meckes (CA Bar # 190279)
Angela N. O'Rourke (CA Bar # 211912)
Michelle M. Full (CA Bar # 240973)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Defendants
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR
THE CINTAS PARTNERS' PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al, On behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. C-03-01180 (RS) (MEJ)<br><br>**[E-Filing]**<br><br>**CLASS ACTION**<br><br>[Proposed]<br>**ORDER DENYING PLAINTIFFS' REQUEST FOR ORDER REQUIRING FURTHER MEET-AND-CONFER SESSION PRIOR TO CINTAS' SERVICE OF FURTHER RESPONSES TO DISCOVERY** |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

[Proposed] ORDER DENYING PLAINTIFFS' REQUEST FOR ORDER REQUIRING FURTHER MEET-AND-CONFER SESSION PRIOR TO CINTAS' SERVICE OF FURTHER RESPONSES TO DISCOVERY
Case No. C-03-01180 (RS) (MEJ)

-2-

1   On Friday afternoon September 19, 2008 at approximately 4:45 p.m., plaintiffs filed their
2   request which is shown at Docket No. ("Dkt") 1002 in this action. Defendant Cintas Corporation
3   ("Cintas") filed its response to that request on Monday morning September 22, 2008, which is
4   shown at Dkt. 1004. In the interim, also on Monday morning September 22, 2008, the Court
5   filed its Order which is shown at Dkt 1003.
6   Having now considered the papers presented by both parties, and the portion of the
7   Transcript of the August 28, 2008 hearing attached to Cintas' response, the Court hereby
8   DENIES plaintiffs' request (Dkt 1002) and WITHDRAWS its prior Order (Dkt 1003).
9   If necessary, the parties shall meet and confer after Cintas' service of further responses.
    **IT IS SO ORDERED.**

11  Dated: September 23, 2008

                                                    _____
12                                                  MARIA ELENA JAMES
                                                    United States Magistrate Judge