COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THEODORE J. PINTAR (131372)
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
TedP@csgrr.com
SteveP@csgrr.com
JimC@csgrr.com
LarryA@csgrr.com
  – and –
ALBERT H. MEYERHOFF (54134)
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)
AlM@csgrr.com
        – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
NancyJ@csgrr.com

Attorneys for Plaintiffs

*E-FILED 9/29/08*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CINTAS CORPORATION, an Ohio corporation, et al,<br><br>　　　　　　　　　Defendants. | No. C-03-1180-RS(MEJ)<br><br>E-Filing<br><br><u>CLASS ACTION</u><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS STEVE ASHLEY AND JOSHUA SANTANA'S CLAIMS AGAINST CINTAS CORPORATION AND ORDER THEREON |

1   WHEREAS, on March 19, 2003, plaintiffs filed *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA, in the United States District Court for the Northern District of California ("*Veliz* Action") against defendants (collectively "Cintas"), alleging that Cintas had failed to pay all overtime wages due under the FLSA and certain state laws and deprived them of certain benefits protected by ERISA;

    WHEREAS, Plaintiffs Steve Ashley ("Ashley") and Joshua Santana ("Santana") opted in to the *Veliz* Action but have now determined to dismiss with prejudice their respective causes of action and/or claims against Cintas as set out in the *Veliz* action;

    NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate:

    1.  Plaintiffs Ashley and Santana hereby withdraw and dismiss with prejudice, all causes of action and claims made in *Veliz v. Cintas Corporation*, N.D. Cal., Case No. C-03-1180-RS.

    2.  Neither this stipulation nor the order of dismissal thereon shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by the *Veliz* Action.

    3.  This stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts taken together shall constitute but one and the same stipulation.

    4.  Each party shall bear its own costs, attorneys' fees and litigation expenses related solely to the prosecution and defense of the withdrawing plaintiffs' claims in the *Veliz* Action.

    5.  This stipulation constitutes the entire agreement of the parties.

    IT IS SO STIPULATED.

DATED: September 25, 2008                COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
                                         THEODORE J. PINTAR
                                         STEVEN W. PEPICH
                                         JAMES A. CAPUTO
                                         LAWRENCE A. ABEL

                                                    /s/
                                         James A. Caputo

STIP FOR DISMISSAL W/PREJUDICE OF PLFS ASHLEY AND SANTANA - E-Filing                                                                                      - 1 -

| | |
|---|---|
| 1 | |
| 2 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 3 | 619/231-7423 (fax) |
| 4 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 5 | ALBERT H. MEYERHOFF<br>9601 Wilshire Blvd., Suite 510 |
| 6 | Los Angeles, CA  90210<br>Telephone:  310/859-3100 |
| 7 | 310/278-2148 (fax) |
| 8 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 9 | NANCY M. JUDA<br>1100 Connecticut Avenue, N.W., Suite 730 |
| 10 | Washington, DC  20036<br>Telephone:  202/822-6762 |
| 11 | 202/828-8528 (fax) |
| 12 | ALTSHULER BERZON LLP<br>MICHAEL RUBIN |
| 13 | EILEEN GOLDSMITH<br>177 Post Street, Suite 300 |
| 14 | San Francisco, CA  94108<br>Telephone:  415/421-7151 |
| 15 | 415/362-8064 (fax) |
| 16 | TRABER & VOORHEES<br>THERESA M. TRABER |
| 17 | 128 No. Fair Oaks Avenue, Suite 204<br>Pasadena, CA  91103 |
| 18 | Telephone:  626/585-9611<br>626/577-7079 (fax) |
| 19 | Attorneys for Plaintiffs |
| 20 | |
| 21 | DATED:  September 25, 2008    SQUIRE, SANDERS & DEMPSEY, L.L.P.<br>MARK C. DOSKER |
| 22 | JOSEPH A. MECKES |
| 23 | |
| 24 | _____/s/_____ |
| 25 | JOSEPH A. MECKES<br>One Maritime Plaza, Suite 300 |
| 26 | San Francisco, CA  94111-3482<br>Telephone:  415/954-0200 |
| 27 | 415/391-2493 (fax)<br>Attorneys for Defendant |
| 28 | Cintas Corporation |

STIP FOR DISMISSAL W/PREJUDICE OF PLFS ASHLEY AND SANTANA - E-Filing - 2 -

* * *

**O R D E R**

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' stipulation and good cause appearing therefor, hereby approves the withdrawal of Plaintiffs Steve Ashley and Joshua Santana and the dismissal with prejudice of their respective causes of action and claims.

IT IS SO ORDERED.

DATED: _September 29, 2008
_____    _____
                                THE HONORABLE RICHARD SEEBORG
                                UNITED STATES MAGISTRATE JUDGE

STIP FOR DISMISSAL W/PREJUDICE OF PLFS ASHLEY AND SANTANA - E-Filing
- 3 -