COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS L.L.P.
Theodore J. Pintar (CA Bar #131372)
Steven W. Pepich (CA Bar #116086)
James A. Caputo (CA Bar #120485)
Lawrence A. Abel (CA Bar #129596)
Elisabeth A. Bowman (CA Bar #147393)
Mary Lynne Calkins (CA Bar #212171)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:   +1.619.231.1058
Facsimile:   +1.619.231.7423

[Additional Counsel on Signature Page]

Attorneys for Plaintiffs
PAUL VELIZ, et al.

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Diane L. Gibson (CA Bar #114825)
Michael W. Kelly (CA Bar #214038)
Joseph A. Meckes (CA Bar #190279)
Angela N. O'Rourke (CA Bar #211912)
Michelle M. Full (CA Bar #240973)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Telephone:  +1.415.954.0200
Facsimile:   +1.415.393.9887

Attorneys for Defendant
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR THE
CINTAS PARTNERS' PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, et al,<br><br>Defendants. | Case No. 03-01180 (RS)<br>E-Filing<br><br>Class Action<br><br>**STIPULATION AND ORDER REGARDING IMPLEMENTATION OF THE DISCOVERY MAGISTRATE'S ORDER RE: PLAINTIFFS' TIME RECORDS** |

Case No. 03-01180 (RS)

WHEREAS, the parties' respective counsel have conferred about the matters which are the subject of this Stipulation, pertaining to the implementation of the discovery Magistrate Judge's Order Re: Plaintiffs' Time Records (Dkt. 896)("the discovery Order");

WHEREAS, after defendant Cintas Corporation ("Cintas") filed objections (Dkt 899) to the discovery Order, the presiding judge issued an Order (Dkt 902) requiring Plaintiffs to file a written response to the objections to the discovery Order, and after Plaintiffs did so (Dkt 920), on September 2, 2008 the presiding judge issued an Order Overruling Defendant's Objections to Order Regarding Plaintiffs' Time Records (Dkt 957);

WHEREAS, Cintas states that it has been diligently searching for any remaining but as yet unproduced time records, and any remaining but as yet unproduced documents showing any modifications by Cintas to those records, regarding the litigating plaintiffs on the list of 30 persons previously provided by Plaintiffs' counsel to Cintas' counsel pursuant to the discovery Order;

WHEREAS, Cintas notes that Plaintiffs' counsel have not yet stated which Plaintiffs and/or other persons Plaintiffs intend to call as witnesses at trial, and are not required to do so until the Joint Pretrial Statement is filed on March 2, 2009 pursuant to the Court's Order (Dkt . 841), and Cintas notes that in view of the foregoing and other factors, Cintas does not yet know what documents it will intend to use for impeachment in this litigation;

NOW, THEREFORE, the parties hereto, by and through their respective undersigned counsel, hereby stipulate to an Order as follows:

1. By September 30, 2008, Cintas shall produce any remaining but as yet unproduced time records, and any remaining but as yet unproduced documents showing any modifications by Cintas to those time records, maintained on paper and referring to time worked through August 15, 2008, regarding the litigating plaintiffs on the list of 30 persons which has

been previously provided by Plaintiffs' counsel to Cintas' counsel on August 18, 2008, that Cintas intends to use or could use for impeachment or any other purpose in this litigation.

2. By October 15, 2008, Cintas shall produce any remaining but as yet unproduced time records, and any remaining but as yet unproduced documents showing any modifications by Cintas to those time records, maintained electronically and referring to time worked through August 15, 2008, regarding the litigating plaintiffs on the list of 30 persons which has been previously provided by Plaintiffs' counsel to Cintas' counsel, that Cintas intends to use or could use for impeachment or any other purpose in this litigation.

3. Based on the current trial schedule, Cintas shall produce by the later of (a) January 26, 2009 or (b) five weeks prior to the date on which the parties must identify their witnesses for trial – which date is currently set for March 2, 2009 (Dkt 841), any remaining but as yet unproduced time records and any remaining but as yet unproduced documents showing any modifications by Cintas to those time records regarding any other litigating plaintiffs, that Cintas intends to use or could use for impeachment or any other purpose in this litigation.

4. Cintas shall have the right to supplement its production hereunder, at reasonable intervals prior to trial, of time records and documents showing any modifications by Cintas to those time records relating to time worked after August 15, 2008, as to those litigating plaintiffs regarding whom Cintas previously produced documents pursuant to the discovery Order and the above-stated provisions and who are still employed as SSRs at Cintas after August 15, 2008.

5. Nothing in the discovery Order shall bar the use by Cintas of materials produced to Plaintiffs prior to entry of the discovery Order or timely produced to Plaintiffs pursuant to any of paragraphs 1-4 above.

6. No part of this Stipulation is effective unless the Honorable Maria-Elena James accepts it in its entirety, by entering the Order as set forth therein.

Case No. 03-01180 (RS) 3

7. This Stipulation is entered into only for purposes of this action. As a negotiated resolution of disputed matters in this action, the matters set forth herein may not be used for any purpose other than in this action by a party hereto. This Stipulation does not constitute any admission on the part of anyone.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 30, 2008        SQUIRE, SANDERS & DEMPSEY, L.L.P.

By: _____/s/_____
         Joseph A. Meckes

Attorneys for Defendants
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR THE
CINTAS PARTNERS' PLAN

Dated: September 30, 2008        COUGHLIN STOIA GELLER RUDMAN & ROBBINS L.L.P., and

ALTSHULER, BERZON LLP, and

TRABER & VOORHEES

By: _____/s/_____
         James A. Caputo

Attorneys for Plaintiffs
PAUL VELIZ et al

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: October 1, 2008        _____
                              MARIA-ELENA JAMES
                              United States Magistrate Judge

Case No. 03-01180 (RS)        4

**PROOF OF SERVICE**

I, Mary Ann Mendoza, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On September 30, 2008, I served the foregoing document described as:

**STIPULATION AND ORDER REGARDING IMPLEMENTATION OF THE DISCOVERY MAGISTRATE'S ORDER RE: PLAINTIFFS' TIME RECORDS**

☒ VIA UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE ON THE PARTIES AS SET FORTH BELOW.

Theresa M. Traber
Traber & Voorhees
128 N. Fair Oaks Ave., Suite 204
Pasadena, CA 91103
Facsimile: (626) 577-7079

Albert H. Meyerhoff
Coughlin Stoia et al.
9601 Wilshire Blvd.
Suite 510
Los Angeles, CA 90210
Facsimile: (310) 278-2148

Theodore J. Pintar
Steven W. Pepich
James A. Caputo
Coughlin Stoia et al.
655 W. Broadway, Suite 1900
San Diego, CA 92101
Facsimile: (619) 231-7423

Nancy M. Juda
Coughlin Stoia et al.
1100 Connecticut Ave., NW Ste. 730
Washington, DC 20036
Facsimile: (202) 828-8528

Michael Rubin
Scott A. Kronland
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Facsimile: (415) 362-8064

Executed on September 30, 2008, at San Francisco, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/
_____
Mary Ann Mendoza

Case No. 03-01180 (RS)    5