SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Diane L. Gibson (CA Bar # 114825)
Michael W. Kelly (CA Bar # 214038)
Joseph A. Meckes (CA Bar # 190279)
Michelle M. Full (CA Bar # 240973)
Andrew L. Chang (CA Bar #222309)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:     +1.415.954.0200
Facsimile:     +1.415.393.9887

Attorneys for Defendants
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR
THE CINTAS PARTNERS' PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al, On behalf of Themselves and All Others Similarly Situated. | Case No. 03-01180 (RS) |
| | **[E-Filing]** |
| Plaintiffs, | CLASS ACTION |
| vs. | **[PROPOSED] ORDER SEALING DECLARATIONS OF MICHAEL RUBIN AND HYUN NAM AND PORTIONS OF PLAINTIFFS' OPPOSITION TO CINTAS' MOTION FOR SUMMARY JUDGMENT ON CERTAIN PLAINTIFFS' THIRD CLAIMS FOR RELIEF** |
| CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive, | |
| Defendants. | |
| | Date:            January 21, 2009<br>Time:           9:30 a.m.<br>Courtroom:   4<br>Judge:          Hon. Richard Seeborg |

Plaintiffs moved this Court for an order to seal the Declarations of Hyun Nam and Michael Rubin in Opposition to Cintas' Motion for Summary Judgment On Certain Plaintiffs' Third Claims for Relief and to partially seal Plaintiffs' Opposition to Cintas' Motion for Summary Judgment On Certain Plaintiffs' Third Claims for Relief. In accordance with Civil Local Rule 79-5(d), Defendant Cintas Corporation provided a supporting declaration establishing that the designated information identified by Plaintiffs' Motion to File Documents Under Seal is sealable.

It is hereby ORDERED that the Declaration of Hyun Nam in Opposition to Cintas' Motion for Summary Judgment On Certain Plaintiffs' Third Claims for Relief, the exhibits to the Declaration of Michael Rubin in Opposition to Cintas' Motion for Summary Judgment On Certain Plaintiffs' Third Claims for Relief and the portions of Plaintiffs' Opposition to Cintas' Motion for Summary Judgment On Certain Plaintiffs' Third Claims for Relief that reference or cite to the Nam Declaration or the exhibits of the Declaration of Michael Rubin shall be filed under seal.

**IT IS SO ORDERED.**

Dated: 11/24/08

RICHARD SEEBORG
United States Magistrate Judge

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

-1-

[PROPOSED] ORDER SEALING NAM DECL., RUBIN DECL., AND PORTIONS OF PLAINTIFFS' OPPOSITION
CASE NO. 03-01180 (RS)

# PROOF OF SERVICE

I, REGINA ARROYO, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On November 21, 2008, I served the foregoing document described as:

**[PROPOSED] ORDER SEALING DECLARATIONS OF MICHAEL RUBIN AND HYUN NAM AND PORTIONS OF PLAINTIFFS' OPPOSITION TO CINTAS' MOTION FOR SUMMARY JUDGMENT ON CERTAIN PLAINTIFFS' THIRD CLAIMS FOR RELIEF**

☒   Via United States District Court Electronic Filing Service on the parties as set forth below:

| | |
|---|---|
| Theresa M. Traber<br>Traber & Voorhees<br>128 N. Fair Oaks Ave., Suite 204<br>Pasadena, CA  91103 | Albert H. Meyerhoff<br>Lerach Coughlin et al.<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA  90210 |
| Theodore J. Pintar<br>Steven W. Pepich<br>James A. Caputo<br>Lerach Coughlin et al.<br>655 W. Broadway, Suite 1900<br>San Diego, CA  92101 | Nancy M. Juda<br>Lerach Coughlin et al.<br>1100 Connecticut Ave., NW Ste. 730<br>Washington, DC  20036 |
| Michael Rubin<br>Scott A. Kronland<br>Altshuler Berzon<br>177 Post Street, Suite 300<br>San Francisco, CA  94108 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on November 21, 2008, at San Francisco, California.

/s/
REGINA ARROYO

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, California  94111

PROOF OF SERVICE - CASE NO. 03-01180 (RS)