IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELIZ, et al.,<br><br>        Plaintiff(s),<br><br>vs.<br><br>CINTAS CORPORATION, et al.,<br><br>        Defendant(s). | No. C 03-1180 RS (MEJ)<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR DEFENDANT TO RESPOND TO DISCOVERY LETTER BRIEF** |

The Court is in receipt of Plaintiffs' letter, filed November 26, 2008, requesting an order requiring Defendant to respond to a discovery letter brief. (Dkt. # 1065.) Good cause appearing, the Court GRANTS Plaintiffs' request. However, the Court shall not accept Plaintiffs' portion of the letter as written; rather, for purposes of this letter only, the parties shall comply with the following limitations:

1) The parties shall provide a joint procedural background statement related to this dispute, including previous arguments made by each side and any court orders. This statement shall be no more than two pages and shall be one **joint** statement (i.e., not a separate procedural background statement from each side).

2) Each side shall be permitted three pages to address their current arguments related to this dispute.

3) Any attachments shall be limited to relevant meet-and-confer transcripts, court hearing transcripts, and the specific discovery requests at issue and responses thereto.

4) The joint letter shall be filed by December 12, 2008.

      **IT IS SO ORDERED.**

Dated: December 2, 2008

                                                 MARIA-ELENA JAMES<br>                                                 United States Magistrate Judge