IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELIZ, et al., | No. C 03-1180 RS (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE AFFIRMATIVE DEFENSE DISCOVERY** |
| CINTAS CORPORATION, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' joint discovery letter regarding Plaintiffs' request for discovery on Defendant's affirmative defense. The Court finds a hearing on this matter appropriate, and hereby ORDERS the parties to appear on January 15, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California..

**IT IS SO ORDERED.**

Dated: December 18, 2008

MARIA-ELENA JAMES
United States Magistrate Judge