1
2
3                                                              **\*E-FILED 12/24/08\***
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                              SAN JOSE DIVISION
9
10   PAUL VELIZ, et al.,                              NO. C 03-1180 RS
11                 Plaintiffs,                        **SCHEDULING ORDER**
12        v.
13   CINTAS CORPORATION, et al.,
14                 Defendants.
15   _____/
16
17        The scheduling order presented below applies to the following motions submitted by both
18   parties.
19        (1) Defendants' motions:
20             (a) Uniform SSR Motion for Summary Judgment (New Uniforms/Direct Sales) (Dkt.
21             1011);
22             (b) Alvis Motion for Summary Judgment (Dkt. 1109);
23             (c) Lauvrak & Stachnik Motion for Summary Judgment (Dkt. 1116);
24             (d) Truck Weight Motion for Summary Judgment (Dkt. 1127);
25             (e) Renewed Motion for Summary Judgment (Five SSRs Crossing State
26             Lines/Application of 2-Year Limitation) (Dkt. 1128);
27             (f) First Aid & Safety SSR Motion for Summary Judgment (Dkt. 1148);
28             (g) Minnesota & Missouri Application of MCA Exemption Motion for Summary

United States District Court
For the Northern District of California

1

**United States District Court**
For the Northern District of California

1    Judgment (Dkt. 1159);

2    (h) Plaintiffs not SSRs Motion for Summary Judgment (Dkt. 1161);

3    (i) Facility Services SSR Motion for Summary Judgment (Dkt. 1168);

4    (j) Motion for Summary Judgment on Uniform Delivering Plaintiffs (Dkt. 1169); and

5    (k) Uniform SSR Motion for Summary Judgment (Consumables & Other New

6    Uniforms/Direct Sales) (Dkt. 1201).

7    (2) Plaintiffs' motions:

8    (a) Motion for Partial Summary Judgment Regarding Illegality of Cintas Pay Practice

9    (Dkt. 1107);

10   (b) Motion to Substitute Spouses for Deceased Plaintiffs Lawrence Michfelder &

11   Bruce Lauvrak (Dkt. 1116);

12   (c) Motion for Leave to File Third Amended Complaint (Dkt. 1123); and

13   (d) Motion to Supplement Plaintiffs' Expert Report & to Compel Production of

14   Usable Payroll Records (Dkt. 1158).

15   It is hereby ordered that:

16   (1) For all motions identified above, the hearing date is moved to February 4, 2009, at 2:00

17   p.m.

18   (2) All oppositions are due on or before January 21, 2009.

19   (3) All replies are due on or before January 28, 2009.

20   (4) Defendants' concurrently filed Motion for *De Novo* Determination (Dkt. 1092) and

21   Motion to Sustain Objections to Orders Compelling Discovery (Dkt. 1094) will proceed under Civil

22   Local Rule 72-2 as an objection to a non-dispositive pretrial decision rather than under Civil Local

23   Rule 72-3 as an objection warranting *de novo* review of a dispositive decision.  Accordingly, no

24   hearing will be scheduled on that motion at this time.

25

26

27

28

2

1        IT IS SO ORDERED.

2

3   Dated: December 24, 2008

4                                            RICHARD SEEBORG
                                            United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

SCHEDULING ORDER
C 03-1180 RS

3