**\*E-FILED 12/24/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., | NO. C 03-1180 RS |
| Plaintiffs, | **ORDER RE: ADMINISTRATIVE RELIEF** |
| v. | |
| CINTAS CORPORATION, et al., | |
| Defendants. | |

On December 12, 2008, plaintiffs filed a motion for administrative relief seeking clarification of whether individual plaintiffs Ricardo Brown and Darold Maxfield were dismissed with or without prejudice pursuant to the Court's November 13, 2008 Order. The Court's grant of summary judgment against Brown and Maxfield in that order was with prejudice.

IT IS SO ORDERED.

Dated: 12/24/08

RICHARD SEEBORG
United States Magistrate Judge

ORDER RE: ADMINISTRATIVE RELIEF
C 03-1180 RS

1