**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PAUL VELIZ, *et al.*, | No. C 03-01180 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 1238] |
| CINTAS CORPORATION, an Ohio corporation, and PLAN ADMINISTRATOR FOR THE CINTAS PARTNERS' PLAN, | |
| Defendants. | |

Before the Court is defendants' Motion for Administrative Relief Regarding Scheduling Pertaining to Clause Construction Awards [Docket No. 1238]. Defendants request the Court to continue a January 27, 2009 hearing date on the ground that two sets of arbitrating plaintiffs must have their issues decided together. *See id.* The Court has *stayed* the MDL matters pertaining to one set of arbitrating plaintiffs, who are on appeal in the Ninth Circuit while the Supreme Court decides whether this Court has subject matter jurisdiction over them. 06-01781 SBA Docket No. 58. Defendants fail to provide any reason for the Court not to address issues on January 27, 2009 related to the other set of *actively* arbitrating plaintiffs. Defendants' Motion for Administrative Relief Regarding Scheduling Pertaining to Clause Construction Awards [Docket No. 1238] is DENIED.

IT IS SO ORDERED.

January 6, 2009

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge