COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THEODORE J. PINTAR (131372)
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
TedP@csgrr.com
SteveP@csgrr.com
JimC@csgrr.com
LarryA@csgrr.com
  – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
NancyJ@csgrr.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

*E-FILED 1/16/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CINTAS CORPORATION, an Ohio corporation, et al,<br><br>  Defendants. | No. C-03-1180-RS(MEJ)<br><br>E-Filing<br><br><u>CLASS ACTION</u><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS DANIEL ALVIS, LEONARD STACHNIK, DEBORAH WHEELER-ROBINSON, AND RONALD WILLIAMS' CLAIMS AGAINST CINTAS CORPORATION AND ORDER THEREON AND ORDER |

1   WHEREAS, on March 19, 2003, plaintiffs filed *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA, in the United States District Court for the Northern District of California ("*Veliz* Action") against defendants (collectively "Cintas"), alleging that Cintas had failed to pay all overtime wages due under the FLSA and certain state laws and deprived them of certain benefits protected by ERISA;

WHEREAS, Plaintiffs Daniel Alvis ("Alvis"), Leonard Stachnik ("Stachnik"), Deborah Wheeler-Robinson ("Wheeler-Robinson"), and Ronald Williams ("Williams") opted in to the *Veliz* Action but have now determined to dismiss with prejudice their respective causes of action and/or claims against Cintas as set out in the *Veliz* action;

NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate:

1.   Plaintiffs Alvis, Stachnik, Wheeler-Robinson and Williams hereby withdraw and dismiss with prejudice, all causes of action and claims made in *Veliz v. Cintas Corporation*, N.D. Cal., Case No. C-03-1180-RS.

2.   Neither this stipulation nor the order of dismissal thereon shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by the *Veliz* Action.

3.   This stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts taken together shall constitute but one and the same stipulation.

4.   Each party shall bear its own costs, attorneys' fees and litigation expenses related solely to the prosecution and defense of the withdrawing plaintiffs' claims in the *Veliz* Action.

5.   This stipulation constitutes the entire agreement of the parties.

IT IS SO STIPULATED.

DATED: January 16, 2009                COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP


                                        /s/
                                        James A. Caputo

|   |   |
|---|---|
| 1 | |
| 2 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
|   | NANCY M. JUDA |
| 3 | 1100 Connecticut Avenue, N.W., Suite 730 |
|   | Washington, DC  20036 |
| 4 | Telephone:  202/822-6762 |
|   | 202/828-8528 (fax) |
| 5 | |
|   | ALTSHULER BERZON LLP |
| 6 | MICHAEL RUBIN |
|   | EILEEN GOLDSMITH |
| 7 | 177 Post Street, Suite 300 |
|   | San Francisco, CA  94108 |
| 8 | Telephone:  415/421-7151 |
|   | 415/362-8064 (fax) |
| 9 | |
|   | TRABER & VOORHEES |
| 10 | THERESA M. TRABER |
|   | 128 No. Fair Oaks Avenue, Suite 204 |
| 11 | Pasadena, CA  91103 |
|   | Telephone:  626/585-9611 |
| 12 | 626/577-7079 (fax) |
| 13 | Attorneys for Plaintiffs |

DATED:  January 16, 2009

SQUIRE, SANDERS & DEMPSEY, L.L.P.
MARK C. DOSKER
DIANE L. GIBSON
MICHAEL W. KELLY
JOSEPH A. MECKES


               /s/
        Mark C. Dosker

One Maritime Plaza, Suite 300
San Francisco, CA  94111-3482
Telephone:  415/954-0200
415/391-2493 (fax)

Attorneys for Defendant
CINTAS CORPORATION

STIP FOR DISMISSAL W/PREJUDICE OF PLFS ALVIS, STACHNIK, WHEELER-
ROBINSON, AND WILLIAMS - E-Filing     - 2 -

* * *

**O R D E R**

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' stipulation and good cause appearing therefor, hereby approves the withdrawal of Plaintiffs Daniel Alvis, Leonard Stachnik, Deborah Wheeler-Robinson and Ronald Williams and the dismissal with prejudice of their respective causes of action and claims.

IT IS SO ORDERED.

DATED: January 16, 2009

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE