COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
THEODORE J. PINTAR (131372)
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
TedP@csgrr.com
SteveP@csgrr.com
JimC@csgrr.com
LarryA@csgrr.com
  – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
NancyJ@csgrr.com

Attorneys for Plaintiffs

*E-FILED 1/21/09*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CINTAS CORPORATION, an Ohio corporation, et al,<br><br>　　　　　　Defendants. | No. C-03-1180-RS(MEJ)<br><br>E-Filing<br><br>CLASS ACTION<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF ANTHONY HAMILTON'S CLAIMS AGAINST CINTAS CORPORATION AND ORDER THEREON |

1  WHEREAS, on March 19, 2003, plaintiffs filed *Veliz v. Cintas Corporation,* Case No. C-03-1180-SBA, in the United States District Court for the Northern District of California ("*Veliz* Action") against defendants (collectively "Cintas"), alleging that Cintas had failed to pay all overtime wages due under the FLSA and certain state laws and deprived them of certain benefits protected by ERISA;

WHEREAS, Plaintiff Anthony Hamilton ("Hamilton") opted in to the *Veliz* Action but has now determined to dismiss with prejudice his causes of action and/or claims against Cintas as set out in the *Veliz* action;

NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate:

1. Plaintiff Hamilton hereby withdraws and dismisses with prejudice all causes of action and claims made in *Veliz v. Cintas Corporation*, N.D. Cal., Case No. C-03-1180-RS.

2. Neither this stipulation nor the order of dismissal thereon shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by the *Veliz* Action.

3. This stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts taken together shall constitute but one and the same stipulation.

4. Each party shall bear its own costs, attorneys' fees and litigation expenses related solely to the prosecution and defense of the withdrawing plaintiff's claims in the *Veliz* Action.

5. This stipulation constitutes the entire agreement of the parties.

IT IS SO STIPULATED.

DATED: January 21, 2009          TRABER & VOORHEES
                                 THERESA M. TRABER
                                 128 No. Fair Oaks Avenue, Suite 204
                                 Pasadena, CA  91103
                                 Telephone:  626/585-9611
                                 626/577-7079 (fax)


                                                        /s/
                                 _____
                                          Theresa M. Traber

STIP FOR DISMISSAL W/PREJUDICE OF PLF HAMILTON E-Filing                - 1 -

|    |                              |                                                    |
|----|------------------------------|----------------------------------------------------|
| 1  |                              |                                                    |
| 2  |                              | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP    |
| 3  |                              | NANCY M. JUDA<br>1100 Connecticut Avenue, N.W., Suite 730 |
| 4  |                              | Washington, DC  20036<br>Telephone:  202/822-6762<br>202/828-8528 (fax) |
| 5  |                              |                                                    |
| 6  |                              | ALTSHULER BERZON LLP<br>MICHAEL RUBIN              |
| 7  |                              | EILEEN GOLDSMITH<br>177 Post Street, Suite 300     |
| 8  |                              | San Francisco, CA  94108<br>Telephone:  415/421-7151<br>415/362-8064 (fax) |
| 9  |                              |                                                    |
| 10 |                              | Attorneys for Plaintiffs                           |
| 11 |                              |                                                    |
| 12 | DATED:  January 21, 2009     | SQUIRE, SANDERS & DEMPSEY, L.L.P.<br>MARK C. DOSKER |
| 13 |                              | DIANE L. GIBSON<br>MICHAEL W. KELLY                |
| 14 |                              | JOSEPH A. MECKES                                   |
| 15 |                              |                                                    |
| 16 |                              |               /s/<br>        Mark C. Dosker         |
| 17 |                              |                                                    |
| 18 |                              | One Maritime Plaza, Suite 300<br>San Francisco, CA  94111-3482 |
| 19 |                              | Telephone:  415/954-0200<br>415/391-2493 (fax)     |
| 20 |                              |                                                    |
| 21 |                              | Attorneys for Defendant<br>CINTAS CORPORATION      |
| 22 |                              |                                                    |
| 23 |                              |                                                    |
| 24 |                              |                                                    |
| 25 |                              |                                                    |
| 26 |                              |                                                    |
| 27 |                              |                                                    |
| 28 |                              |                                                    |

\* \* \*

**O R D E R**

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' stipulation and good cause appearing therefor, hereby approves the withdrawal of Plaintiff Anthony Hamilton and the dismissal with prejudice of his causes of action and claims.

IT IS SO ORDERED.

DATED: January 21, 2009

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE