```
 1  TRABER & VOORHEES
    Theresa M. Traber (CA Bar# 116305)
 2  128 No. Fair Oaks Avenue, Suite 204
    Pasadena, CA  91103
 3  Telephone:    +1.626.585.9611
    Facsimile:    +1.626.577.7029
 4
    [Additional Counsel on Signature Page]
 5
    Attorneys for Plaintiffs
 6  PAUL VELIZ, et al.

 7

 8  SQUIRE, SANDERS & DEMPSEY L.L.P.
    Mark C. Dosker (CA Bar # 114789)
 9  Diane L. Gibson (CA Bar#114825)
    Michael W. Kelly (CA Bar #214038)
    Joseph A. Meckes (CA Bar #190279)
10  Angela N. O'Rourke (CA Bar #211912)
    Michelle M. Full (CA Bar #240973)
11  One Maritime Plaza, Third Floor
    San Francisco, CA  94111-3492
12  Telephone:    +1.415.954.0200
    Facsimile:    +1.415.393.9887
13
    Attorneys for Defendant
14  CINTAS CORPORATION and
    PLAN ADMINISTRATOR FOR THE
15  CINTAS PARTNERS' PLAN
```

FILED
JAN 2 1 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, et al,<br><br>Defendants. | Case No.  03-01180 (RS)<br>CLASS ACTION<br><br>E-FILING<br><br>STIPULATION AND ORDER REGARDING APPLICATION OF RULING ON FLSA STATUTE OF LIMITATIONS |

Case No.  03-01180 (RS)

WHEREAS, the parties' respective counsel have conferred about the matters which are the subject of this Stipulation and Order;

WHEREAS, the parties and their respective counsel jointly submit to the Court that entry by the Court of the Order at the end of this Stipulation, adopting this Stipulation as an Order of the Court, will substantially promote judicial economy in the context of the pending action;

WHEREAS, each of the respective parties' agreement to each and all of the matters herein is conditioned upon the Court's approval, by entry of the Order stipulated to herein, of this entire Stipulation as written;

WHEREAS, on March 19, 2003, plaintiffs filed the above-captioned action ("*Veliz* action") against defendants (collectively "Cintas"), alleging that Cintas had failed to pay all overtime wages due under the Fair Labor Standards Act ("FLSA") and certain state laws and deprived them of certain benefits protected by ERISA;

WHEREAS, as more fully set forth in the record of the *Veliz* action, Cintas denies all such allegations;

WHEREAS, on November 13, 2008, the Court ruled that "plaintiffs' claims will be governed by the two year limitations period," Docket ("Dkt") 1039 at 16:19-20;

WHEREAS, Cintas has moved for summary judgment (Dkt 1128) on the matter addressed by this Stipulation;

WHEREAS the parties recognize that the Court's ruling of November 13, 2008 will control in determining the statute of limitations period applicable to the FLSA claims of the remaining plaintiffs who are litigating in federal court in the *Veliz* action, but Plaintiffs wish to preserve their rights to challenge such ruling in a post-judgment appeal thereof;

NOW, THEREFORE, the parties hereto, by and through their respective undersigned counsel, hereby stipulate to an order of the Court as follows:

1. The Court's November 13, 2008 ruling that the "plaintiffs' claims will be governed by the two year limitations period," Dkt. 1039 at 16:19-20, applies to the Plaintiffs identified in the Exhibit hereto (Dkt. 1132-3) so as to limit their FLSA claims in the *Veliz* action to start on the commencement dates individually calculated as set forth in the Exhibit hereto (Dkt. 1132-3).

2. The Order adopting this Stipulation is subject to post-judgment appeal only, and only to the same extent and by the same procedures as is the Court's November 13, 2008 ruling that the "Plaintiffs' claims will be governed by the two year limitations period". Dkt. 1039 at 16:19-20.

3. This Stipulation does not constitute or imply any admission or concession by any party regarding any claim or argument raised in the *Veliz* action, but implements as to the Plaintiffs shown on the Exhibit hereto (Dkt. 1132-3) the Court's ruling that "plaintiffs' claims will be governed by the two year limitations period". Dkt. 1039 at 16:19-20.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 21, 2009         SQUIRE, SANDERS & DEMPSEY, L.L.P.

By: _____/s/_____
    Mark C. Dosker

Attorneys for Defendants
CINTAS CORPORATION etc.

