IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELIZ, et al., | No. C 03-1180 RS (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION** |
| CINTAS CORPORATION, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' letter, filed January 29, 2009, regarding affirmative defense discovery stipulations. (Dkt. #1469.) As it is apparent that the parties' attorneys are unable to effectively communicate via written word, they shall communicate in person. Accordingly, the Court hereby ORDERS counsel to meet and confer in person in the undersigned's courtroom, along with any clients that might be necessary for final approval of any proposed stipulations. No later than February 17, 2009, the parties shall provide the Court (via e-filing, no chambers copy is necessary) with at least two days on which all necessary parties are available.

At the meet and confer session, the parties should come prepared to meaningfully discuss and resolve the various proposed stipulations that were recently exchanged. At the conclusion of the session, the parties shall submit the following for filing:

1) Any proposed stipulations on which the parties are able to reach an agreement;

2) Any proposed stipulations on which the parties are unable to reach an agreement, submitted in a side-by-side format (i.e., a heading with the relevant topic, followed by each parties' proposed stipulation)

1    To facilitate the preparation of the stipulations, the parties are ORDERED to bring with them
2 one laptop and an auxiliary storage medium (such as a USB port thumb drive) to use in drafting the
3 proposals.  The parties are advised that they will not meet with the undersigned during or after the
4 meet and confer session.  However, if the parties are able to meet and confer in person and submit
5 joint proposed stipulations prior to the courtroom meet and confer session, they may jointly request
6 that the Court vacate the courtroom meet and confer session requirement.

7    **IT IS SO ORDERED.**

9 Dated: February 10, 2009



MARIA-ELENA JAMES
United States Magistrate Judge

2