SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Diane L. Gibson (CA Bar # 114825)
Michael W. Kelly (CA Bar # 214038)
Joseph A. Meckes (CA Bar # 190279)
Andrew L. Chang (CA Bar # 222309)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Defendants
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR
THE CINTAS PARTNERS' PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE DIVISION)

| | |
|---|---|
| PAUL VELIZ, *et al*., on behalf of themselves and all others similarly situated. | Case No. C-03-01180 RS (MEJ) |
| Plaintiffs, | **[E-FILING]** |
| vs. | CLASS ACTION |
| CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive, | **STATEMENT PER ORDER OF FEBRUARY 10, 2009 [DKT 1542]** |
| Defendants. | **Judge:** Hon. Maria-Elena James |

Pursuant to the Court's Order of February 10, 2009 (Dkt 1542) at 1:20-21, the parties have agreed to these two alternative days: March 3, 2009 or March 31, 2009.

Respectfully submitted,

Dated: February 13, 2009     SQUIRE, SANDERS & DEMPSEY L.L.P.

By: /s/
Mark C. Dosker

Attorneys for Defendants
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR THE
CINTAS PARTNERS' PLAN

The parties shall appear for the meet and confer session on March 31, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: February 24, 2009

*IT IS SO ORDERED*
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-
STATEMENT PER ORDER OF FEBRUARY 10, 2009 [DKT 1542] – CASE NO. C-03-01180 RS (MEJ)

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492