SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Diane L. Gibson (CA Bar # 114825)
Michael W. Kelly (CA Bar # 214038)
Joseph A. Meckes (CA Bar # 190279)
Angela N. O'Rourke (CA Bar # 211912)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:     +1.415.954.0200
Facsimile:      +1.415.393.9887

Attorneys for Defendants
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR
THE CINTAS PARTNERS' PLAN

**E-Filed 3/5/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, *et al.*, on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  C-03-01180 (RS)(MEJ)<br><br>**[E-FILING]**<br><br>CLASS ACTION<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING SCHEDULING OF EXPERT WITNESS DEPOSITION SET BY ORDER AT DOCKET 1551** |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF DEPOSITION SET BY ORDER AT DOCKET 1551, Case No. 03-01180 (RS)(MEJ)

1    WHEREAS, the Court's Order issued on February 19, 2009, Dkt 1551, allows Plaintiffs to provide a supplemental report from their expert witness Dr. Richard Drogin on or before March 3, 2009, and allows Cintas Corporation ("Cintas") to conduct a "further" deposition of Dr. Drogin with ten days of the filing of Drogin's supplemental report;

WHEREAS, the deposition of Dr. Drogin, when it takes place, will not be a "further" deposition because Dr. Drogin has not yet appeared for deposition in this case;

WHEREAS, certain scheduling issues have recently arisen which require extending the deadline for Cintas to take Dr. Drogin's deposition by a period of eight (8) days, through and including March 25, 2009.  (Cintas states that these issues include (a) that Cintas' expert, Dr. Patrick Kennedy, has now informed Cintas' counsel that he will be traveling internationally and thus unavailable on March 13, 16 and 17, 2009, and (b) the attorney for Cintas who is preparing to take Dr. Drogin's deposition is scheduled to appear in Court in Los Angeles on March 12, 2009.  As a result, unless the deadline to take Dr. Drogin's deposition is extended, under the terms of the February 19, 2009 Order Cintas would have only at most eight (8) days to review and consider whatever supplemental report Dr. Drogin provides and to prepare for the deposition, and for Dr. Kennedy to attend if Cintas determines that it wishes to have Dr. Kennedy attend the deposition);

WHEREAS, each of the respective parties' agreement to each and all of the matters herein is conditioned upon the Court's approval, by entry of the Order stipulated to herein, of this entire Stipulation as written;

NOW, THEREFORE, the parties hereto, by and through their respective undersigned counsel, hereby stipulate to an order of the Court as follows:

1.    The deadline for Plaintiffs to provide a supplemental report of Dr. Drogin is extended through and including March 4, 2009;

2.    The deadline for Cintas to take Dr. Drogin's deposition is extended through and including March 25, 2009;

3.    Plaintiffs shall serve Dr. Drogin's supplemental report by e-mail; and

///

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

-1-

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF DEPOSITION SET BY ORDER AT DOCKET 1551, Case No. 03-01180 (RS)(MEJ)

4. Plaintiffs' counsel shall accept service on behalf of Dr. Drogin of a deposition subpoena addressed to him.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  March 3, 2009                         SQUIRE, SANDERS & DEMPSEY L.L.P.

                                              By:        /s/
                                                   Diane L. Gibson

                                              Attorneys for Defendants
                                              CINTAS CORPORATION and
                                              PLAN ADMINISTRATOR FOR THE
                                              CINTAS PARTNERS' PLAN

Dated:  March 3, 2009                         COUGHLIN STOIA GELLER RUDMAN &
                                              ROBBINS L.L.P.

                                              By:        /s/
                                                   James A. Caputo

                                              Attorneys for Plaintiffs

## ORDER

Pursuant to the above Stipulation, IT IS SO ORDERED.

Dated: March__5____, 2009                     _____
                                              RICHARD SEEBORG
                                              United States Magistrate Judge

-2-
STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF DEPOSITION SET BY ORDER AT DOCKET 1551, Case No. 03-01180 (RS)(MEJ)

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492