**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL VELIZ, et al.,            No. C 03-1180 RS (MEJ)

    Plaintiff(s),

**ORDER RE LETTER BRIEFS**

vs.

CINTAS CORPORATION, et al.,

    Defendant(s).
_____/

The Court is in receipt of the parties' letters, filed April 27-28, 2009, regarding Magistrate Judge Seeborg's recent summary judgment orders and how they affect the pending affirmative defense discovery dispute. (Dkt. ##1568, 1569.) As the parties should know by now, the letters do not comply with the undersigned's discovery standing order. Accordingly, the Court hereby ORDERS the parties to meet and confer in person and thereafter file a joint letter addressing the following:

1)     Whether, after Judge Seeborg's rulings, the parties are able to agree on any of Plaintiffs' Proposed Stipulations.

2)     Whether, after Judge Seeborg's rulings, the parties are able to agree on any revised stipulations.

3)     For any stipulations on which the parties are still unable to agree, how Judge Seeborg's rulings alter their prior positions.

For clarity purposes, the parties' letter shall be in the same format as the April 6, 2009 briefing from the parties. In other words, the letter's headings shall be "Plaintiffs' Proposed

1 Stipulation No. 1," "Plaintiffs' Proposed Stipulation No. 2," etc., and each side's revised position
2 shall be listed under the relevant heading.  The joint letter shall be no more than 10 pages.
3  **IT IS SO ORDERED.**

5 Dated: April 28, 2009

MARIA-ELENA JAMES
United States Magistrate Judge