UNITED STATES DISTRICT COURT

Northern District of California

VELIZ ET AL

               Plaintiff(s),

   v.

CINTAS CORPORATION ET AL

               Defendant(s).
                                           /

No. C 03-01180 MEJ

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

     On June 29, 2009, Defendant electronically filed a joint discovery dispute letter. (Dkt. #1583.) However, Defendant has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.

     **IT IS SO ORDERED.**

Dated: July 2, 2009

                                                         _____
                                                         Maria-Elena James
                                                         Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California