*E-Filed 7/27/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., | NO. C 03-1180 RS |
|     Plaintiffs, | **ORDER RE: RESPONSE TO PLAINTIFFS' OBJECTIONS** |
| v. | |
| CINTAS CORPORATION, et al., | |
|     Defendants. | |

Pursuant to Civil Local Rule 72-2, Cintas is hereby ordered to respond to plaintiffs' objections to Magistrate Judge James' July 6, 2009 Order Re: Affirmative Defense Discovery within seven days of this order. No reply brief will be permitted.

IT IS SO ORDERED.

Dated: 7/27/09

RICHARD SEEBORG
United States Magistrate Judge

ORDER RE: RESPONSE TO PLAINTIFFS' OBJECTIONS
C 03-1180 RS

1