COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THEODORE J. PINTAR (131372)
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
TedP@csgrr.com
SteveP@csgrr.com
JimC@csgrr.com
LarryA@csgrr.com
  – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
NancyJ@csgrr.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CINTAS CORPORATION, an Ohio corporation, et al,<br><br>  Defendants. | No. 5-03-cv-1180-RS(MEJ)<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS |

1  WHEREAS, on August 5, 2009, the parties' respective counsel were informed, by the retired judge (the Honorable James L. Warren) who has been serving as mediator in this case, that the parties had that afternoon separately communicated to him their acceptance of a mediator's proposal for the settlement (as stated therein) in principle, subject to all necessary approvals, of this action, Cintas' MDL petitions, related Ninth Circuit appeals, and the related arbitration before the American Arbitration Association, *Veliz v. Cintas Corporation*, Case No. 11 160 01323 04, the Honorable Bruce Meyerson (Ret.) presiding;

WHEREAS, the parties have contacted Arbitrator Meyerson and jointly requested a stay of the arbitral proceedings during the pendency of the process of settlement documentation and approval, which stay was granted on August 10, 2009;

WHEREAS, the parties desire to effect a parallel stay of the proceedings here during the pendency of the process of settlement documentation and approval;

NOW THEREFORE, the parties, through their respective counsel of record, agree and stipulate to an Order of the Court that:

1. the dates for all presently scheduled matters before the Court in this action are vacated; and

2. all further proceedings in this action, other than those related to settlement, are stayed during the pendency of the process of settlement documentation and approval.

IT IS SO STIPULATED.

DATED:  August 13, 2009        COUGHLIN STOIA GELLER
                                 RUDMAN & ROBBINS LLP
                               THEODORE J. PINTAR
                               STEVEN W. PEPICH
                               JAMES A. CAPUTO
                               LAWRENCE A. ABEL


                                       s/ STEVEN W. PEPICH
                                       STEVEN W. PEPICH

                               655 West Broadway, Suite 1900
                               San Diego, CA  92101
                               Telephone:  619/231-1058
                               619/231-7423 (fax)

STIPULATION AND ORDER FOR STAY OF PROCEEDINGS - 5-03-cv-1180-RS(MEJ)                                                                                              - 1 -

ALTSHULER BERZON LLP
MICHAEL RUBIN
EILEEN GOLDSMITH
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  415/421-7151
415/362-8064 (fax)

TRABER & VOORHEES
THERESA M. TRABER
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA  91103
Telephone:  626/585-9611
626/577-7079 (fax)

Attorneys for Plaintiffs

DATED:  August 13, 2009                SQUIRE, SANDERS & DEMPSEY, L.L.P.
                                       MARK C. DOSKER
                                       JOSEPH MECKES


                                       _____s/ MARK C. DOSKER_____
                                            MARK C. DOSKER

                                       One Maritime Plaza, Suite 300
                                       San Francisco, CA  94111-3482
                                       Telephone:  415/954-0200
                                       415/391-2493 (fax)

                                       Attorneys for Defendant Cintas Corporation and
                                       Plan Administrator for the Cintas Partners' Plan

                          *       *       *

**O R D E R**

Having considered the parties' stipulation, and good cause appearing therefor,

IT IS SO ORDERED.

DATED:  August __, 2009
                                       _____
                                       THE HONORABLE RICHARD SEEBORG
                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR STAY OF PROCEEDINGS - 5-03-cv-1180-RS(MEJ)                                                                                       - 2 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2   I hereby certify that on August 13, 2009, I electronically filed the foregoing with the Clerk of
3   the Court using the CM/ECF system which will send notification of such filing to the e-mail
4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6   participants indicated on the attached Manual Notice List.
7   I certify under penalty of perjury under the laws of the United States of America that the
8   foregoing is true and correct. Executed on August 13, 2009.

                                    s/ STEVEN W. PEPICH
                                    STEVEN W. PEPICH

                                    COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
                                    655 West Broadway, Suite 1900
                                    San Diego, CA  92101-3301
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)
                                    E-mail: Stevep@csgrr.com

S:\CasesSD\Cintas\STP006789.doc

**Mailing Information for a Case 5:03-cv-01180-RS**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary Lynne Calkins**
  mcalkins@csgrr.com

- **James Albert Caputo**
  jimc@csgrr.com

- **Erinn Mae Contreras**
  econtreras@ssd.com,sfr_docket@ssd.com,tdanowski@ssd.com

- **Mark C. Dosker**
  mdosker@ssd.com,mmendoza@ssd.com,mfull@ssd.com,jmeckes@ssd.com,jeschwartz@ssd.com,sfr_docket@ssd.com,aorourke@ssd.com,mkelly@ssd.com

- **Vanessa H. Eisemann**
  veisemann@nclrights.org

- **Anna L. Endter**
  aendter@ssd.com,sfr_docket@ssd.com

- **Michelle Mei-Lin Full**
  mfull@ssd.com,ymannion@ssd.com,llanglois@ssd.com,sfr_docket@ssd.com,njosephgoteiner@ssd.com

- **Diane L. Gibson**
  jaguilar@ssd.com,digibson@ssd.com

- **Stefanie Kim Gluckman**
  invalidaddress@myrealbox.com

- **Eileen Goldsmith**
  egoldsmith@altshulerberzon.com,mlevy@altshulerberzon.com

- **Laboni Amena Hoq**
  lhoq@tvlegal.com,cs@tvlegal.com

- **Michael W. Kelly**
  mkelly@ssd.com,mfull@ssd.com,achang@ssd.com,rarroyo@ssd.com

- **Scott Alan Kronland**
  skronland@altshulerberzon.com,jperley@altshulerberzon.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Joseph Anthony Meckes**
  jmeckes@ssd.com,llanglois@ssd.com,sfr_docket@ssd.com

- **Angela N. O'Rourke**
  aorourke@ssd.com,sfr_docket@ssd.com

- **Steven Wayne Pepich**
  stevep@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Theodore J. Pintar**
  TedP@csgrr.com,e_file_sd@csgrr.com

- **Michael Rubin**
  mrubin@altshulerberzon.com,mlevy@altshulerberzon.com

- **Theresa M. Traber , Esq**
  tmt@tvlegal.com,cs@tvlegal.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lawrence Arthur Abel
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Nancy M. Juda
Coughlin Stoia Geller Rudman & Robbins LLP
1100 Connecticut Avenue, N.W.,
Suite 730
Washington, DC 20036
```