COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THEODORE J. PINTAR (131372)
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
TedP@csgrr.com
SteveP@csgrr.com
JimC@csgrr.com
LarryA@csgrr.com
  – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
NancyJ@csgrr.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

*E-Filed 8/13/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CINTAS CORPORATION, an Ohio corporation, et al, <br><br> Defendants. | No. 5-03-cv-1180-RS(MEJ) <br><br> CLASS ACTION <br><br> STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS |

1    WHEREAS, on August 5, 2009, the parties' respective counsel were informed, by the retired

2    judge (the Honorable James L. Warren) who has been serving as mediator in this case, that the

3    parties had that afternoon separately communicated to him their acceptance of a mediator's proposal

4    for the settlement (as stated therein) in principle, subject to all necessary approvals, of this action,

5    Cintas' MDL petitions, related Ninth Circuit appeals, and the related arbitration before the American

6    Arbitration Association, *Veliz v. Cintas Corporation*, Case No. 11 160 01323 04, the Honorable

7    Bruce Meyerson (Ret.) presiding;

8    WHEREAS, the parties have contacted Arbitrator Meyerson and jointly requested a stay of

9    the arbitral proceedings during the pendency of the process of settlement documentation and

10    approval, which stay was granted on August 10, 2009;

11    WHEREAS, the parties desire to effect a parallel stay of the proceedings here during the

12    pendency of the process of settlement documentation and approval;

13    NOW THEREFORE, the parties, through their respective counsel of record, agree and

14    stipulate to an Order of the Court that:

15    1.    the dates for all presently scheduled matters before the Court in this action are

16    vacated; and

17    2.    all further proceedings in this action, other than those related to settlement, are stayed

18    during the pendency of the process of settlement documentation and approval.

19    IT IS SO STIPULATED.

20    DATED:  August 13, 2009            COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP

21                            THEODORE J. PINTAR

22                            STEVEN W. PEPICH
                            JAMES A. CAPUTO

23                            LAWRENCE A. ABEL

24

25                                s/ STEVEN W. PEPICH
                              STEVEN W. PEPICH

26                          655 West Broadway, Suite 1900
                          San Diego, CA  92101

27                          Telephone: 619/231-1058
                          619/231-7423 (fax)

28

1
2       ALTSHULER BERZON LLP
        MICHAEL RUBIN
3       EILEEN GOLDSMITH
        177 Post Street, Suite 300
4       San Francisco, CA  94108
        Telephone:  415/421-7151
5       415/362-8064 (fax)

6       TRABER & VOORHEES
        THERESA M. TRABER
7       128 No. Fair Oaks Avenue, Suite 204
        Pasadena, CA  91103
8       Telephone:  626/585-9611
        626/577-7079 (fax)

9       Attorneys for Plaintiffs

10
11      DATED:  August 13, 2009        SQUIRE, SANDERS & DEMPSEY, L.L.P.
        MARK C. DOSKER
12      JOSEPH MECKES

13
                                        s/ MARK C. DOSKER
14      _____
                                       MARK C. DOSKER
15
        One Maritime Plaza, Suite 300
16      San Francisco, CA  94111-3482
        Telephone:  415/954-0200
17      415/391-2493 (fax)

18      Attorneys for Defendant Cintas Corporation and
        Plan Administrator for the Cintas Partners' Plan
19
20                  *      *      *

21                  **O R D E R**

22      Having considered the parties' stipulation, and good cause appearing therefor,

23      IT IS SO ORDERED.

24      DATED:  August 13, 2009

25      _____
        THE HONORABLE RICHARD SEEBORG
26      UNITED STATES MAGISTRATE JUDGE

27
28
        STIPULATION AND ORDER FOR STAY OF PROCEEDINGS - 5-03-cv-1180-
        RS(MEJ)                                                      - 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 13, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 13, 2009.

<u>  s/ STEVEN W. PEPICH                      </u>
STEVEN W. PEPICH

COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: Stevep@csgrr.com

S:\CasesSD\Cintas\STP006789.doc

## Mailing Information for a Case 5:03-cv-01180-RS

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary Lynne Calkins**
  mcalkins@csgrr.com

- **James Albert Caputo**
  jimc@csgrr.com

- **Erinn Mae Contreras**
  econtreras@ssd.com,sfr_docket@ssd.com,tdanowski@ssd.com

- **Mark C. Dosker**
  mdosker@ssd.com,mmendoza@ssd.com,mfull@ssd.com,jmeckes@ssd.com,jeschwartz@ssd.com,sfr_docket@ssd.com,aorourke@ssd.com,mkelly@ssd.com

- **Vanessa H. Eisemann**
  veisemann@nclrights.org

- **Anna L. Endter**
  aendter@ssd.com,sfr_docket@ssd.com

- **Michelle Mei-Lin Full**
  mfull@ssd.com,ymannion@ssd.com,llanglois@ssd.com,sfr_docket@ssd.com,njosephgoteiner@ssd.com

- **Diane L. Gibson**
  jaguilar@ssd.com,digibson@ssd.com

- **Stefanie Kim Gluckman**
  invalidaddress@myrealbox.com

- **Eileen Goldsmith**
  egoldsmith@altshulerberzon.com,mlevy@altshulerberzon.com

- **Laboni Amena Hoq**
  lhoq@tvlegal.com,cs@tvlegal.com

- **Michael W. Kelly**
  mkelly@ssd.com,mfull@ssd.com,achang@ssd.com,rarroyo@ssd.com

- **Scott Alan Kronland**
  skronland@altshulerberzon.com,jperley@altshulerberzon.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Joseph Anthony Meckes**
  jmeckes@ssd.com,llanglois@ssd.com,sfr_docket@ssd.com

- **Angela N. O'Rourke**
  aorourke@ssd.com,sfr_docket@ssd.com

- **Steven Wayne Pepich**
  stevep@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Theodore J. Pintar**
  TedP@csgrr.com,e_file_sd@csgrr.com

- **Michael Rubin**
  mrubin@altshulerberzon.com,mlevy@altshulerberzon.com

- **Theresa M. Traber , Esq**
  tmt@tvlegal.com,cs@tvlegal.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lawrence Arthur Abel
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Nancy M. Juda
Coughlin Stoia Geller Rudman & Robbins LLP
1100 Connecticut Avenue, N.W.,
Suite 730
Washington, DC 20036
```