*E-Filed 03/31/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VELIZ, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>CINTAS CORPORATION, an Ohio Corporation, et al.,<br><br>        Defendants.<br>_____/ | No. C 03-01180 RS<br><br>**ORDER REQUESTING STATUS REPORT** |

Pursuant to the parties' stipulation, this case was stayed pending settlement on August 13, 2009. More than seven months have now passed. Accordingly, the parties are instructed to provide the Court with a joint report regarding the status of their pending settlement, no later than **April 23, 2010**.

IT IS SO ORDERED.

Dated: 03/31/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 03-01180
ORDER