*E-Filed 12/8/10*

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Diane L. Gibson (CA Bar # 114825)
Michael W. Kelly (CA Bar # 214038)
Joseph A. Meckes (CA Bar # 190279)
Angela N. O'Rourke (CA Bar # 211912)
275 Battery Street, Suite 2600
San Francisco, California 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Defendants
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR
THE CINTAS PARTNERS' PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELIZ, et al., on behalf of themselves and all others similarly situated. <br><br> Plaintiffs, <br><br> vs. <br><br> CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive, <br><br> Defendants. | Case No. C-03-01180 RS <br><br> [E-FILING] <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER GRANTING CINTAS CORPORATION'S MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST CERTAIN PLAINTIFFS PURSUANT TO FED. R. CIV. P. 54(b) <br><br> Date : December 8, 2010 <br> Time : 1:30 p.m. <br> Courtroom 3, 17th Floor |

Defendant Cintas Corporation ("Cintas") has moved this Court for entry of judgment against certain plaintiffs, pursuant to Fed. R. Civ. P. 54(b). Having considered the papers presented, and the argument of counsel, the Court hereby GRANTS Cintas' Motion for Entry of Final Judgment, pursuant to Fed. R. Civ. P. 54(b), as to the following individual plaintiffs against whom this Court has entered an order completely disposing of their claims against Cintas in this matter, by granting Cintas' Motion to Dismiss for Failure to Prosecute, pursuant to Fed. R. Civ. P. 41(b).

| Biddle, James | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| --- | --- |
| Edwards, Wayne | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Gawecki, Matt | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Hatch, Erick | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Heemsoth, James R. | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Hergenroeder, Alfred | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Hingst, Brian | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Hunroe, Dominic W. | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Johnson, Jackie | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Johnson, James C. | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Lineberger, Howard | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Olinger, Travis | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Parker, Brent C. | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Pennington, Seth A. | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Pettit, Duffy | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Robinson, Michael D. | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Schultz, Leslie A. | Dismissed for Failure to Prosecute - [Dkt. No. 839] |
| Vinson, Steven | Dismissed for Failure to Prosecute - [Dkt. No. 849] |

The Court hereby further ORDERS that final judgment be entered as to the plaintiffs listed above.

**IT IS SO ORDERED.**

Dated: December 8, 2010

RICHARD SEEBORG
United States District Judge

SQUIRE, SANDERS &
DEMPSEY L.L.P.
275 Battery Street, Suite 2600
San Francisco, CA 94111-3492

[PROPOSED] ORDER GRANTING CINTAS CORPORATION'S MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST CERTAIN PLAINTIFFS PURSUANT TO FED. R. CIV. P. 54(b) – CASE NO. 03-01180 RS