**\*\*E-filed 5/3/11\*\***

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PAUL VELIZ, et al.,

        Plaintiffs,

  v.

CINTAS CORPORATION, et al.,

        Defendants.

_____/

No. C 03-1180 RS

**ORDER REQUESTING FURTHER BRIEFING**

    In connection with the pending motions, the parties are requested to submit further briefing by May 13, 2011, not to exceed seven pages, addressing *In re Mercury Interactive Corp. Securities Litigation*, 618 F.3d 988 (9th Cir. 2010).

IT IS SO ORDERED.

Dated: 5/3/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE