**\*\*E-filed 5/6/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PAUL VELIZ, et al.,

        Plaintiffs,

  v.

CINTAS CORPORATION, et al.,

        Defendants.
_____/

No. C 03-1180 RS

**ORDER**

    Plaintiffs' brief addressing *In re Mercury Interactive Corp. Securities Litigation*, 618 F.3d 988 (9th Cir. 2010) has been received and considered. No order will issue requiring further notice to class members regarding the fee application of plaintiffs' counsel.

IT IS SO ORDERED.

Dated: 5/6/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE