MICHAEL RUBIN (SBN 80618)
EILEEN B. GOLDSMITH (SBN 218029)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altshulerberzon.com
egoldsmith@altshulerberzon.com

| | |
|---|---|
| Theodor J. Pintar (S.B. No. 131372)<br>Steven W. Pepich (S.B. No. 116086)<br>James A. Caputo (S.B. No. 120485)<br>Lawrence A. Abel (S.B. No. 129596)<br>COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058 – Office<br>(619) 231-7423 – Fax<br>tedp@csgrr.com<br>stevep@cgsrr.com<br>jimc@cgsrr.com<br>larrya@csgrr.com | Theresa M. Traber (S.B. No. 116305)<br>Laboni Hoq (S.B. No. 224140)<br>TRABER & VOORHEES<br>128 N. Fair Oaks Avenue, Suite 204<br>Pasadena, California 91103<br>(626) 585-9611 – Office<br>(626) 585-1400 – Fax<br>tmt@tvlegal.com<br>lhoq@tvlegal.com |

(Additional counsel on following page)

Attorneys for Plaintiffs PAUL VELIZ, *et al.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL VELIZ, *et al.*,<br><br>      Plaintiffs,<br><br>  vs.<br><br>CINTAS CORPORATION, *et al.*,<br><br>      Defendants. | Case No.: C:03-cv-1180 RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date : June 3, 2011<br>Time : 2:30 p.m.<br>Courtroom 3, 17th Floor |

[Proposed] Order - Case No. 03-1180 RS

1  Nancy Juda, Esq.
   COUGHLIN STOIA GELLER
2  RUDMAN & ROBBINS LLP
   1100 Connecticut Ave., N.W., Suite 730
3  Washington, D.C. 20036
   (202) 822-2024 – Office
4  (202) 828-8528 – Fax
   nancyj@csgrr.com
5
   Attorneys for Plaintiffs PAUL VELIZ, *et al.*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs have made an unopposed application for attorneys' fees in the amount of $6 million and litigation costs in the amount of $694,592. The Court has read and carefully considered the Memorandum of Points and Authorities submitted therewith and the exhibits appended thereto. Accordingly, it is hereby ORDERED as follows:

1. This Court has jurisdiction over the subject matter of this action and all matters relating thereto, including plaintiffs' motion for attorneys' fees and costs, and over all parties to this action.

2. Having confirmed the appointment of plaintiffs' law firms Robbins, Geller, Rudman & Dowd LLP, Altshuler Berzon LLP, and Traber & Voorhees, as Class Counsel for the FLSA Collective Action and the settlement classes, and having approved the Settlement Agreement in a separate order, the Court grants Class Counsel's unopposed motion for attorneys' fees in the amount of $6 million, which shall be paid to Class Counsel from the common fund. The Court has considered the results achieved for the plaintiff classes, the skill and experience of Class Counsel and the quality of their work on behalf of plaintiffs, the contingent nature of the fee and risk of further pursuing litigation, and awards made in similar cases. The Court has also considered Class Counsel's lodestar, which exceeds the $6 million they are seeking in fees. The Court finds that attorneys' fees of $6 million are reasonable under the circumstances of this case.

3. The Court grants Class Counsel's application for reimbursement of litigation costs in the amount of $694,592, which shall be paid to Class Counsel from the settlement fund. The Court finds that Class Counsel's litigation expenses were reasonable and necessary to the prosecution of this case, and are of the type which are normally billed to and paid for by clients.

IT IS SO ORDERED.

Dated: __6/3_____, 2011      _____
                                     Hon. Richard Seeborg
                                     United States District Judge

1

[Proposed] Order - Case No. 03-1180 RS