1 SQUIRE, SANDERS & DEMPSEY (US) LLP
Mark C. Dosker (CA Bar # 114789)
2 Diane L. Gibson (CA Bar # 114825)
Michael W. Kelly (CA Bar # 214038)
3 Joseph A. Meckes (CA Bar # 190279)
275 Battery Street, Suite 2600
4 San Francisco, California 94111-3492
Telephone: +1.415.954.0200
5 Facsimile: +1.415.393.9887

6 Attorneys for Defendants
CINTAS CORPORATION and
7 PLAN ADMINISTRATOR FOR
THE CINTAS PARTNERS' PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELIZ, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 03-01180 RS<br><br>**[E-Filing]**<br><br>**CLASS ACTION**<br><br>**NOTICE OF ENTRY OF JUDGMENT** |

1    PLEASE TAKE NOTICE that on June 10, 2011 the Court entered Judgment in this
2  action, a true and correct copy of which is attached hereto.

                                      Respectfully submitted,

Dated: June 16, 2011                SQUIRE, SANDERS & DEMPSEY (US) LLP

                                      By: */s/ Mark C. Dosker*
                                              Mark C. Dosker

Attorneys for Defendants
CINTAS CORPORATION and
PLAN ADMINISTRATOR FOR
THE CINTAS PARTNERS' PLAN