FILED

AUG 16 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL VELIZ; et al., | No. 09-16507 |
| Plaintiffs - Appellees, | D.C. No. 5:03-cv-01180-RS<br>Northern District of California,<br>San Jose |
| v. | |
| CINTAS CORPORATION, an Ohio corporation, | ORDER |
| Defendant - Appellant, | |
| and | |
| PLAN ADMINISTRATOR FOR THE CINTAS PARTNERS' PLAN, | |
| Defendant. | |

PWS/Mediation

| | |
|---|---|
| PAUL VELIZ; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>CINTAS CORPORATION, an Ohio corporation,<br><br>　　　　Defendant - Appellee,<br><br>and<br><br>PLAN ADMINISTRATOR FOR THE CINTAS PARTNERS' PLAN,<br><br>　　　　Defendant. | No. 09-16629<br><br>D.C. No. 5:03-cv-01180-RS<br>Northern District of California,<br>San Jose |

　　The court is in receipt of the parties' joint status report and joint request to dismiss these appeals. The court construes the request as a motion to dismiss.  So construed, the motion is granted and these appeals are dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own  attorneys' fees and costs on appeal.

　　This order served on the district court shall act as and for the mandate of this court.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　By: Peter W. Sherwood
　　　　　　　　　　　　　　　　Circuit Mediator