Dated: January 21, 2009         ALTSHULER, BERZON LLP, and

COUGHLIN STOIA GELLER RUDMAN & ROBBINS L.L.P., and

TRABER & VOORHEES

By: _____/s/_____
    Theresa M. Traber

Attorneys for Plaintiffs

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: January 21, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

# EXHIBIT B

**EXHIBIT B**

**CLAIM COMMENCEMENT DATES BASED ON A TWO-YEAR LIMITATIONS PERIOD**

| No. | Plaintiff | Consent to Sue Form Filed | # Days of Stipulated Tolling | # Days of Court Ordered Tolling | Total # Days of Tolling | 2 Year SOL + Tolling Claim Commencement Date | Notes |
|---|---|---|---|---|---|---|---|
| 1 | Abdella, Karim S | 11/5/2004 | 194 | | 194 | 4/26/2002 | |
| 2 | Adder, Thomas | 7/23/2004 | 194 | | 194 | 1/11/2002 | |
| 3 | Albion, James W. | 10/21/2004 | 194 | | 194 | 4/11/2002 | |
| 4 | Alexander, Tony A | 7/23/2004 | 194 | | 194 | 1/11/2002 | |
| 5 | Alvis, Daniel | 7/9/2004 | 194 | | 194 | 12/28/2001 | |
| 6 | Andrzejewski, Robbie J | 1/18/2005 | 194 | 125 | 319 | 3/6/2002 | Opted in after court tolling period closed. |
| 7 | Ankenbruck, Michael | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 8 | Atencio Jr., Claudio | 9/3/2004 | 194 | | 194 | 2/22/2002 | |
| 9 | Audet, Gary | 8/20/2004 | 194 | | 194 | 2/8/2002 | |
| 10 | Axelson, Christopher | 10/21/2004 | 194 | | 194 | 4/11/2002 | |
| 11 | Azevedo, William | 10/29/2004 | 194 | | 194 | 4/19/2002 | |
| 12 | Ballesteros, Ron | 8/24/2004 | 194 | 33 | 227 | 1/10/2002 | Opted in during court tolling period. |
| 13 | Barefield II, James L | 10/22/2004 | 194 | | 194 | 4/12/2002 | |
| 14 | Barnaby, Frank | 1/3/2005 | 194 | | 194 | 6/24/2002 | |
| 15 | Baskette, Matthew | 8/24/2004 | 194 | | 194 | 2/12/2002 | |
| 16 | Bawahab, Samy A | 7/23/2004 | 194 | 1 | 195 | 1/10/2002 | Opted in on first day of court tolling period. |
| 17 | Benjamin, Scott R | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 18 | Bond Jr, Joseph | 10/21/2004 | 194 | | 194 | 4/11/2002 | Assumes consent form filed 10/21/04. |
| 19 | Bouchard, Christopher | 8/18/2004 | 194 | | 194 | 2/6/2002 | |
| 20 | Bourbon, Stephen J | 8/20/2004 | 194 | | 194 | 2/8/2002 | |
| 21 | Boyd, Frank | 7/23/2004 | 194 | | 194 | 1/11/2002 | |
| 22 | Bradshaw, Douglas L | 8/16/2004 | 194 | | 194 | 2/4/2002 | |
| 23 | Brannon, Jeffrey | 8/13/2004 | 194 | | 194 | 2/1/2002 | |
| 24 | Brauer, David F | 7/23/2004 | 194 | | 194 | 1/11/2002 | |
| 25 | Bright, Alan | 9/3/2004 | 194 | | 194 | 2/22/2002 | |

| No. | Plaintiff | Consent to Sue Form Filed | # Days of Stipulated Tolling | # Days of Court Ordered Tolling | Total # Days of Tolling | 2-Year SOL + Tolling Claim Commencement Date | Notes |
|---|---|---|---|---|---|---|---|
| 26 | Brown, Michael Anthony | 7/25/2003 | 0 | | 0 | 7/25/2001 | Opted in prior to stipulated tolling agreement. |
| 27 | Bruening Sr., Robert O | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 28 | Brunson, Timothy D. | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 29 | Buckholz, Robert A | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 30 | Bullard, Edward B | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 31 | Burns, Daniel | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 32 | Caesar, Frank | 7/23/2004 | 194 | | 194 | 4/10/2002 | |
| 33 | Cervantes, Asa | 8/16/2004 | 194 | | 194 | 2/4/2002 | |
| 34 | Childs, Nathaniel J. | 9/13/2004 | 194 | | 194 | 3/4/2002 | |
| 35 | Christison, Joel A | 7/9/2004 | 194 | | 194 | 12/28/2001 | |
| 36 | Clements II, Herbert J. | 9/13/2004 | 194 | 53 | 247 | 1/10/2002 | Opted in during court tolling period. |
| 37 | Coffey, William | 10/20/2004 | 194 | 90 | 284 | 1/10/2002 | Opted in during court tolling period. |
| 38 | Cogdell, Don | 1/18/2005 | 194 | 125 | 319 | 3/6/2002 | Opted in after court tolling period closed. |
| 39 | Conley, Robert A. | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 40 | Costa, Mark | 8/20/2004 | 194 | | 194 | 2/8/2002 | |
| 41 | Crane, James T. | 10/26/2004 | 194 | | 194 | 4/16/2002 | |
| 42 | Cullen, Daniel | 9/13/2004 | 194 | | 194 | 3/4/2002 | |
| 43 | Dahringer, Robert | 10/25/2004 | 194 | | 194 | 4/15/2002 | |
| 44 | Davis Jr., Kenneth D. | 10/20/2004 | 194 | 90 | 284 | 1/10/2002 | Opted in during court tolling period. |
| 45 | Diffie, Kevin Ross | 1/18/2005 | 194 | 125 | 319 | 3/6/2002 | Opted in after court tolling period closed. |
| 46 | Ehredt, Michael D | 7/23/2004 | 194 | | 194 | 1/11/2002 | |
| 47 | Eib, Larry L. | 7/23/2004 | 194 | | 194 | 1/11/2002 | |
| 48 | English-Madison, Lillian | 8/16/2004 | 194 | | 194 | 2/4/2002 | |
| 49 | Erbes, Gail L. | 10/1/2004 | 194 | | 194 | 3/22/2002 | |
| 50 | Fedor, Dennis M. | 8/18/2004 | 194 | | 194 | 2/6/2002 | |
| 51 | Fewox, Michael | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 52 | Fivecoate, Todd M. | 10/21/2004 | 194 | | 194 | 4/11/2002 | |
| 53 | Flockhart, Craig | 8/16/2004 | 194 | | 194 | 2/4/2002 | |
| 54 | Flores, Israel | 10/20/2004 | 194 | | 194 | 4/10/2002 | |

| No. | Plaintiff | Consent to Sue Form Filed | # Days of Stipulated Tolling | # Days of Court Ordered Tolling | Total # Days of Tolling | 2 Year SOL + Tolling Claim Commencement Date | Notes |
|---|---|---|---|---|---|---|---|
| 55 | Foldesi, Joseph F. | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 56 | Forsythe, Billy K. | 10/21/2004 | 194 | 91 | 285 | 1/10/2002 | Opted in during court tolling period. |
| 57 | Fox, Franklin E. | 8/12/2004 | 194 | | 194 | 1/31/2002 | |
| 58 | Fraley, Kevin | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 59 | Fuehring, Drew | 11/18/2004 | 194 | | 194 | 5/9/2002 | |
| 60 | Gaddy, Kenneth M. | 11/18/2004 | 194 | 119 | 313 | 1/10/2002 | Opted in during court tolling period. |
| 61 | Gamble, Brian A | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 62 | Genslak, Frank J | 1/14/2005 | 194 | 125 | 319 | 3/2/2002 | Opted in after court tolling period closed. |
| 63 | Giordano, Mark F. | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 64 | Gregory, Dennis P. | 7/9/2004 | 194 | | 194 | 12/28/2001 | |
| 65 | Guzzardo, Michael J. | 8/24/2004 | 194 | | 194 | 2/12/2002 | |
| 66 | Hamilton, Anthony L. | 10/8/2003 | 65 | | 65 | 8/4/2001 | Opted in during stipulated tolling period. |
| 67 | Hanson, Shawn | 10/20/2004 | 194 | 90 | 284 | 1/10/2002 | Opted in during court tolling period. |
| 68 | Heath, Russell | 8/13/2004 | 194 | | 194 | 2/1/2002 | |
| 69 | Hebling, Mark | 5/16/2003 | 0 | | 0 | 5/16/2001 | Opted in prior to stipulated tolling agreement. |
| 70 | Herriman, James L. | 8/18/2004 | 194 | | 194 | 2/6/2002 | |
| 71 | Hischke, John E. | 8/25/2004 | 194 | | 194 | 2/13/2002 | |
| 72 | Hoff, Lawrence J. | 8/11/2004 | 194 | | 194 | 1/30/2002 | |
| 73 | Holmes, Anthony | 8/11/2004 | 194 | | 194 | 1/30/2002 | |
| 74 | Hooper, Christopher | 9/21/2004 | 194 | 61 | 255 | 1/10/2002 | Opted in during court tolling period. |
| 75 | Howard, Gregory N. | 1/3/2005 | 194 | 125 | 319 | 2/19/2002 | |
| 76 | Huertas, Wilfredo | 3/19/2003 | 0 | | 0 | 3/19/2001 | Opted in prior to stipulated tolling agreement. |
| 77 | Ireland, John M | 8/11/2004 | 194 | 20 | 214 | 1/10/2002 | Opted in during court tolling period. |
| 78 | Kamrad, Steven J. | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 79 | Kellogg, Ronald | 8/16/2004 | 194 | 25 | 219 | 1/10/2002 | Opted in during court tolling period. |
| 80 | King, Joseph | 12/15/2004 | 194 | 125 | 319 | 1/31/2002 | Opted in after court tolling period closed. |
| 81 | Kinman, John B. | 9/13/2004 | 194 | 53 | 247 | 1/10/2002 | Opted in during court tolling period. |
| 82 | Kraska, John | 10/25/2004 | 194 | 95 | 289 | 1/10/2002 | Opted in during court tolling period. |
| 83 | Kushner, Paul | 9/21/2004 | 194 | | 194 | 3/12/2002 | |

| No. | Plaintiff | Consent to Sue Form Filed | # Days of Stipulated Tolling | # Days of Court Ordered Tolling | Total # Days of Tolling | 2 Year SOL + Tolling Claim Commencement Date | Notes |
|---|---|---|---|---|---|---|---|
| 84 | Laucella, Michael | 8/20/2004 | 194 | | 194 | 2/8/2002 | |
| 85 | Lay, Sherry A. | 8/16/2004 | 194 | | 194 | 2/4/2002 | |
| 86 | Lehr, Lyle A. | 7/23/2004 | 194 | | 194 | 1/11/2002 | |
| 87 | Lightfoot, James E. | 5/16/2003 | 0 | | 0 | 5/16/2001 | Opted in prior to stipulated tolling agreement. |
| 88 | Lombardo, Kathy | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 89 | Look Jr., Howard | 9/3/2004 | 194 | 43 | 237 | 1/10/2002 | Opted in during court tolling period. |
| 90 | Luke, Kenneth | 8/16/2004 | 194 | 25 | 219 | 1/10/2002 | Opted in during court tolling period. |
| 91 | Lyons, Billy Joe | 11/18/2004 | 194 | | 194 | 5/9/2002 | |
| 92 | Maddox, Raymond | 10/22/2004 | 194 | | 194 | 4/12/2002 | |
| 93 | Magdaleno, Luis M. | 12/15/2004 | 194 | 125 | 319 | 1/31/2002 | Opted in after court tolling period closed. |
| 94 | Martinez, John | 12/15/2004 | 194 | 125 | 319 | 1/31/2002 | Opted in after court tolling period closed. |
| 95 | Maye, Stanler | 10/22/2004 | 194 | 92 | 286 | 1/10/2002 | Opted in during court tolling period. |
| 96 | McAdams, Robert H. | 12/15/2004 | 194 | | 194 | 6/5/2002 | |
| 97 | McMaster, Michael Patrick | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 98 | Micho, Wilfred | 8/30/2004 | 194 | | 194 | 2/18/2002 | |
| 99 | Milz, Patrick | 8/13/2004 | 194 | | 194 | 2/1/2002 | |
| 100 | Montgomery, Matthew P. | 10/22/2004 | 194 | 92 | 286 | 1/10/2002 | Opted in during court tolling period. |
| 101 | Nall, Eric | 8/12/2004 | 194 | | 194 | 1/31/2002 | |
| 102 | Nichols, Jason S. | 8/13/2004 | 194 | | 194 | 2/1/2002 | |
| 103 | Nijem, Hisham | 1/18/2005 | 194 | | 194 | 7/9/2002 | |
| 104 | Ogle, Jesse | 10/1/2004 | 194 | | 194 | 3/22/2002 | |
| 105 | Olson, Andrew M. | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 106 | Orgill, Thomas G. | 10/8/2004 | 194 | 78 | 272 | 1/10/2002 | Opted in during court tolling period. |
| 107 | Overstreet, Brandon | 9/13/2004 | 194 | | 194 | 3/4/2002 | |
| 108 | Pawlowski, Dennis M. | 10/1/2004 | 194 | | 194 | 3/22/2002 | |
| 109 | Pepper, Barney | 8/17/2004 | 194 | | 194 | 2/5/2002 | |
| 110 | Perez Jr, Miguel | 8/11/2004 | 194 | | 194 | 1/30/2002 | |
| 111 | Peterson, Daniel C. | 8/12/2004 | 194 | | 194 | 1/31/2002 | |
| 112 | Phillips, Stanley N. | 9/21/2004 | 194 | | 194 | 3/12/2002 | |

| No. | Plaintiff | Consent to Sue Form Filed | # Days of Stipulated Tolling | # Days of Court Ordered Tolling | Total # Days of Tolling | 2-Year SOL + Tolling Claim Commencement Date | Notes |
|---|---|---|---|---|---|---|---|
| 113 | Pilon, Michael S. | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 114 | Prosser, Eric | 7/23/2004 | 194 | | 194 | 1/11/2002 | |
| 115 | Pullaro, Alan | 8/25/2004 | 194 | | 194 | 2/13/2002 | |
| 116 | Pynchon, Mark T. | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 117 | Ramirez, Robert | 10/14/2003 | 71 | | 71 | 8/4/2001 | Opted in during stipulated tolling period. |
| 118 | Ramirez, Victor | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 119 | Ray, Richard T. | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 120 | Reed, Larky D. | 9/13/2004 | 194 | | 194 | 3/4/2002 | |
| 121 | Robinson, John | 1/14/2005 | 194 | 125 | 319 | 3/2/2002 | Opted in after court tolling period closed. |
| 122 | Rodriguez, Gilbert | 8/20/2004 | 194 | | 194 | 2/8/2002 | |
| 123 | Rowse, Mark | 1/10/2005 | 194 | | 194 | 7/1/2002 | |
| 124 | Runyan Jr, Warren R. | 10/20/2004 | 194 | 90 | 284 | 1/10/2002 | Opted in during court tolling period. |
| 125 | Samuels, Derrick | 3/19/2003 | 0 | | 0 | 3/19/2001 | Opted in prior to stipulated tolling agreement. |
| 126 | Schroeder, Christopher | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 127 | Schultz, Dennis D. | 7/23/2004 | 194 | 1 | 195 | 1/10/2002 | Opted in on first day of court tolling period. |
| 128 | Schwall, Jonathan D. | 10/25/2004 | 194 | | 194 | 4/15/2002 | |
| 129 | Scott, Derrick | 8/12/2004 | 194 | | 194 | 1/31/2002 | |
| 130 | Seath, Scott J. | 5/16/2003 | 0 | | 0 | 5/16/2001 | Opted in prior to stipulated tolling agreement. |
| 131 | Sharp, Stephen W. | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 132 | Shrake, Randal | 9/21/2004 | 194 | 61 | 255 | 1/10/2002 | Opted in during court tolling period. |
| 133 | Sims, Scott Alan | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 134 | Smith, James A. | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 135 | Smith, Kelly | 3/19/2003 | 0 | | 0 | 3/19/2001 | Opted in prior to stipulated tolling agreement. |
| 136 | Sorbicki, Richard C. | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 137 | Spillner, Robert | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 138 | Stachnik, Leonard J. | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 139 | Stacy, Jerry Wayne | 10/20/2004 | 194 | 90 | 284 | 1/10/2002 | Opted in during court tolling period. |
| 140 | Stemen, Jimmie L. | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 141 | Stephens, Charles T. | 9/21/2004 | 194 | | 194 | 3/12/2002 | |

| No. | Plaintiff | Consent to Sue Form Filed | # Days of Stipulated Tolling | # Days of Court Ordered Tolling | Total # Days of Tolling | 2-Year SOL + Tolling Claim Commencement Date | Notes |
|---|---|---|---|---|---|---|---|
| 142 | Tarango, Jose | 10/20/2004 | 194 | 90 | 284 | 1/10/2002 | Opted in during court tolling period. |
| 143 | Tessier, Bruce | 10/1/2004 | 194 | | 194 | 3/22/2002 | |
| 144 | Thomas, Dwight | 7/23/2004 | 194 | | 194 | 1/11/2002 | |
| 145 | Towne, Don Thomas | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 146 | Trevathan, Jerry | 7/1/2004 | 194 | | 194 | 12/20/2001 | |
| 147 | Tubergen, Jack | 10/21/2004 | 194 | | 194 | 4/11/2002 | |
| 148 | Tully, Patrick A. | 9/21/2004 | 194 | 61 | 255 | 1/10/2002 | Opted in during court tolling period. |
| 149 | Vergara, Jesus | 8/11/2004 | 194 | | 194 | 1/30/2002 | |
| 150 | Viramontes, Jesus | 8/30/2004 | 194 | | 194 | 2/18/2002 | |
| 151 | Vowell, Dal | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 152 | Wagner, Randall D. | 7/23/2004 | 194 | | 194 | 1/11/2002 | |
| 153 | Wait, Christine | 1/10/2005 | 194 | 125 | 319 | 2/26/2002 | |
| 154 | Walker Jr, John D. | 1/21/2005 | 194 | 125 | 319 | 3/9/2002 | |
| 155 | Walker, Brad A. | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 156 | Walker, James | 10/8/2004 | 194 | 78 | 272 | 1/10/2002 | Opted in during court tolling period. |
| 157 | Wallace, Steven | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 158 | Washington, A.J. | 11/18/2004 | 194 | | 194 | 5/9/2002 | |
| 159 | Washkuhn, Eric A. | 7/23/2004 | 194 | 1 | 195 | 1/10/2002 | Opted in on first day of court tolling period. |
| 160 | Watkins, Randy | 8/18/2004 | 194 | | 194 | 2/6/2002 | |
| 161 | Watson, Gene | 10/25/2004 | 194 | | 194 | 4/15/2002 | |
| 162 | Watwood, Victor | 7/9/2004 | 194 | | 194 | 12/28/2001 | |
| 163 | Welch, Steven | 1/18/2005 | 194 | | 194 | 7/9/2002 | |
| 164 | Wendt Jr, Jesse L. | 10/8/2004 | 194 | 78 | 272 | 1/10/2002 | Opted in during court tolling period. |
| 165 | Wheeler-Robinson, Deborah | 9/3/2004 | 194 | | 194 | 2/22/2002 | |
| 166 | White, James W. | 1/14/2005 | 194 | 125 | 319 | 3/2/2002 | Opted in after court tolling period closed. |
| 167 | White, Kevin A. | 8/18/2004 | 194 | | 194 | 2/6/2002 | |
| 168 | Williams, Ronald J. | 10/25/2004 | 194 | | 194 | 4/15/2002 | |
| 169 | Wilson, Richard | 8/18/2004 | 194 | | 194 | 2/6/2002 | |
| 170 | Wilson, Robert J. | 10/20/2004 | 194 | | 194 | 4/10/2002 | |

| No. | Plaintiff | Consent to Sue Form Filed | # Days of Stipulated Tolling | # Days of Court Ordered Tolling | Total # Days of Tolling | 2 Year SOL + Tolling Claim Commencement Date | Notes |
|---|---|---|---|---|---|---|---|
| 171 | Wittersheim, Timothy M. | 10/25/2004 | 194 | | 194 | 4/15/2002 | |
| 172 | Wojciechowski, Mark | 9/3/2004 | 194 | | 194 | 2/22/2002 | |
| 173 | Wright, Gary D. | 1/10/2005 | 194 | 125 | 319 | 2/26/2002 | Opted in after court tolling period closed. |
| 174 | Young, Matthew | 10/8/2004 | 194 | 78 | 272 | 1/10/2002 | Opted in during court tolling period. |
| 175 | Young, Roger C. | 10/20/2004 | 194 | | 194 | 4/10/2002 | |
| 176 | Yount, Terry | 8/20/2004 | 194 | | 194 | 2/8/2002 | |